IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACKI EASLICK, LLC, *et al.,*<br>                    Plaintiffs,<br><br>v.<br><br>CJ EMERALD, *et al.*,<br>                    Defendants. | Civil Action No. 2:23-cv-2000<br><br><br>**FILED UNDER SEAL** |

### [PROPOSED] ORDER TO TEMPORARILY SEAL FILE

On this day, the Court considered Plaintiffs' *Ex Parte* Motion to File Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited, to the following: Plaintiffs' Complaint and exhibits attached thereto; Plaintiffs' *ex parte* application for: 1) a temporary restraining order, 2) an order restraining assets and Merchant Storefronts, 3) an order to show cause why a preliminary injunction should not issue, and 4) order authorizing expedited discovery; the supporting declarations of Jacki Easlick, Stanley D. Ference III, Brian Samuel Malkin, and Dee Odell, and exhibits attached thereto; and Plaintiff's *Ex Parte* Motion for an Order authorizing alternative service, under seal until the hearing on Plaintiffs' Application for an Order to Show Cause Why a Preliminary Injunction Should Not Issue or further order of the Court.

- 2 -

It is also hereby ORDERED that, notwithstanding this Order to Seal File, the Clerk of the Court shall have authority to provide Plaintiffs with certified copies of any orders entered in this matter while under seal.

_____
UNITED STATES DISTRICT JUDGE