# U.S. District Court

## Pennsylvania Western - Pittsburgh

**THIS IS A COPY**

Receipt Date: Nov 20, 2023 12:31PM

Brian Malkin

| Rcpt. No: 200006656 | | Trans. Date: Nov 20, 2023 12:31PM | | | Cashier ID: #RM |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | INSERT CASE NUMBER | 1 | 402.00 | 402.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $402.00 |
| | Total Due Prior to Payment: | $402.00 |
| | Total Tendered: | $402.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: 23-cv-2000

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.