# Exhibit 3B

US00D695526S

(12) **United States Design Patent**  (10) Patent No.:  **US D695,526 S**
Easlick  (45) Date of Patent:  ** Dec. 17, 2013

(54) **HANDBAG HANGER HOOK**

(76) Inventor: **Jacklyn S Easlick**, Rye, NY (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/431,801**

(22) Filed: **Sep. 11, 2012**

(51) LOC (9) Cl. .................................................. 03-01
(52) U.S. Cl.
 USPC ........................................... **D3/328**; D8/367
(58) Field of Classification Search
 USPC ....................... D3/328; D8/367; 248/302–303
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,575,446 | A | * | 11/1996 | Swenson et al. | ............... | 248/304 |
| D475,278 | S | * | 6/2003 | Williams | ......................... | D8/367 |
| D493,092 | S | * | 7/2004 | Kalat | ............................. | D8/367 |
| D560,924 | S | * | 2/2008 | Walker | ............................ | D6/396 |
| D644,438 | S | * | 9/2011 | Brucker | ......................... | D3/328 |

* cited by examiner

Primary Examiner — Holly Baynham
(74) Attorney, Agent, or Firm — Sinorica, LLC

(57) **CLAIM**

The ornamental design for a handbag hanger hook, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the handbag hanger hook;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a right-side elevational view thereof;
FIG. **5** is a left-side elevational view thereof;
FIG. **6** is a bottom plan view thereof;
FIG. **7** is a top plan view thereof; and,
FIG. **8** is a reduced scale perspective view thereof wherein the top hook is hung on a rod, with a handbag hanging from the bottom hook.
The broken line showing the rod and handbag in FIG. **8** is included for the purpose of showing environmental structure and forms no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8