EXHIBIT C
Mesiti Declaration
U.S. Design Patent No. D560,924

US00D560924S

| (12) | United States Design Patent | (10) Patent No.: | US D560,924 S |
|---|---|---|---|
| | Walker | (45) Date of Patent: ** | Feb. 5, 2008 |

(54) **COMBINATION SHOWER CURTAIN HOOK AND PICTURE FRAME**

(75) Inventor: **David Lamont Walker**, Chester, PA (US)

(73) Assignee: **Zenith Products Corp.**, New Castle, DE (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/247,257**

(22) Filed: **Jun. 8, 2006**

(51) **LOC (8) Cl.** .................................................. **06-04**
(52) **U.S. Cl.** ........................... **D6/396**; D6/300; D8/367
(58) **Field of Classification Search** ......... D6/300–314, D6/315, 323, 328, 580, 370, 397; D8/367, D8/349; 211/13.1, 85.3, 86.01, 183; 160/39, 160/330; 248/339, 301, 304, 214–215; D3/210; 16/87.2; 40/700, 725, 717
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 267,938 | A | | 11/1882 | Rings |
| 396,604 | A | | 1/1889 | Rings |
| 397,419 | A | | 2/1889 | Day |
| 400,348 | A | | 3/1889 | Lawrence |
| 460,793 | A | | 10/1891 | Rings |
| 578,424 | A | | 3/1897 | Rings |
| 659,534 | A | | 10/1900 | Kroder |
| 686,124 | A | | 11/1901 | Parker |
| 699,507 | A | | 5/1902 | Erich |
| 805,919 | A | | 11/1905 | Kroder |
| 913,261 | A | | 2/1909 | Clark |
| 1,020,776 | A | | 3/1912 | Parry |
| 1,224,624 | A | | 5/1917 | Fjellman |
| 1,857,293 | A | | 5/1932 | Vroom |
| 2,320,003 | A | | 5/1943 | Madan |
| 3,223,373 | A | * | 12/1965 | Molinaro ..................... 248/339 |
| 3,315,297 | A | | 4/1967 | Bender |
| 4,887,785 | A | * | 12/1989 | Blaich ........................ 248/339 |
| 4,979,712 | A | | 12/1990 | Rios |
| D350,279 | S | | 9/1994 | Tate |
| 5,575,446 | A | * | 11/1996 | Swenson et al. ............. 248/304 |
| D398,516 | S | * | 9/1998 | Brown et al. ................ D8/370 |
| D400,425 | S | * | 11/1998 | Goodman et al. ........... D8/367 |
| D428,802 | S | * | 8/2000 | Villano et al. ............... D8/367 |
| D439,144 | S | | 3/2001 | Ho |
| D441,584 | S | | 5/2001 | Ho |
| D456,696 | S | | 5/2002 | Samelson |
| D459,201 | S | | 6/2002 | Michaelson |
| D469,682 | S | * | 2/2003 | Gary et al. .................. D8/367 |
| 6,530,120 | B2 | | 3/2003 | Samelson |
| D485,431 | S | * | 1/2004 | Hsu ............................. D3/210 |
| D489,249 | S | * | 5/2004 | Moore ......................... D8/367 |
| D495,242 | S | * | 8/2004 | Kucera et al. ............... D8/367 |
| D496,849 | S | * | 10/2004 | Abdi et al. .................. D8/367 |
| D505,315 | S | * | 5/2005 | Snell ........................... D8/367 |
| D505,614 | S | * | 5/2005 | Barrese ....................... D8/367 |
| D515,912 | S | * | 2/2006 | Snell ........................... D8/367 |
| D535,110 | S | * | 1/2007 | Hoernig ...................... D6/323 |

* cited by examiner

Primary Examiner—Caron D. Veynar
Assistant Examiner—Sydney R Buffalow
(74) Attorney, Agent, or Firm—Akin Gump Strauss Hauer & Feld LLP

(57) **CLAIM**

The ornamental design for a combination shower curtain hook and picture frame, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a combination shower curtain hook and picture frame in accordance with my new design;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left side elevational view thereof;

FIG. **5** is a right side elevational view thereof;

FIG. **6** is a top plan view thereof; and,

FIG. **7** is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**





**FIG. 1**



FIG. 2

FIG. 3



FIG. 4

FIG. 5



*FIG. 6*



*FIG. 7*