EXHIBIT E
Mesiti Declaration
Design Patent No. D475,278

US00D475278S

## (12) United States Design Patent
### Williams

(10) Patent No.: **US D475,278 S**
(45) Date of Patent: ★★ **Jun. 3, 2003**

(54) **SOCK HOOK**

(75) Inventor: **Arnold H. Williams**, Boxborough, MA (US)

(73) Assignee: **Christmas Cove Designs, Inc.**, Richmond, ME (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/161,139**

(22) Filed: **May 23, 2002**

(51) **LOC (7) Cl.** .................................................. **08-05**
(52) **U.S. Cl.** ......................................... **D8/367**; D3/328
(58) **Field of Search** ........................ D8/373, 367, 368; 211/113, 86.01, 106.01, 13.1; D11/42, 126, 130; 248/214, 215, 302–308, 309.1, 339, 341, 914, 497; D3/328, 304; D6/315, 317

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,473,086 A | * | 6/1949 | Montero ...................... | 248/308 |
| 2,521,037 A | * | 9/1950 | Brinton ...................... | 211/85.3 |
| D244,883 S | * | 6/1977 | Rohrmuller .................. | D3/328 |
| D295,267 S | * | 4/1988 | Saraga ........................ | D11/42 |
| 5,816,558 A | * | 10/1998 | Sommer et al. ............ | 248/544 |
| D401,840 S | * | 12/1998 | Goodman et al. ........... | D8/367 |

* cited by examiner

*Primary Examiner*—Pamela Burgess
(74) *Attorney, Agent, or Firm*—Pandiscio & Pandiscio

(57) **CLAIM**

The ornamental design for a sock hook, as shown and described.

### DESCRIPTION

FIG. **1** is a perspective view of a sock hook showing my new design, the broken lines shown are for illustrative purposes only and form no part of the claimed design;

FIG. **2** is an enlarged perspective view of the sock hook shown in FIG. **1**;

FIG. **3** is a right side elevational view of the sock hook shown in FIG. **1**;

FIG. **4** is a left side elevational view of the sock hook shown in FIG. **1**;

FIG. **5** is a top plan view of the sock hook shown in FIG. **1**;

FIG. **6** is a bottom plan view of the sock hook shown in FIG. **1**;

FIG. **7** is a front elevational view of the sock hook shown in FIG. **1**;

FIG. **8** is a rear elevational view of the sock hook shown in FIG. **1**;

FIG. **9** is a perspective view of a second embodiment of the sock hook showing my new design, the broken lines shown are for illustrative purposes only and form no part of the claimed design;

FIG. **10** is an enlarged perspective view of the sock hook shown in FIG. **9**;

FIG. **11** is a right side elevational view of the sock hook shown in FIG. **9**;

FIG. **12** is a left side elevational view of the sock hook shown in FIG. **9**;

FIG. **13** is a top plan view of the sock hook shown in FIG. **9**;

FIG. **14** is a bottom plan view of the sock hook shown in FIG. **9**;

FIG. **15** is a front elevational view of the sock hook shown in FIG. **9**; and,

FIG. **16** is a rear elevational view of the sock hook shown in FIG. **9**.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3

FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11

FIG.12



FIG. 13



FIG. 14



FIG. 15



FIG. 16