EXHIBIT F
Mesiti Declaration
U.S. Design Patent No. D493,092

US00D493092S1

(12) **United States Design Patent**    (10) Patent No.:    **US D493,092 S**
Kalat    (45) Date of Patent:    ** **Jul. 20, 2004**

(54) **SNAP-TYPE UTILITY HOOK**

(75) Inventor: **Edward W. Kalat**, Southington, CT (US)

(73) Assignee: **Southington Tool & Manufacturing Corporation**, Plantsville, CT (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/187,188**

(22) Filed: **Jul. 29, 2003**

(51) **LOC (7) Cl.** .................................................. **08-05**
(52) **U.S. Cl.** ........................................ **D8/367**; D8/370
(58) **Field of Search** .......... D8/367, 370; 248/302–303; 24/601.4, 298, 599.8, 599.9, 600.9, 265 R, 265 H

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 25,082 A | * | 8/1859 | Pollack | 24/600.9 |
| 437,380 A | * | 9/1890 | Lundborg | 24/600.9 |
| 721,071 A | * | 2/1903 | McGill | 248/302 |
| 804,273 A | * | 11/1905 | Smith | 24/600.9 |
| 5,913,479 A | * | 6/1999 | Westwood, III | 24/298 |
| 6,230,375 B1 | * | 5/2001 | Catlett | 24/599.8 |
| 6,427,296 B1 | * | 8/2002 | Chang | 24/601.4 |

OTHER PUBLICATIONS

I–FUJII Enterprise, Co. Ltd., p. 55, Aug. 15, 1995, hook located in middle of page.*

* cited by examiner

*Primary Examiner*—Holly Baynham

(74) *Attorney, Agent, or Firm*—Alix, Yale & Ristas, LLP

(57) **CLAIM**

The snap-type utility hook, as shown and described.

**DESCRIPTION**

FIG. 1 is a front view of a first embodiment snap-type utility hook showing my new design;
FIG. 2 is a left side view of the snap-type utility hook of FIG. 1;
FIG. 3 is a right side view of the snap-type utility hook of FIG. 1;
FIG. 4 is a rear view of the snap-type utility hook of FIG. 1;
FIG. 5 is a top plan view of the snap-type utility hook of FIG. 1;
FIG. 6 is a bottom plan view of the snap-type utility hook of FIG. 1;
FIG. 7 is a front view of a second embodiment of a snap-type utility hook showing the new design;
FIG. 8 is a left side view of the snap-type utility hook of FIG. 7;
FIG. 9 is a right side view of the snap-type utility hook of FIG. 7;
FIG. 10 is a rear view of the snap-type utility hook of FIG. 7;
FIG. 11 is a top plan view of the snap-type utility hook of FIG. 7;
FIG. 12 is a bottom plan view of the snap-type utility hook of FIG. 7;
FIG. 13 is a frontal perspective view of the snap-type utility hook of FIG. 7; and,
FIG. 14 is a rear perspective view of the snap-type utility hook of FIG. 1.

**1 Claim, 3 Drawing Sheets**





FIG. 4



FIG. 3



FIG. 5        FIG. 1        FIG. 6



FIG. 2


FIG. 10


FIG. 9


FIG. 11    FIG. 7    FIG. 12


FIG. 8



FIG. 13            FIG. 14