# EXHIBIT G
# Mesiti Declaration
# U.S. Design Patent No. D644,438

US00D644438S

## (12) United States Design Patent
Brucker

(10) Patent No.: **US D644,438 S**
(45) Date of Patent: ** **Sep. 6, 2011**

(54) **HANGER FOR A PURSE OR THE LIKE**

(76) Inventor: **Lester A. Brucker**, Chokoloskee, FL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/364,377**

(22) Filed: **Jun. 23, 2010**

(51) **LOC (9) Cl.** ................................. **03-01**
(52) **U.S. Cl.** ..................................... **D3/328**
(58) **Field of Classification Search** .................. D3/328; D8/367, 370; D6/323; 248/215, 302–303
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D229,870 S | * | 1/1974 | Czarny ........................ | D3/328 |
| D384,505 S | * | 10/1997 | Stewart ........................ | D3/328 |
| D400,425 S | * | 11/1998 | Goodman et al. ............. | D8/367 |
| D408,723 S | * | 4/1999 | Goodman et al. ............. | D8/367 |
| D429,899 S | * | 8/2000 | Schwartz ...................... | D6/327 |
| D435,733 S | * | 1/2001 | Osterholt ...................... | D3/328 |
| D465,653 S | * | 11/2002 | Fuschillo ....................... | D3/328 |
| D514,319 S | * | 2/2006 | King et al. .................... | D3/328 |
| 7,322,554 B2 | * | 1/2008 | Caroselli et al. .............. | 248/304 |
| D596,859 S | * | 7/2009 | Castaline et al. ............. | D3/328 |
| D599,188 S | * | 9/2009 | Ingalsbe et al. ............... | D8/328 |
| D611,330 S | * | 3/2010 | Barrese ........................ | D8/367 |

* cited by examiner

Primary Examiner — Holly Baynham

(57) **CLAIM**

For the ornamental design of a hanger for a purse or the like, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the hanger
FIG. **2** is a front elevation view
FIG. **3** is a left side elevation view, the right side being a mirror image; and,
FIG. **4** is a rear elevation view.

**1 Claim, 4 Drawing Sheets**





Fig 1



Fig 2



Fig 3



**Fig 4**