# EXHIBIT H
# Mesiti Declaration
# Infringing Product Images Type 1



Front View



Back View



First Side



Second Side



Top



Bottom