EXHIBIT I
Mesiti Declaration
Infringing Product Images Type 2



Front View



Back View



First Side



Second Side



Top



Bottom