EXHIBIT J
Mesiti Declaration
Infringing Product Images Type 3



Front View



Back View



First Side



Second Side



Top



Bottom