EXHIBIT K
Mesiti Declaration
Infringing Product Images Type 4

```
```
`` 



Front View



Back View



First Side



Second Side



Top



Bottom