# EXHIBIT L
# Mesiti Declaration
# Jacki Easlick Webpage

Free shipping on orders over 100.00



0 items ($0.00)

about  |  best sellers  |  sue sue sweet  |  handbags  |  accessories  |  shoes  |  apparel  |  tote hanger  |  subscription box  |  press  |  policies

Search...







# Tote Hanger®

$12.99

**add to cart**

**FEATURED ON THE HOME EDIT SHOW ON NETFLIX! Episode 1.**

New York Handbag Designer Jacki Easlick invented the new Tote Hanger®.  These premium hooks are especially engineered to hang your handbags with elegance and balance.  It's a small metal hook that is designed to hang on any traditional clothing rod just like coat hangers.   Simply remove the contents of your handbag and hang your handbag on the hook.   Made out of nickel and the size is 3-3/4"h x 2"w.   6 hooks per pack.

We own the patent and trademark.  Please do not purchase from Amazon, they are knock off products not approved by our company.

The Tote Hangers are sold at The Container Stores, Lowes, ETSY and Wayfair.

*type:* tote hanger    *by:* jacki easlick llc

Copyright © 2023 JackiEaslick | All prices in USD

