# EXHIBIT M
Mesiti Declaration
Infringing Product Type 1 Webpages

First Webpage Showing Sale of Infringing
Product Type 1

https://www.amazon.com/CertBuy-Pack-Purse-Hanger-Closet/dp/B0C2VJ4DPS/ref=sr_1_52_sspa?keywords=bag+hanger&qid=1698342266&sr=8-52-spons&sp_csd=d2lkZ2V... 11/14/2023



Infringing Product
Type 1

https://www.amazon.com/CertBuy-Pack-Purse-Hanger-Closet/dp/B0C2VJ4DPS/ref=sr_1_52_sspa?keywords=bag+hanger&qid=1698342266&sr=8-52-spons&sp_csd=d2lkZ2V... 11/14/2023

https://www.amazon.com/CertBuy-Pack-Purse-Hanger-Closet/dp/B0C2VJ4DPS/ref=sr_1_52_sspa?keywords=bag+hanger&qid=1698342266&sr=8-52-spons&sp_csd=d2lkZ2V...
11/14/2023

| 12 Pack Purse Hanger for Closet,Unique Twist Design, Large Size Closet Rod Hooks fo... | 12 Pack Purse Hanger for Closet,Unique Twist Design Bag Hanger Purse Hooks, Large S... | Purse Hangers 16 Pack Bag Hooks, Twist Shape Purse Hooks for Closet, Large Size Clo... | BESARME 15 Pack Purse Hanger for Closet, Unique Twist Design Bag Hanger Purse Hooks, Purs... | Purse Hanger for Closet, Unique Twist Design Bag Hanger Purse Hooks, Large Size Clo... | CTOHN 20 Pack Purse Hanger for Closet, Unique Twist Design Bag Hanger Purse Hooks, ... | BCISIWOS Purse Hanger for Closet, 10 Pack Handbag Hanger Organizer Unique... |
|---|---|---|---|---|---|---|
| $9.39 ($0.78/Count) | $9.69 ($0.81/Count) | $11.99 | ★★★★☆ 42 | ★★★★☆ 37 | ★★★★☆ 17 | ★★★★☆ 30 |
| ✓prime | ★★★★☆ 1,307 | ★★★★☆ | $9.99 ($0.67/Count) | $9.99 ($0.83/Count) | $9.98 ($0.50/Count) | $6.99 ✓prime |
|  | ✓prime | ✓prime | ✓prime | ✓prime | ✓prime |  |

## Videos

Page 1 of 3

### Videos for related products

    

CTOHN Purse Hangers for Closet — JINGWEI-US — 0:46

15 Pack Purse Hanger for Closet, for Better Organized — zhanghetong — 0:30

Large Size Closet Rod Hooks — Finice Official — 0:29

MEILIDY 3 Inch Reversible S Hooks - Black & Silver — MEILIDY Official — 0:50

5 Hooks Hanging Safet... — Gardening House

Upload your video

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Product Description

CertBuy 20 Pack 115 x 42 mm Purse Hanger for Closet, Purse Hooks, Purse Hangers, Hanging Hooks, Closet Hooks for Hanging Clothes

**Features:**
- 🔹Tough, durable construction and fine workmanship.
- 🔹Widely used in kitchens, bathrooms, storage rooms, gardens, garages.
- 🎁These 5-hooks can help you save a lot of space in wardrobes, cabinets, table.

**Specifications:**
Color: black
Material: iron
Size: 4.5 x 1.6 inch / 115 x 42 mm

**Package Included:**
20 x 5 Hooks Heavy Duty

## Product information

| Product Dimensions | 4.5 x 1.7 x 1 inches |
|---|---|
| Item Weight | 12.6 ounces |
| Manufacturer | CertBuy |
| ASIN | B0C2VJ4DPS |
| Country of Origin | China |
| Item model number | 20 Pack Purse Hanger for Closet |
| Customer Reviews | 4.0 ★★★★☆    1 rating<br>4.0 out of 5 stars |
| Best Sellers Rank | #193,896 in Industrial & Scientific (See Top 100 in Industrial & Scientific)<br>#2,350 in Utility Hooks<br>#3,388 in Industrial Hooks<br>#95,670 in Hardware |
| Maximum recommended load | 100 Pounds |
| Number of pieces | 20 |
| Batteries required | No |
| Included Components | No |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Important information

To report an issue with this product, click here.

## Compare with similar items

https://www.amazon.com/CertBuy-Pack-Purse-Hanger-Closet/dp/B0C2VJ4DPS/ref=sr_1_52_sspa?keywords=bag+hanger&qid=1698342266&sr=8-52-spons&sp_csd=d2lkZ2V...
11/14/2023



| | This item CertBuy 20 Pack Purse Hanger for Closet, 4.5" Unique Twist Design Bag Hanger Purse Hooks, Closet Hooks for Hanging Handbags, Purses, Belts, Scarves, Hats, Clothes (Black) | 12 Pack Purse Hanger for Closet,Unique Twist Design Bag Hanger Purse Hooks, Large Size Closet Rod Hooks for Hanging Necklace Bags Purses, Handbags, Belts, Scarves, Hats,Clothes, Pans and Pots, Black | BESARME 15 Pack Purse Hanger for Closet, Unique Twist Design Bag Hanger Purse Hooks, Purse Organizer Hooks for Closet Large Closet 5 Hooks for Hanging Handbags Purses Clothes(Black) | BCISWOS Purse Hanger for Closet, 10 Pack Handbag Hanger Organizer Unique Twist Design Bag Hanger Purse Hooks, Large Size Closet Rod Hooks for Hanging Purses, Handbags, Clothes, Plant, Pots(Black) | Fitnice 10 Pack Purse Hanger for Closet, 5 Hooks for Hanging Twisted Purse Hooks Heavy Duty 5 Hooks Handbag Hanger Organizer Space Saving Closet Rod Hooks for Clothes, Bags, Plants, Hats (Black) |
|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (1) | ★★★★★ (1507) | ★★★★☆ (314) | ★★★★★ (30) | ★★★★★ (184) |
| Price | $15⁹⁹ | $9⁹⁹ | $9⁹⁹ | $6⁹⁹ | $9⁹⁹ |
| Shipping | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime |
| Sold By | CBtone | LiteViso | zhangheting | CJ Emerald | Fitnice Official |
| Color | Black | Black | Black | Black | Black |
| Material | Metal | Rubber, Alloy Steel | Vinyl | Stainless Steel | Stainless Steel, Plastic |

## Products related to this item

Sponsored ⓘ    Page 1 of 20

      

| EZLAD 6-inch Large S Hooks (Pack of 6), Non-Slip Vinyl Coated Black Hooks for Hangi... | Mailys 18 Pieces Purse Hanger Hook Acrylic Bag Hanger Handbag Tote Bag Rack Holder ... | 24 Pcs Metal Clothes Hanger Connector Hooks Stainless Steel Cascading Extender Cons... | AMKUFO Hangers-Space-Saving-12 Pack - Closet-Organizers-and-Storage for Dorm... | 12 Pack Purse Hanger for Closet,Unique Twist Design, Large Size Closet Rod Hooks fo... | 12 Pack Purse Hanger for Closet,Unique Twist Design Bag Hanger Purse Hooks, Large S... | Purse Hangers 16 Pack Bag Hooks, Twist Shape Purse Hooks for Closet, Large Size Clo... |
|---|---|---|---|---|---|---|
| ★★★★☆ 112 | ★★★★☆ 13 | ★★★★★ 4 | ★★★★★ 78 | ★★★★☆ 511 | ★★★★★ 1,307 | ★★★★★ 42 |
| $6.99 ✓prime | $29.99 ($1.67/Count) ✓prime | $10.99 ($0.46/Count) ✓prime | $11.99 ($1.00/Count) | $9.39 ($0.78/Count) ✓prime | $9.69 ($0.81/Count) ✓prime | $11.99 ✓prime |



Heavy Duty S Hooks, 30 Pack, Black, by ESFUN...
★★★★★ 9,360
$8⁹⁹ ✓prime

## Similar brands on Amazon

Sponsored ⓘ    Page 1 of 2

  

| Wisni Shop the Store on Amazon › | HOME DEPUTY Shop the Store on Amazon › | FerraHaze Shop the Store on Amazon › |
|---|---|---|
| Purse Hanger Organizer for Closet 3 Pack - Durable Luxury Acrylic Holder for... | HOME DEPUTY 6 Pack Purse Organizers for Closet - 6 Bag Hooks - Silver - Purse... | Magic Pants Hangers Space Saving - 2 Pack for Closet Multiple Layers ... |
| ★★★★★ 449 | ★★★★★ 511 | ★★★★★ 11,525 |
| $29.99 | $12.50 Typical: $13.60 | $21.99 List: $29.99 |

## Customer reviews



★★★★☆ 4 out of 5
1 global rating

No customer reviews

There are 0 customer reviews and 1 rating.

| | |
|---|---|
| 5 star | 0% |
| 4 star | 100% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

˅ How customer reviews and ratings work

https://www.amazon.com/CertBuy-Pack-Purse-Hanger-Closet/dp/B0C2VJ4DPS/ref=sr_1_52_sspa?keywords=bag+hanger&qid=1698342266&sr=8-52-spons&sp_csd=d2lkZ2V...
11/14/2023









Second Webpage Showing Sale of
Infringing Product Type 1

https://www.amazon.com/SHANDERBAR-Closets-Twisted-Appearance-Scarves/dp/B0C1SMCC6W/ref=sr_1_109?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342...
11/14/2023



Infringing Product
Type 1

https://www.amazon.com/SHANDERBAR-Closets-Twisted-Appearance-Scarves/dp/B0C1SMCC6W/ref=sr_1_109?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342...
11/14/2023

https://www.amazon.com/SHANDERBAR-Closets-Twisted-Appearance-Scarves/dp/B0C1SMCC6W/ref=sr_1_109?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342...
11/14/2023



## From the brand

## Product Description

Perfect heavy-duty S-shaped hooks



Say goodbye to your messy wardrobe and make your life more enjoyable





Use our unique twist design bag hook to save more space and store more bags in the closet.

https://www.amazon.com/SHANDERBAR-Closets-Twisted-Appearance-Scarves/dp/B0C1SMCC6W/ref=sr_1_109?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342...
11/14/2023

https://www.amazon.com/SHANDERBAR-Closets-Twisted-Appearance-Scarves/dp/B0C1SMCC6W/ref=sr_1_109?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342...
11/14/2023

### Multi functional and multi scenario use

  

**Kitchen**

You can use these unique twist design bag hooks in your kitchen to prevent kitchen utensils from being everywhere and make your kitchen less messy

**Bathroom**

Our Purse Hanger Purse Organizer for Closet can not only be used in your wardrobe, but also hang your towels, clothes, and other items in the bathroom, providing a better experience

**Outdoor**

Used for hanging cups, bird houses,bird feeders, displaying plants,pots and pans. It is your perfect helper for saving space.

### Videos

Page 1 of 3

**Videos for related products**

    

| | | | | |
|---|---|---|---|---|
| 0:50 | | 0:29 | 1:00 | 0:50 |
| 15 Pack Purse Hanger for Closet, for Better Organized | Large Size Closet Rod Hooks | My Review Of The 8 Pack 5 Hooks for Hanging | MEILIGY 3 Inch Reversible 5 Hooks - Black & Silver | Are these purse keep your purse |
| zhangheting | Flinice Official | Abraham Reviews It For You | MEILIGY Official | Colleen Capp |

Upload your video

---

### Looking for specific info?

🔍 Search in reviews, Q&A...

### Product information

#### Technical Details

| | |
|---|---|
| Color | Black |
| Brand | SHANDERBAR |
| Material | Alloy Steel |
| Finish Type | Steel |
| Mounting Type | Hanging Pole |
| Style | Twisted |
| Shape | Hands |
| Included Components | no |
| Item Dimensions LxWxH | 7 x 5.12 x 2.76 inches |
| Number of Hooks | 12 |
| Maximum Weight Recommendation | 3.5 Kilograms |
| Manufacturer | SHANDERBAR |
| Part Number | A123 |
| Item Weight | 7.4 ounces |
| Product Dimensions | 7 x 5.12 x 2.76 inches |
| Country of Origin | China |
| Item model number | A123 |
| Finish | Steel |
| Batteries Required? | No |

#### Additional Information

| | |
|---|---|
| ASIN | B0C1SMCC6W |
| Customer Reviews | 4.7 ★★★★★ ▾  26 ratings |
| | 4.7 out of 5 stars |
| Best Sellers Rank | #339,634 in Home & Kitchen (See Top 100 in Home & Kitchen) |
| | #808 in Utility Hooks |
| Date First Available | April 7, 2023 |

#### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

#### Feedback

Would you like to **tell us about a lower price?**  ▾

---

⚠ **WARNING:**

CHOKING HAZARD — Toy contains a small ball. Not for children under 3 yrs. To be used under the direct supervision of an adult

**Compare with similar items**

https://www.amazon.com/SHANDERBAR-Closets-Twisted-Appearance-Scarves/dp/B0C1SMCC6W/ref=sr_1_109?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342...
11/14/2023

https://www.amazon.com/SHANDERBAR-Closets-Twisted-Appearance-Scarves/dp/B0C1SMCC6W/ref=sr_1_109?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342...
11/14/2023



| | | | | | |
|---|---|---|---|---|---|
| | This item SHANDERBAR Purse Hanger for Closets,12 PCS Large Hooks with 90 Degree Design and Unique Twisted Appearance,Ideal for Bags, Belts, Scarves, Hats, and Clothes,(Black) | 12 Pack Purse Hanger for Closet,Unique Twist Design Bag Hanger Purse Hooks, Large Size Closet Rod Hooks for Hanging Necklace Bags, Purses, Handbags, Belts, Scarves, Hats,Clothes, Pans and Pots, Black | Purse Hanger Purse Organizer for Closet,5 Hooks Twist Design Bag Hanger,Closet Rod Hooks for Hanging Handbags,Purses,Belts,Scarves,Hat s,Clothes,Pots and Pans. (8 Pack Black) | Fitnice 10 Pack Purse Hanger for Closet, 5 Hooks for Hanging Twisted Purse Hooks Heavy Duty 5 Hooks Handbag Hanger Organizer Space Saving Closet Rod Hooks for Clothes, Bags, Plants, Pots (Black) | BESARME 15 Pack Purse Hanger for Closet, Unique Twist Design Bag Hanger Hooks, Purse Organizer Hooks for Closet Large Closet 5 Hooks for Hanging Handbags Purses Clothes(Black) |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (26) | ★★★★☆ (1307) | ★★★★☆ (439) | ★★★★★ (184) | ★★★★☆ (314) |
| Price | $8⁹⁰ | $9⁶⁰ | $8⁰⁰ | $9⁹⁹ | $9⁹⁰ |
| Shipping | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime |
| Sold By | JRUIA | LiteVisu | NEZA-US | Fitnice Official | zhangheting |
| Color | Black | Black | Black | Black | Black |
| Material | Alloy Steel | Rubber, Alloy Steel | Metal, Vinyl | Stainless Steel, Plastic | Vinyl |

## Videos for this product



Customer Review: Large hooks that work great!
Jaime Morgaine
1:06

## Important information

To report an issue with this product, click here.

## Products related to this item

Sponsored ⓘ

Page 1 of 20



      

| Mawa by Reston Lloyd Accessory Non-Slip Space-Saving Clothes Hanger Hook for... | CoHoXXYY Acrylic Purse Hanger Closet Keep Your Totes and Backpacks Organized and in... | HOME DEPUTY Purse Organizer for Closet - 6 Bags Hooks - Gold - Purse Hangers for Clo... | Mercioen Rotatable Belt Hanger, Belt Rack for Closet Accessories Organizer, Durable... | 12 Pack Purse Hanger for Closet,Unique Twist Design Bag Hanger Purse Hooks, Large S... | BESARME 15 Pack Purse Hanger for Closet, Unique Twist Design Bag Hanger Purse Hanger Hooks, Purs... | 12 Pack Purse Hanger for Closet,Unique Twist Design, Large Size Closet Rod Hooks fo... |
| ★★★★☆ 45 | ★★★★★ 31 | ★★★★★ 511 | ★★★★★ 513 | ★★★★☆ 1,307 | ★★★★☆ 314 | ★★★★☆ 314 |
| $22.95 ($4.59/Count) | $18.58 ($4.65/Count) | $12.50 ($2.08/Count) | $16.89 ($1.06/Ounce) | $9.69 ($0.81/Count) | $9.99 ($0.67/Count) | $9.39 ($0.78/Count) |
| ✓prime | Save 20% with coupon | ✓prime | Save 10% with coupon | ✓prime | ✓prime | ✓prime |



S Hooks, 30 Pack, Heavy Duty, Black...
★★★★☆ 5,360
$8⁹⁹ ✓prime

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 2

https://www.amazon.com/SHANDERBAR-Closets-Twisted-Appearance-Scarves/dp/B0C1SMCC6W/ref=sr_1_109?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342...
11/14/2023





https://www.amazon.com/SHANDERBAR-Closets-Twisted-Appearance-Scarves/dp/B0C1SMCC6W/ref=sr_1_109?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342...
11/14/2023



I wish I had gotten some of these a long time ago. You should grab some so you can see how great they are as well.

Helpful    Report

**Rick Dean**

★★★★★ **Serve their intended purpose very well and are stronger than I assumed.**
Reviewed in the United States on May 30, 2023
Vine Customer Review of Free Product ( What's this? )

First off, these are marketed as closet hangers for bags, belts clothes etc. So, I only tested them in that capacity and only use them for that and they come in very handy as such. I was looking for something to help organize my belts better in my closet and one of these holds quite a few of them in a fashion that I can clearly see which ones I have hung.

These hooks have a rubber coating and are quite sturdy. I pulled on them and it takes a bit of force to get them to bend, much more force than any of the above listed items would place on them. The heaviest thing I have in my closet is a tactical vest with front and back ballistic plates in it. I hung that hanger from these hooks and there was no give at all. I have used quite a few to hang my wife's bags in the back of the closet as well. Due to the shape of these hooks they hang with the smaller sides facing out, conserving space in the closet. I am very happy I stumbled across these and am very happy with them. I will be getting more to hang more bags of my wife's.

Helpful    Report

**SC**

★★★★★ **Convenient, fit on a variety of closet hanging solutions**
Reviewed in the United States on June 21, 2023
Vine Customer Review of Free Product ( What's this? )

These are big, they fit on every hanging rack on every closet in my house. Others only fit on the thinnest metal rods, but these fit larger rods as well. They are completely coated, not just the tips. Not sure what they're coated in, but it's kind of cushioned and grippy. Working nicely to hang bags in my closet. They seem very sturdy when used to hang bags. I have one or two bags on each hook. Would order them again.

Helpful    Report

**Zoe Bloom  VINE VOICE**

★★★★★ **Exactly what I have been searching for!**
Reviewed in the United States on May 26, 2023
Vine Customer Review of Free Product ( What's this? )

You know how sometimes you know what you want but don't know the right thing to call it so it's very hard to search for it? That was exactly my situation with these hangers. I had found variations of them that sort of solved the problem, but they involved threading the top part of the hanger on a rod, which made it impossible to remove without taking the whole rod down. These hangers are perfect! You can move them around so easily. They're so nice because things with handles, like purses, can neatly hang perpendicular to the wall. These hangers are really well-made. They are not at all flimsy and could hold a fair amount of weight if you needed them to. Don't hesitate. They are really great!

Helpful    Report

**Whitney Sims  VINE VOICE**

★★★★★ **LIFE Saving**
Reviewed in the United States on May 30, 2023
Vine Customer Review of Free Product ( What's this? )

So glad I found this the. hangers that came with the closet we use now easily. break upon placing a purse on it. Even though it was meant for purses. These are so thick and durable. Can hang two purses if not more on one of these opposed to what I was able to do before. So happy. I found this because it has been. a major struggle with my closet being so jam packed with bags. It's nice to have a simple. item that gives me the room that I need. And I don't have to worry about my son or bags being ruined by a cheap. hanger. I highly recommend these to anyone who is a bag enthusiast.

Helpful    Report

See more reviews ›

## Customers frequently viewed

Sponsored ⓘ | Popular products in the last 7 days

Page 1 of 19



**ZEDODIER 14 Pack Purse Hooks for Closet, Backpack Hanger Bag Holder, Closet Accessо...**
★★★★☆ 100
$7.99 ($0.57/Count)
✓prime

**SHANDERBAR 10 PCS Heavy-Duty S Hooks,Large Vinyl Coated S Hooks for...**
★★★★☆ 42
$6.99 ($0.70/Count)
✓prime

**BCISIWOS 10 Pack S Hooks, 5 Hooks for Hanging, 3.5 Inch Non Slip Heavy Duty S...**
★★★★☆ 11
$5.99 ($0.60/Count)
✓prime

**FSAH 17 Pcs S Hooks for Hanging Safety Buckle, 3.5 Inch Stainless Steel S Shaped Lo...**
★★★★☆ 519
$6.99 ($0.41/Count)
✓prime

**BESARME 15 Pack Purse Hanger for Closet, Unique Twist Design Bag Hanger Hooks, Purs...**
★★★★☆ 314
$9.99 ($0.67/Count)
✓prime

**Myfolrena Purse Hangers Bag Hooks Closet- 12 Pack Handbag Hanger Organizer Metal S...**
★★★★☆ 227
$9.99
✓prime

**HiGift 12 Pack Large S Hooks for Closet, S Inch Rubber Coated S Hooks for Hanging H...**
★★★★☆ 30
$9.99 ($0.83/Count)
✓prime

iBetterLife Clothes Pins Heavy Duty Outdoor - 4 P...
$8.99
Save 5% with coupon
Sponsored ⓘ







https://www.amazon.com/SHANDERBAR-Closets-Twisted-Appearance-Scarves/dp/B0C1SMCC6W/ref=sr_1_109?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342...
11/14/2023

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

Third Webpage Showing Sale of
Infringing Product Type 1



Infringing
Product Type 1

https://www.amazon.com/Hooks-Organizer-Hanging-Handbags-Clothes/dp/B0BY6MRN1H/ref=sr_1_140?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342504&s...
11/14/2023



### Product Description





https://www.amazon.com/Hooks-Organizer-Hanging-Handbags-Clothes/dp/B0BY6MRN1H/ref=sr_1_140?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342504&s...
11/14/2023







| | Purse Hanger | Purse Hook | S Hooks | S Hook |
|---|---|---|---|---|
| Size | 4.5 Inch | 4.5 Inch | 3.5 Inch | 3.5 Inch |
| Color | Black | White | Black | Black |
| Material | Vinyl Coated | Vinyl Coated | Metal | Metal |
| Quantity | 10 | 12 | 10 | 8 |
| Rubber Coated | ✓ | ✓ | ✓ | ✓ |
| Anti Rust | ✓ | ✓ | ✓ | ✓ |

**Looking for specific info?**

🔍 Search in reviews, Q&A...

**Product information**

https://www.amazon.com/Hooks-Organizer-Hanging-Handbags-Clothes/dp/B0BY6MRN1H/ref=sr_1_140?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342504&s...
11/14/2023

| | |
|---|---|
| Color | Black |
| Brand | BCISIWOS |
| Material | Stainless Steel |
| Finish Type | Metal |
| Mounting Type | Ceiling Mount, Door Mount, Wall Mount |
| Style | Contemporary |
| Weight Limit | 22 Pounds |
| Special Feature | Heavy Duty, Non Slip, Rust Resistant |
| Recommended Uses For Product | Hangers, Purse, Utility, Kitchen, Closet, Cup And Mug, Bag, Handbag, Hat, Hall Trees, Offices |
| Shape | S Shape |
| Theme | Purse Hanger |
| Item Weight | 3.84 Ounces |
| Item Dimensions LxWxH | 3.5 x 1.5 x 0.65 inches |
| Number of Hooks | 10 |
| Minimum Weight Capacity | 22 Pounds |
| Surface Recommendation | Metal |
| Maximum Weight Recommendation | 22 Pounds |
| Product Dimensions | 3.5 x 1.5 x 0.65 inches |
| Item Weight | 3.84 ounces |
| Manufacturer | BCISIWOS |
| ASIN | B0BY6MRN1H |
| Country of Origin | China |
| Item model number | S Hooks CJ 20230312 |
| Customer Reviews | 4.7 ★★★★☆ ✓  30 ratings<br>4.7 out of 5 stars |
| Best Sellers Rank | #109,088 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#332 in Utility Hooks |
| Specific Instructions for use | Professional |
| Finish types | Metal |
| Batteries required | No |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price? ˅

## Videos

Videos for related products

Page 1 of 2







15 Pack Purse Hanger for Closet, for Better Organized
Zhanghebing
0:30

CTOHN Purse Hangers for Closet
JINGWEI-US
0:46

Large Size Closet Rod Hooks
Fitnice Official
0:29

Are these purse hooks gonna keep your purse looking nice?
Colleen Cupp
0:43

S Hooks Hanging Safel
Gardening House

Upload your video

## Important information

To report an issue with this product, click here.

## Compare with similar items

https://www.amazon.com/Hooks-Organizer-Hanging-Handbags-Clothes/dp/B0BY6MRN1H/ref=sr_1_140?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342504&s...
11/14/2023

https://www.amazon.com/Hooks-Organizer-Hanging-Handbags-Clothes/dp/B0BY6MRN1H/ref=sr_1_140?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342504&s...
11/14/2023



| | This item BCISIWOS Purse Hanger for Closet, 10 Pack Handbag Hanger Organizer Unique Twist Design Bag Hanger Purse Hooks, Large Size Closet Rod Hooks for Hanging Purses, Handbags, Clothes, Plant, Pots(Black) | Purse Hanger Purse Organizer for Closet,6 Hooks Twist Design Bag Hanger,Closet Rod Hooks for Hanging Handbags Purses,Belts,Scarves,Hats,Clothes,Pots and Pans. (6 Pack Black) | 12 Pack Purse Hanger for Closet,Unique Twist Design Bag Hanger Hooks, Large Size Closet Rod Hooks for Hanging Necklace Bags, Purses, Handbags, Belts, Scarves, Hats,Clothes, Pans and Pots, Black | BESARME 15 Pack Purse Hanger for Closet, Unique Twist Design Bag Hanger Hooks, Purse Organizer Hooks for Closet Large Closet S Hooks for Hanging Handbags Purses Clothes(Black) | ZEDODIER 14 Pack Purse Hooks for Closet, Backpack Hanger Bag Holder, Closet Accessories Organizer B Hook for Hanging Handbags. Bags, Belts, Scarves, Hats, Clothes, and Plant, Silver |
|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (30) | ★★★★☆ (439) | ★★★★☆ (1307) | ★★★★☆ (314) | ★★★★★ (100) |
| Price | $6⁹⁹ | $8⁹⁶ | $9⁶⁹ | $9⁹⁹ | $7⁹⁹ |
| Shipping | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime |
| Sold By | CJ Emerald | NEZA-US | LiteViso | zhangheting | ZEDODIER |
| Color | Black | Black | Black | Black | Silver |
| Material | Stainless Steel | Metal, Vinyl | Rubber, Alloy Steel | Vinyl | Metal |

## Products related to this item

Page 1 of 20

Sponsored ⓘ










‹ ›

| Purse Hangers 16 Pack Bag Hooks, Twist Shape Purse Hooks for Closet, Large Size Clo... | CeHoXXYY Acrylic Purse Hanger Closet Keep Your Totes and Backpacks Organized and in... | HOME DEPUTY Purse Organizer for Closet - 6 Bag Hooks - Gold - Purse Hangers for Clo... | Simple Houseware Standing Coat and Hat Hanger Organizer Rack, 12 Hooks Turquoise | BESARME 15 Pack Purse Hanger for Closet, Unique Twist Design Bag Hanger Hooks, Purs... | 12 Pack Purse Hanger for Closet,Unique Twist Design Bag Hanger Hooks, Large S... | ZEDODIER 14 Pack Purse Hooks for Closet, Backpack Hanger Bag Holder, Closet Accesso... |
|---|---|---|---|---|---|---|
| ★★★★☆ 42 | ★★★★☆ 31 | ★★★★☆ 311 | ★★★★☆ 15,368 | ★★★★☆ 314 | ★★★★☆ 1,307 | ★★★★☆ 760 |
| $11.99 | $18.58 ($4.65/Count) | $12.50 ($2.08/Count) | $22.97 | $9.99 ($0.67/Count) | $9.69 ($0.81/Count) | $7.99 ($0.57/Count) |
| ✓prime | ✓prime | ✓prime | | ✓prime | ✓prime | ✓prime |



Amazon Brand - Wag Dry Dog Food Salmon & Swe... ★★★★☆ 19,672
**22% off** Deal
$44⁹⁹ $57.99 ✓prime
Shop now

Sponsored ⓘ

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ





‹ ›

| GLUIT Shop the Store on Amazon › | SEEBRIDER Shop the Store on Amazon › | Roly Hanger Shop the Store on Amazon › |
|---|---|---|
| GLUIT Adhesive Hooks Heavy Duty 22 lbs Robe Towel Hooks Waterproof Adhesive... ★★★★☆ 16,554 $12.99 List: $16.99 | SEEBRIDER Purse Hanger Closet, Purse Holder for Closet Grey Backpack Hanger... $16.99 | Multipurpose Closet Hanger Organizer ROLLY HANGER Great Space Saver Cu... ★★★★☆ 780 $17.95 List: $23.99 |

## Customer reviews

★★★★☆ 4.7 out of 5

30 global ratings

| 5 star | | 80% |
|---|---|---|
| 4 star | | 15% |
| 3 star | | 5% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How customer reviews and ratings work

### Reviews with images



See all photos ›

Top reviews ▾

### Top reviews from the United States

https://www.amazon.com/Hooks-Organizer-Hanging-Handbags-Clothes/dp/B0BY6MRN1H/ref=sr_1_140?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342504&s...
11/14/2023



https://www.amazon.com/Hooks-Organizer-Hanging-Handbags-Clothes/dp/B0BY6MRN1H/ref=sr_1_140?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342504&s...
11/14/2023

https://www.amazon.com/Hooks-Organizer-Hanging-Handbags-Clothes/dp/B0BY6MRN1H/ref=sr_1_140?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342504&s...
11/14/2023





https://www.amazon.com/Hooks-Organizer-Hanging-Handbags-Clothes/dp/B0BY6MRN1H/ref=sr_1_140?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342504&s...
11/14/2023

https://www.amazon.com/Hooks-Organizer-Hanging-Handbags-Clothes/dp/B0BY6MRN1H/ref=sr_1_140?crid=QNHQUX2PCAC1&keywords=purse+hanger&qid=1698342504&s...
11/14/2023

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates