# EXHIBIT N
# Mesiti Declaration
# Infringing Product Type 2 Webpages

First Webpage Showing Sale of Infringing Product Type 2



https://www.amazon.com/UFURMATE-Stainless-Hanging-Handbags-Scarves/dp/B09YD1G97D/ref=sr_1_1?crid=2S2HMQD86TA1V&keywords=B09YD1G97D&qid=1697138170&... 11/14/2023



### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Looking for specific info?

Search in reviews, Q&A...

### Product Description

**High-Quality:**

The hook is made of high-quality stainless steel, which is strong and durable, not easy to rust and break, and has a long service life. The surface of the hook is smooth and has a black coating, and both ends of the hook are wrapped with rubber sleeves for safe use.

**Unique Design:**

The twisted design can adjust the hanging angle of your handbag in the wardrobe, which can make better use of the storage space of the wardrobe.

**Convenient & Practical:**

A single hook can bear a maximum weight of about 10 kg, which can easily hang your backpack or other items.

**Versatile:**

Great for hanging wallets, belts, handbags, scarves, towels, potted plants, pots, mugs, wind chimes, bird feeders, indoor and outdoor use.

**Specification:**

*Material: Stainess Steel

*Size: 115*46mm

*Package Content: 12 pcs 5 hooks

*Weight: 279.6g

*Color: Silver

**Note:**

Please allow 1-2mm error due to manual measurement. If you have any questions, please feel free to contact us, thank you very much for your understanding and cooperation!

### Product information

| Brand | UFURMATE |
|---|---|
| Material | Stainless Steel, Rubber |
| Product Dimensions | 4.53"W x 1.81"H |
| Special Feature | Heavy Duty |
| Number of Pieces | 12 |
| Number of Items | 12 |
| Item Weight | 10.1 ounces |
| Manufacturer | UFURMATE |
| ASIN | B09YD1G97D |
| Item model number | UF-HA0784-G-US |
| Best Sellers Rank | #495,466 in Industrial & Scientific (See Top 100 in Industrial & Scientific)<br>#5,122 in Utility Hooks<br>#7,934 in Industrial Hooks<br>#229,122 in Hardware |
| Date First Available | April 20, 2022 |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

### Important information

To report an issue with this product, click here.



https://www.amazon.com/UFURMATE-Stainless-Hanging-Handbags-Scarves/dp/B09YD1G97D/ref=sr_1_1?crid=2S2HMQD86TA1V&keywords=B09YD1G97D&qid=1697138170&... 11/14/2023





https://www.amazon.com/UFURMATE-Stainless-Hanging-Handbags-Scarves/dp/B09YD1G97D/ref=sr_1_1?crid=2S2HMQD86TA1V&keywords=B09YD1G97D&qid=1697138170&... 11/14/2023

https://www.amazon.com/UFURMATE-Stainless-Hanging-Handbags-Scarves/dp/B09YD1G97D/ref=sr_1_1?crid=2S2HMQD86TA1V&keywords=B09YD1G97D&qid=1697138170&...
11/14/2023

Neighbors App — Real-Time Crime & Safety Alerts
Amazon Subscription Boxes — Top subscription boxes – right to your door
PillPack — Pharmacy Simplified
Amazon Renewed — Like-new products you can trust

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

https://www.amazon.com/UFURMATE-Stainless-Hanging-Handbags-Scarves/dp/B09YD1G97D/ref=sr_1_1?crid=2S2HMQD86TA1V&keywords=B09YD1G97D&qid=1697138170&...
11/14/2023

Second Webpage Showing Sale of Infringing Product Type 2



## 4 stars and above

Page 1 of 42

      

ZEDODIER 14 Pack Purse Hooks for Closet, Backpack Hanger Bag Holder, Closet Accesso...
★★★★★ 100
$7.99 ($0.57/Count)
prime

12 Pack 4-1/2 Inch S Hooks for Hanging, Large Vinyl Coated Closet S Hooks Non...
★★★★★ 296
$9.99 ($0.83/Count)
prime

Fitnice 10 Pack Purse Hanger for Closet, S Hooks for Hanging Twisted Purse Hooks...
★★★★★ 184
$9.99 ($1.00/Count)
prime

Myfolrena Purse Hangers Bag Hooks Closet- 12 Pack Handbag Hanger Organizer Metal S ...
★★★★★ 227
$9.99 prime

FSAH 17 Pcs S Hooks for Hanging Safety Buckle, 3.5 Inch Stainless Steel S Shaped Lo...
★★★★☆ 519
$6.99 ($0.41/Count)
prime

HiGift 8 Pack Purse Hanger for Closet, Unique Twist Design Bags Hanger Hooks,...
★★★★☆ 457
$7.99 prime

LLPJS Aluminum S Hooks for Hang Shower Curtain, Hanging Kitchen Pot and Pans, Coffe...
★★★★☆ 2,106
$8.99 ($0.75/Count)
prime

## Products related to this item

Page 1 of 35

      

CTOHN 20 Pack Purse Hanger for Closet, Unique Twist Design Bag Hanger Purse Hooks, ...
★★★★★ 17
$9.98 ($0.50/Count)
prime

Purse Hangers 16 Pack Bag Hooks, Twist Shape Purse Hooks for Closet, Large Size Clo...
★★★★★ 42
$11.99 prime

Purse Hanger for Closet, Unique Twist Design Bag Hanger Purse Hooks, Large Size Clo...
★★★★★ 37
$9.99 ($0.83/Count)
prime

ZOENHOU 24 Pack Black Purse Hangers for Closet, Twist Design S Hooks Purse Organize...
$13.99 prime

FSAH 17 Pcs S Hooks for Hanging Safety Buckle, 3.5 Inch Stainless Steel S Shaped Lo...
★★★★☆ 519
$6.99 ($0.41/Count)
prime

BCISIWOS Purse Hanger for Closet, 10 Pack Handbag Hanger Organizer Unique...
★★★★★ 30
$6.99 prime

CertBuy 20 Pack Purse Hanger for Closet, 4.5" Unique Twist Design Bag Hanger Purse ...
★★★★☆ 1
$15.99 prime

## Product Description





**Easy to Use**

- Not require to use tools, nails, screws, or adhesives, our handbag hooks are easy to hang on existing objects. Great for hanging handbags to keep them in perfect shape.

▶ About Our Products

Material: High quality stainless steel material with rubber coated on surface.

▶ Why Choose Us

√ Thoughtful rubber cover design, no need to worry about rusting even in outdoor use.
√ Hard and sturdy, not easily damaged or deformed.

https://www.amazon.com/BESARME-Organizer-Hanging-Handbags-Scarves/dp/B0BFHHBT38/ref=sr_1_1?crid=3UO91B0360VXL&keywords=B0BFHHBT38&qid=1697204058&s...
11/14/2023





**Unique Twist Design for Better Organized**
- These hangers are perfect for providing a suitable orientation for your handbag, making it easier to organize and remove your handbag, keeps your bags neatly organized!

**More Than Just A Purse Hanger**
- It can also be used to organize various clothing accessories or tools, as well as belts, handbags, ties, jeans, scarves, towels, and so on.

**Wide range of uses**
- For hanging pots and pans, cups, bird feeders, birdhouses, display plants, flowerpots, or organizing kitchen utensils. It is your perfect space-saving helper.




|  | 15 Packs Purse Hanger for Closet | 30 Packs Purse Hanger for Closet |
|---|---|---|
| Unique Space-saving Design | ✓ | ✓ |
| Sturdy Material | ✓ | ✓ |
| Wide range of uses | ✓ | ✓ |

### Looking for specific info?

Q Search in reviews, Q&A...

### Product information

**Technical Details**

| Manufacturer | BESARME |
|---|---|
| Item Weight | 1.06 ounces |
| Package Dimensions | 6.69 x 4.92 x 2.87 inches |
| Size | 30 Pack |
| Color | Black |
| Style | Classic |
| Finish | Stainless Steel |
| Material | Stainless Steel, Metal |
| Number Of Pieces | 30 |
| Maximum Weight Capacity | 5 Kilograms |
| Mounting Type | Hanging |
| Special Features | Portable |
| Batteries Required? | No |

**Additional Information**

| ASIN | B0BFHHBT38 |
|---|---|
| Customer Reviews | 4.6 ★★★★½  54 ratings  4.6 out of 5 stars |
| Best Sellers Rank | #32,459 in Home & Kitchen (See Top 100 in Home & Kitchen)  #177 in Utility Hooks |
| Date First Available | September 18, 2022 |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

### Videos

Page 1 of 3

**Videos for related products**


0:30
Must Watch Before Buying! S Hooks
26Magnolia


0:29
Large Size Closet Rod Hooks
Fitnice Official


0:43
Are these purse hooks gonna keep your purse looking nice?
Colleen Cupp


0:19
Silver S Hook
Lysas


CTOHN Purse Hangers
JINGWEI-US

Upload your video

### Compare with similar items


https://www.amazon.com/BESARME-Organizer-Hanging-Handbags-Scarves/dp/B0BFHHBT38/ref=sr_1_1?crid=3UO91B0360VXL&keywords=B0BFHHBT38&qid=1697204058&s...
11/14/2023






https://www.amazon.com/BESARME-Organizer-Hanging-Handbags-Scarves/dp/B0BFHHBT38/ref=sr_1_1?crid=3UO91B0360VXL&keywords=B0BFHHBT38&qid=1697204058&s...
11/14/2023



https://www.amazon.com/BESARME-Organizer-Hanging-Handbags-Scarves/dp/B0BFHHBT38/ref=sr_1_1?crid=3UO91B0360VXL&keywords=B0BFHHBT38&qid=1697204058&s...
11/14/2023





















https://www.amazon.com/BESARME-Organizer-Hanging-Handbags-Scarves/dp/B0BFHHBT38/ref=sr_1_1?crid=3UO91B0360VXL&keywords=B0BFHHBT38&qid=1697204058&s...
11/14/2023

https://www.amazon.com/BESARME-Organizer-Hanging-Handbags-Scarves/dp/B0BFHHBT38/ref=sr_1_1?crid=3UO91B0360VXL&keywords=B0BFHHBT38&qid=1697204058&s...
11/14/2023



https://www.amazon.com/BESARME-Organizer-Hanging-Handbags-Scarves/dp/B0BFHHBT38/ref=sr_1_1?crid=3UO91B0360VXL&keywords=B0BFHHBT38&qid=1697204058&s...
11/14/2023