# EXHIBIT O
## Mesiti Declaration
## Infringing Product Type 3 Webpages

First Webpage Showing Sale of Infringing
Product Type 3

https://www.amazon.com/AccEncyc-Handbag-Organizer-Hanging-Stainless/dp/B0BHY8GVL6/ref=sr_1_1?crid=26YWB3RPHYJXZ&keywords=B0BHY8GVL6&qid=1697135774&s...
11/14/2023



Infringing Product
Type 3

https://www.amazon.com/AccEncyc-Handbag-Organizer-Hanging-Stainless/dp/B0BHY8GVL6/ref=sr_1_1?crid=26YWB3RPHYJXZ&keywords=B0BHY8GVL6&qid=1697135774&s...
11/14/2023

https://www.amazon.com/AccEncyc-Handbag-Organizer-Hanging-Stainless/dp/B0BHY8GVL6/ref=sr_1_1?crid=26YWB3RPHYJXZ&keywords=B0BHY8GVL6&qid=1697135774&s...
11/14/2023

      

**BCISWOS Purse Hanger for Closet, 5 Pack Handbag Hanger...**
★★★★☆ 30
$6.99
Typical $7.99
Lowest price in 30 days
Get it as soon as Sunday, Nov 19
FREE Shipping on orders over $35 shipped by Amazon

**Fitnice 10 Pack Purse Hanger for Closet, 5 Hooks for Hanging Twisted Purse Hooks...**
★★★★☆ 144
Amazon's Choice
Utility Hooks
$9.99 ($1.00/Count)
Get it as soon as Monday, Nov 20
FREE Shipping on orders over $35 shipped by Amazon

**MELIJOY 5 Hooks, Reversible Black S Shaped Hooks 5 Inch Small Heavy Duty Stainless Steel S...**
★★★★☆ 107
$9.99
Get it as soon as Sunday, Nov 19
FREE Shipping on orders over $35 shipped by Amazon

**Riveay 10 Pack Black S Hooks for Hanging Plants, 5 Hooks for Hanging Clothes, Stainless Steel S Hook...**
★★★★☆ 4,675
$4.99 ($0.50/Count)
Get it as soon as Tuesday, Nov 21
FREE Shipping on orders over $35 shipped by Amazon

**30 Pack S Hooks for Hanging, 3.15 inch Stainless Steel S Snaped Hooks Curtain Hooks Heavy Duty S Hooks fo...**
★★★★☆ 36
$12.99
Get it as soon as Sunday, Nov 19
FREE Shipping on orders over $35 shipped by Amazon

**GEZDIEA Purse Hanger S Hooks Twisted 5 Hooks Closet Rod Hooks for Handbags,Bags,Clothes,Purses,Hats,10Pack (Large&90Deg)**
★★★★☆ 353

**Evob 20 Pack 3.4" S Shaped Hooks Stainless Steel Metal Hangers Hanging Hooks for Kitchen, Work Shop,...**
★★★★☆ 18,433
$6.47 ($0.32/Count)
Get it as soon as Sunday, Nov 19
FREE Shipping on orders over $35 shipped by Amazon

## From the brand



Hello, we are AccEncyc, the combination of Accessory and Encyclopedia, which represents the core concept of our brand, presenting abundant, professional and practical products to you in an encyclopedia-like manner. Here, you can find everything devoted to make your life much more better, including hardwares, tools and pet supplies. We start with providing accessories, but not just accessories.

**Brand Description**
AccEncyc is committed to provide customers preferably with satisfactory products and more intimate service.

Recommended Goods

Recommended Goo...

## Looking for specific info?


🔍 Search in reviews, Q&A...

## Videos

Page 1 of 3

**Videos for related products**


CTOHN Purse Hangers for Closet
JINGWEI-US          0:46


5 Closet Organizational Must Haves
Jaime Cittadino     0:29


S-Hook's Closet Reign: No Mess Allowed
Mike Lazarus        1:55


Large Size Closet Rod Hooks
Fitnice Official     0:29


My Review Of These Hooks for Hang...
Abraham Revie

Upload your video

## Product information

| | |
|---|---|
| Package Dimensions | 4.5 x 3 x 3 inches |
| Item Weight | 7 ounces |
| Department | womens |
| Manufacturer | AccEncyc |
| ASIN | B0BHY8GVL6 |
| Customer Reviews | ★★★★☆ 6 ratings 4.6 out of 5 stars |
| Best Sellers Rank | #974,323 in Home & Kitchen (See Top 100 in Home & Kitchen) #1,863 in Utility Hooks |
| Date First Available | October 12, 2022 |

**Warranty & Support**
Product Warranty: For warranty information about this product, please click here

**Feedback**
Would you like to tell us about a lower price? ⌄

## Product Description

12 pack heavy duty s hooks for holding puses, handbags, kitchenware, coat and hat, ties, belts, wreathes and so on

## Compare with similar items

https://www.amazon.com/AccEncyc-Handbag-Organizer-Hanging-Stainless/dp/B0BHY8GVL6/ref=sr_1_1?crid=26YWB3RPHYJXZ&keywords=B0BHY8GVL6&qid=1697135774&s...
11/14/2023





## Important information

To report an issue with this product, click here.

## Products related to this item



## Similar brands on Amazon



## Customer reviews



https://www.amazon.com/AccEncyc-Handbag-Organizer-Hanging-Stainless/dp/B0BHY8GVL6/ref=sr_1_1?crid=26YWB3RPHYJXZ&keywords=B0BHY8GVL6&qid=1697135774&s...
11/14/2023

https://www.amazon.com/AccEncyc-Handbag-Organizer-Hanging-Stainless/dp/B0BHY8GVL6/ref=sr_1_1?crid=26YWB3RPHYJXZ&keywords=B0BHY8GVL6&qid=1697135774&s... 11/14/2023







Second Webpage Showing Sale of Infringing
Product Type 3

https://www.amazon.com/Hangers-Closet-Organizer-Hanging-Handbags/dp/B09TZRQNHB/ref=sr_1_1?crid=36JKUFJF7F1J9&keywords=B09TZRQNHB&qid=1697200969&sprefi...
11/14/2023



Infringing Product
Type 3

https://www.amazon.com/Hangers-Closet-Organizer-Hanging-Handbags/dp/B09TZRQNHB/ref=sr_1_1?crid=36JKUFJF7F1J9&keywords=B09TZRQNHB&qid=1697200969&sprefi...
11/14/2023

      

Hooks Twist Design Bag Hanger,Closet Rod ...
★★★★☆ 459
$8.98 ($1.12/Count)
✓prime

Design, Large Size Closet Rod Hooks fo...
$9.39 ($0.78/Count)
✓prime

Hanger Purse Hooks, Large Size Clo...
★★★★☆ 37
$9.99 ($0.83/Count)
✓prime

Purse Hooks for Closet, Large Size Clo...
★★★★☆ 42
$11.99
✓prime

Unique Twist Design Bag Hanger Purse Hooks, ...
★★★★★ 17
$9.98 ($0.50/Count)
✓prime

Handbag Hanger Organizer Unique...
★★★★☆ 30
$6.99 ✓prime

Pack Handbag Hanger Organizer Metal 5 ...
★★★★☆ 227
$9.99 ✓prime

## 4 stars and above

Sponsored ⓘ

Page 1 of 52



‹

BESARME 15 Pack Purse Hanger for Closet, Unique Twist Design Bag Hanger Hooks, Purs...
★★★★☆ 314
$9.99 ($0.67/Count)
✓prime

ZEDODIER 14 Pack Purse Hooks for Closet, Backpack Hanger Bag Holder, Closet Accesso...
★★★★★ 100
$7.99 ($0.57/Count)

Purse Hanger Organizer for Closet 2-Pack, Fitnice Metal Handbag Hangers Space Savin...
★★★★☆ 57
$9.99 ($5.00/Count)
Save 10% with coupon

Mzekgxm 10 Pack Purse Hanger for Closet, Unique Twist Design Closet Organizer...
★★★★☆ 153
$11.99 ($1.20/Count)

Unique Twist Design Bag Hanger Purse Organizer for Closet,5 Hooks Twist Design Bag Hanger,Closet Rod ...
★★★★☆ 459
$8.98 ($1.12/Count)
✓prime

Myfotreena Purse Hangers Bag Hooks Closet- 12 Pack Handbag Hanger Organizer Metal S ...
★★★★☆ 227
$9.99 ✓prime

12 Pack Purse Hanger for Closet,Unique Twist Design Bag Hanger Purse Hooks, Large S...
★★★★☆ 1,280
$9.99 ($0.83/Count)
✓prime

›

## From the brand



## Product Description



**10 Pack Purse Hanger for Closet, Unique Twist Design Bags Hanger Hooks Large Size Twisted Purse Hooks**

- Vinyl Coated Protect: Each purse hanger hook has two rubber stopper on the end, which can Anti-rust, resist falling and slipping
- Improved Design S hook: Our S hooks handbag hanger with an upgraded version of the S hook, twisting it 90° makes this wallet hanger more stable vertically on your closet rod, so you can display your handbags and purses side by side at eye level
- Multiple Uses: purse hanger hooks can be used to hang wallets, as well as belts, handbags, ties, jeans, scarves, towels, plants, pots and pans, cups, wind chimes, bird feeders, bird houses, indoor and outdoor use

https://www.amazon.com/Hangers-Closet-Organizer-Hanging-Handbags/dp/B09TZRQNHB/ref=sr_1_1?crid=36JKUFJF7F1J9&keywords=B09TZRQNHB&qid=1697200969&sprefi...
11/14/2023

https://www.amazon.com/Hangers-Closet-Organizer-Hanging-Handbags/dp/B09TZRQNHB/ref=sr_1_1?crid=36JKUFJF7F1J9&keywords=B09TZRQNHB&qid=1697200969&sprefi...
11/14/2023



**Large Size Closet Rod Hooks**

Each s-shaped hook opening size is 1.7 inch, another opening size is 1.8inch, it fit for all regular closet rods less than 1.8inch thickness

**Easy to Use**

No tools, nails, screws or adhesives are required, this large size utility hooks are easy to hang on existing objects, can hol lots of item to help you save more space in your home

**Large Quantity for home use**

- Color: Silver, Black
- Package: 10pcs for each set

**Heavy Duty Purse Hanger Hooks**

These purse organizer bag hangers are made of high-quality stainless steel, hard and sturdy enough. Keep your beloved bags away from floor and dust

These large size handbag hooks for closet have large and small heads, not heavy but very sturdy to hold items up to 10kgs



**Perfect for Closet storage and organization, Make your life more organized!**







**Unique Twist Design S Hooks**

It is twisted from regular s hooks, allows you hang your bags vertically in the closet, save more spaces and choose bags more convenient

You can hang your handbags side by side alongside your clothes providing the perfect space-saving storage solution

**Silver&Black Color Available**

Theses durable metal handbag hook can be perfect solution for hanging your handbag purse in your closet

Just the simple way these hooks are oriented makes organizing handbags in the closet so much easier and nicer

**Warm Tip Before Order**

If the purse hanger hook is easy to off, please use a rope to fasten the hook on closet rod

This closet organizer hooks fits all closet rods less than 1.8inches, PLEASE MEASURE YOUR CLOSET ROD, and check if item size suitable before purchase



**This hook is hard enough for hanging pots, pans, cups and other kitchen utensil; also suit for wind chimes, bird feeders, plants indoor and outdoor**



https://www.amazon.com/Hangers-Closet-Organizer-Hanging-Handbags/dp/B09TZRQNHB/ref=sr_1_1?crid=36JKUFJF7F1J9&keywords=B09TZRQNHB&qid=1697200969&sprefi...
11/14/2023

https://www.amazon.com/Hangers-Closet-Organizer-Hanging-Handbags/dp/B09TZRQNHB/ref=sr_1_1?crid=36JKUFJF7F1J9&keywords=B09TZRQNHB&qid=1697200969&sprefi...
11/14/2023

## Looking for specific info?

Search in reviews, Q&A...

## Product information

| | | | |
|---|---|---|---|
| Package Dimensions | 9.06 x 8.39 x 3.11 inches | **Warranty & Support** | |
| Item Weight | 10.1 ounces | Product Warranty: For warranty information about this product, please click here | |
| Manufacturer | PUPINGPIG | | |
| ASIN | B09TZRQNHB | **Feedback** | |
| Country of Origin | China | Would you like to tell us about a lower price? ⌄ | |
| Customer Reviews | 4.8 ★★★★★ ~ 164 ratings | | |
| | 4.8 out of 5 stars | | |
| Best Sellers Rank | #75,930 in Industrial & Scientific (See Top 100 in Industrial & Scientific) | | |
| | #1,170 in Utility Hooks | | |
| | #1,647 in Industrial Hooks | | |
| | #39,527 in Hardware | | |
| Maximum recommended load | 10 Kilograms | | |
| Finish types | Matte | | |
| Number of pieces | 10 | | |
| Batteries required | No | | |

## Videos

Page 1 of 3

### Videos for related products

    

‹ ›

| 0:30 | 0:45 | 0:29 | 0:46 | 0:xx |
|---|---|---|---|---|
| 15 Pack Purse Hanger for Closet, for Better Organized | Are these purse hooks gonna keep your purse looking nice? | Large Size Closet Rod Hooks | CYOHN Purse Hangers for Closet | S-Hook's Closet Allowed |
| zhanghelling | Colleen Cupp | Fitnice Official | JINGWEI-US | Mike Lazarus |

Upload your video

## Important information

To report an issue with this product, click here.

## Compare with similar items



| | This item PUPINGPIG Purse Hangers for Closet Organizer, Set of 10 Purse Hook for Closet Unique Twist Design Bag Hanger Large Size Closet Hooks for Bag, Purses, Handbags, Belts,Pots and Pans (Black) | BESARME 15 Pack Purse Hanger for Closet, Unique Twist Design Bag Hanger Hooks, Purse Organizer Hooks for Closet Large Closet 5 Hooks for Hanging Handbags Purses Clothes(Black) | Myfobrena Purse Hangers for Closet, Unique Twist Design Bag Hanger Organizer Metal 5 Hooks, Large Size Closet Rod Hooks for Hanging Handbags,Clothes, Curtain, Plant, Pans and Pots | Purse Hanger Purse Organizer for Closet,5 Hooks Twist Design Bag Hanger,Closet Rod Hooks for Hanging Handbags,Purses,Belts,Scarves,Hats,Clothes,Pots and Pans. (8 Pack Black) | Fitnice 10 Pack Purse Hanger for Closet, 5 Hooks for Hanging Twisted Purse Hooks Heavy Duty 5 Hooks Handbag Hanger Organizer Space Saving Closet Rod Hooks for Clothes, Bags, Plants, Pots (Black) |
|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★★ (164) | ★★★★☆ (314) | ★★★★★ (229) | ★★★★☆ (439) | ★★★★★ (184) |
| **Price** | $9⁹⁹ | $9⁹⁹ | $9⁹⁹ | $8⁹⁹ | $9⁹⁹ |
| **Shipping** | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime |
| **Sold By** | Autrow | zhangheting | Myfobrena Official | NEZA-US | Fitnice Official |
| **Color** | Black | Black | Silver | Black | Black |
| **Material** | Stainless Steel | Vinyl | Stainless Steel, Metal | Metal, Vinyl | Stainless Steel, Plastic |

https://www.amazon.com/Hangers-Closet-Organizer-Hanging-Handbags/dp/B09TZRQNHB/ref=sr_1_1?crid=36JKUFJF7F1J9&keywords=B09TZRQNHB&qid=1697200969&sprefi...
11/14/2023





2 people found this helpful

| Helpful | Report |

**Bernice**

★★★★★ **Organization Use**

Reviewed in the United States on February 1, 2023

Color: Black    Verified Purchase

Great for organizing closet space

| Helpful | Report |

**Tamika Love**

★★★★★ **Perfect**

Reviewed in the United States on December 1, 2022

Color: Black    Verified Purchase

These were exactly what I needed. They are very sturdy and the color blended perfectly with my closet design. I will be purchasing more.

| Helpful | Report |

**Julie**

★★★★★ **So organized now**

Reviewed in the United States on November 25, 2022

Color: Black    Verified Purchase

These really came in handy. Should have bought them along time ago. I can actually see what I have now.

| Helpful | Report |

**Susann Phillips**

★★★★★ **Organization**

Reviewed in the United States on October 10, 2022

Color: Silver    Verified Purchase

I use the hooks to keep my favorite bags, and purses organized. The hooks make my bags easy to see, while keeping them within reach.

| Helpful | Report |

**Bjans**

★★★★★ **LOVE**

Reviewed in the United States on September 24, 2022

Color: Black    Verified Purchase

Exactly what I was looking for and work great for my closet setup!

| Helpful | Report |

See more reviews ›

### Similar items that may ship from close to you

Page 1 of 3



https://www.amazon.com/Hangers-Closet-Organizer-Hanging-Handbags/dp/B09TZRQNHB/ref=sr_1_1?crid=36JKUFJF7F1J9&keywords=B09TZRQNHB&qid=1697200969&sprefi...
11/14/2023





https://www.amazon.com/Hangers-Closet-Organizer-Hanging-Handbags/dp/B09TZRQNHB/ref=sr_1_1?crid=36JKUFJF7F1J9&keywords=B09TZRQNHB&qid=1697200969&sprefi...
11/14/2023

| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed |
| --- | --- | --- | --- |
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

Third Webpage Showing Sale of Infringing
Product Type 3



Infringing Product
Type 3

https://www.amazon.com/DSVENROLY-Organizer-Hanging-Handbags-Clothes/dp/B0B53CKGZ7/ref=sr_1_1?crid=311J8MY0XI2SB&keywords=B0B53CKGZ7&qid=1697201940&...
11/14/2023

**Product Description**







https://www.amazon.com/DSVENROLY-Organizer-Hanging-Handbags-Clothes/dp/B0B53CKGZ7/ref=sr_1_1?crid=311J8MY0XI2SB&keywords=B0B53CKGZ7&qid=1697201940&...
11/14/2023

https://www.amazon.com/DSVENROLY-Organizer-Hanging-Handbags-Clothes/dp/B0B53CKGZ7/ref=sr_1_1?crid=311J8MY0XI2SB&keywords=B0B53CKGZ7&qid=1697201940&... 11/14/2023

Clever way to store your purses. Makes more room in your closet and makes it easier to see your purses and ease in selecting which bag to use



These are so versatile they could work anywhere. Excellent way to remove clutter and keep purses looking great.







**Sturdy and Durable Purse Hooks**

one large opening end is 1.8 inch,

the other is 1.7inch.

It fits all rods less than 1.7 inch thickness.

Each wallet hanger weight 0.06lbs,

Strong enough to Hold up to 22lbs

**Excellent Quality Purse Hanger**

They are well built.

Made of sturdy metal (no snapping or bending)

but also have a plastic coating on the outside. So they don't rust or scratch your walls or your belongings.

**Heavy Duty S Hooks, Great Space Saver**

Include 12PC Purse Hanger Hooks

These S hooks are highly versatile and can work in a large number of environments

Can be used to hang clothes, pants, bags, belts, ties, hats, scarves, towels, pots, pans, cups, kitchen utensils and so on.

## Videos

**Videos for related products**



15 Pack Purse Hanger for Closet, for Better Organized
zhangheting

Upload your video

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Product information

https://www.amazon.com/DSVENROLY-Organizer-Hanging-Handbags-Clothes/dp/B0B53CKGZ7/ref=sr_1_1?crid=311J8MY0XI2SB&keywords=B0B53CKGZ7&qid=1697201940&... 11/14/2023

https://www.amazon.com/DSVENROLY-Organizer-Hanging-Handbags-Clothes-/dp/B0B53CKGZ7/ref=sr_1_1?crid=311J8MY0XI2SB&keywords=B0B53CKGZ7&qid=1697201940&...
11/14/2023



https://www.amazon.com/DSVENROLY-Organizer-Hanging-Handbags-Clothes-/dp/B0B53CKGZ7/ref=sr_1_1?crid=311J8MY0XI2SB&keywords=B0B53CKGZ7&qid=1697201940&...
11/14/2023









Fourth Webpage Showing Sale of Infringing
Product Type 3

https://www.amazon.com/Housoutil-24pcscloset-Organizers-Handbags-Organizer/dp/B0BFRN643S/ref=sr_1_1?crid=1XSQFYWGWKXBA&keywords=B0BFRN643S&qid=169713... 11/14/2023



Infringing Product
Type 3

       

**SAVITA 10pcs Purse Hooks for Closet, Heavy Duty Black S Hooks for Hanging Clothes in a Closet Handbag Twist...**
★★★★★ 70
$11.99 ($1.20/Count)
Get it as soon as **Tuesday, Nov 21**
FREE Shipping on orders over $35 shipped by Amazon
Only 13 left in stock - orde...

**HiGift 8 Pack Purse Hanger for Closet, Unique Twist Design...**
★★★★★ 457
Save 11%
$7.99
List: $8.99
Lowest price in 30 days
Get it as soon as Monday, Nov 20
FREE Shipping on orders over $35 shipped by Amazon

**Fitnice 10 Pack Purse Hanger for Closet, 5 Hooks for Hanging Twisted Purse Hooks Heavy Duty 5 Hooks...**
★★★★★ 394
$9.99 ($1.00/Count)
Get it as soon as Monday, Nov 20
FREE Shipping on orders over $35 shipped by Amazon

**ZEDODIER 14 Pack Purse Hanger for Closet, Backpack Hanger Bag Holder, Closet...**
★★★★★ 100
Amazon's Choice
Utility Hooks
$6.99
Get it as soon as **Sunday, Nov 19**
FREE Shipping on orders over $35 shipped by Amazon

**BOSIWOS Purse Hanger for Closet, 10 Pack Handbag Hanger...**
★★★★★ 30
Save 8%
$9.99
Typical: $9.99
Lowest price in 30 days
Get it as soon as **Sunday, Nov 19**
FREE Shipping on orders over $35 shipped by Amazon

**12 Pack Purse Hangers for Closet,Unique Twisted Purse Hooks,Black Closet Rod 5 Hooks for Hanging...**
★★★★★ 129
$11.99 ($1.00/Count)
Get it as soon as **Wednesday, Nov 22**
FREE Shipping on orders over $35 shipped by Amazon

**2 Pack Handbag Hanger Organizer Metal 5 Hooks, Large Size Clos...**
★★★★★ 229
$9.99
Get it as soon as **Sunday, Nov 19**
FREE Shipping on orders over $35 shipped by Amazon

## Overstock deals on Home Storage Hooks    Explore more in Outlet    Page 1 of 9

      

**6 Pack Rustic Cast Iron Coat Hooks Heart Shape Outdoor Wall Hooks Wall Mount with Scre...**
★★★★★ 52
50% off  Overstock
$11.19 ($1.87/Count)
Get it as soon as **Sunday, Nov 19**
FREE Shipping on orders over $35 shipped by Amazon
Only 4 left in stock - orde...

**Franklin Brass Double Scroll Hook Assembly Wall Hooks 5-Pack,...**
★★★★★ 1,428
Amazon's Choice  for Coat Hooks
12% off  Overstock
$25.30 ($5.06/Count)
Typical: $28.84
Get it as soon as **Sunday, Nov 19**
FREE Shipping on orders over $35 shipped by Amazon

**AOAOYING 10 Pcs Wall Mounted Coat Hooks, Hanger Hook with 20 Pieces Screws for Towe...**
★★★★★ 2
$6.49 ($1.44/Ounce)
List: $12.99
Get it as soon as **Monday, Nov 20**
FREE Shipping on orders over $35 shipped by Amazon
Only 12 left in stock - orde...

**IYSOJSLUNN 4PCS Kitchen Utensil Holder Hooks Heavy Duty, Plastic Self-Adhesive...**
★★★★★ 54
50% off  Overstock
$7.49 ($1.87/Count)
List: $14.99
Get it as soon as **Monday, Nov 20**
FREE Shipping on orders over $35 shipped by Amazon

**HAMOPY Mail Organizer Wall Mount with 5 Key Hooks, 20 Inch Shelf with Hooks, Chalkboar...**
★★★★★ 17
20% off  Overstock
$21.59
Typical: $26.99
Get it as soon as **Wednesday, Nov 22**
FREE Shipping on orders over $35 shipped by Amazon

**LEMONIDEA Wall Mounted Hook Rack Elegant Metal Folding Floating 5 Hanger Rail...**
★★★★★ 34
50% off  Overstock
$9.99
Typical: $19.99
Get it as soon as **Monday, Nov 20**
FREE Shipping on orders over $35 shipped by Amazon

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Housoutil |
| Part Number | F4203LKWQ6E5R5EQUN37QIU2 |
| Item Weight | 1.63 pounds |
| Product Dimensions | 4.45 x 6.73 x 2.24 inches |
| Country of Origin | China |
| Item model number | F4203LKWQ6E5R5EQUN37QIU2 |
| Size | 11.3X5.7cmx3pcs |
| Color | Silverx3pcs |
| Style | fashion |
| Finish | Chrome |
| Material | Metal |
| Voltage | 319 Volts |
| Item Package Quantity | 1 |
| Number Of Pieces | 24 |
| Coverage | 18/09/2027 |
| Mounting Type | Desk Mount |
| Included Components | hook |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B0BFRN643S |
| Best Sellers Rank | #3,289,198 in Home & Kitchen (See Top 100 in Home & Kitchen) #267,879 in Home Storage & Organization (Home & Kitchen) |
| Date First Available | September 19, 2022 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

---

### Product Description

Package List
8 x Purse Hangers

https://www.amazon.com/Housoutil-24pcscloset-Organizers-Handbags-Organizer/dp/B0BFRN643S/ref=sr_1_1?crid=1XSQFYWGWKXBA&keywords=B0BFRN643S&qid=169713...
11/14/2023







