# EXHIBIT P
# Mesiti Declaration
# Infringing Product Type 4 Webpages

First Webpage Showing Sale of Infringing Product Type 4



https://www.amazon.com/Purse-Hanger-Hooks-Rose-Gold/dp/B08Q33TD6N/ref=sr_1_1?crid=351TVEW8B065F&keywords=B08Q33TD6N&qid=1697135487&sprefix=b08q33td... 11/14/2023



**Product Description**



Working out the perfect storage solution for your purses has always been a conundrum…if you put them in a storage bin, they will lose shape; if you put them under the bed, they'll be out of sight (and out of mind) and if you store them at the bottom of your closet, they will get dusty.

We have the perfect solution - the Home Deputy Purse Hanging Hooks for your closet.

The unique design of the twist on the classic S hook means you can hang your handbags side by side alongside your clothes providing the perfect space-saving storage solution.



https://www.amazon.com/Purse-Hanger-Hooks-Rose-Gold/dp/B08Q33TD6N/ref=sr_1_1?crid=351TVEW8B065F&keywords=B08Q33TD6N&qid=1697135487&sprefix=b08q33td... 11/14/2023





**UNIQUE DESIGN**
We have taken the classic S hook and twisted it so that you can display your handbags and purses side by side at eye level

**STYLISH & ON TREND**
Will make your closet look great by organising your purses side by side.

**MULTIPURPOSE**
The perfect organizer all your accessories such as Tote Bags, Backpacks, Belts, Ties, Jeans, Tops, Boots, Scarves and Camis

**AVAILABLE IN 4 ON-TREND COLOURS**






SILVER     ROSE GOLD     GOLD     BLACK



**PURSE HANGING HOOKS**
- 6 Pack
- Comes in Silver, Rose Gold, Gold and Black
- Use for purses and handbags
- Fits all closet rods

**ABOUT HOME DEPUTY**
We're a small, family business that believes that everyone should live in a home they love and that home improvement need not be a costly nor daunting exercise. Quality products should be cost effective and accessible to everyone! We design and develop unique products that give you the confidence to personalize your home on a budget.

**Looking for specific info?**

Search in reviews, Q&A...

**Videos**                                                                                    Page 1 of 3
Videos for related products






0:49 Keeps Purses Organized, Accessible + Protected! DEMO... Only the Best

0:30 15 Pack Purse Hanger for Closet, for Better Organized zhangheting

0:39 Amber Home Rose Copper Gold Metal Pants Skirt Hangers Amber home

0:43 Are these purse hooks gonna keep your purse looking nice? Colleen Cupp

ZEDODIER Purse Hanger Closet Space Saving ZEDODIER

Upload your video

**Product information**

| Product Dimensions | 1.77 x 1.77 x 3.94 inches |
|---|---|
| Item Weight | 3.2 ounces |
| Department | womens |
| Manufacturer | Home Deputy |
| ASIN | B08Q33TD6N |
| Item model number | HBH-RG |
| Customer Reviews | 4.8 ★★★★★ ⌄ 511 ratings<br>4.8 out of 5 stars |
| Best Sellers Rank | #95,596 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#199 in Standard Hangers |
| Date First Available | July 10, 2021 |

**Warranty & Support**
Product Warranty: For warranty information about this product, please click here

**Feedback**
Would you like to tell us about a lower price? ⌄















https://www.amazon.com/Purse-Hanger-Hooks-Rose-Gold/dp/B08Q33TD6N/ref=sr_1_1?crid=351TVEW8B065F&keywords=B08Q33TD6N&qid=1697135487&sprefix=b08q33td...
11/14/2023

https://www.amazon.com/Purse-Hanger-Hooks-Rose-Gold/dp/B08Q33TD6N/ref=sr_1_1?crid=351TVEW8B065F&keywords=B08Q33TD6N&qid=1697135487&sprefix=b08q33td...
11/14/2023