# EXHIBIT Q
# Mesiti Declaration
# Infringing Product Type 1 Chart

| | THE CLOSEST COMPARATIVE DESIGNS, THE DESIGN CLAIMED IN THE `526 PATENT, AND DEFENDANTS' INFRINGING PRODUCT TYPE 1 | | | |
|---|---|---|---|---|
| | '924 Design | '446 Design | Patented Design | Infringing Design Type 1 |
| Front | | | | |
| Back | | | | |
| First Side | | | | |
| Second Side | | | | |
| Top | | | | |
| Bottom | | | | |