EXHIBIT R
Mesiti Declaration
Infringing Product Type 2 Chart

| | THE CLOSEST COMPARATIVE DESIGNS, THE DESIGN CLAIMED IN THE `526 PATENT, AND DEFENDANTS' INFRINGING PRODUCT TYPE 2 | | | |
|---|---|---|---|---|
| | '924 Design | '446 Design | Patented Design | Infringing Design Type 2 |
| Front | | | | |
| Back | | | | |
| First Side | | | | |
| Second Side | | | | |
| Top | | | | |
| Bottom | | | | |