# EXHIBIT T
# Mesiti Declaration
# Infringing Product Type 4 Chart

| THE CLOSEST COMPARATIVE DESIGNS, THE DESIGN CLAIMED IN THE `526 PATENT, AND DEFENDANTS' INFRINGING PRODUCT TYPE 4 | | | | |
|---|---|---|---|---|
| | '924 Design | '446 Design | Patented Design | Infringing Design Type 4 |
| Front | | | | |
| Back | | | | |
| First Side | | | | |
| Second Side | | | | |
| Top | | | | |
| Bottom | | | | |