# Seller Display Name
# CJ Emerald

# Seller ID
# A3ND0MZAU13880







Sponsored

‹ Back to results

Roll over image to zoom in

VOS Purse Hanger for
, 10 Pack Handbag Hanger
izer Metal S Hooks, Large
loset Rods Hooks for
ng Clothes, Purses,
ags, Bags, Belts, Scarves,
Pans and Pots

SIWOS

28 ratings

hoice in Utility Hooks by BCISIWOS

ce in 30 days

-8% $6.99

Typical price: $7.59

prime One-Day

FREE Returns

**Get a $150 Amazon Gift Card instantly** with Prime Visa for a limited-time only.

Color: **Black**

$6.99 prime | $8.99 prime

| | |
|---|---|
| **Color** | Black |
| **Brand** | BCISIWOS |
| **Material** | Stainless Steel |
| **Finish Type** | Metal |
| **Mounting Type** | Ceiling Mount, Door Mount, Wall Mount |

Delivery | Pickup

$6.99

prime One-Day

FREE Returns

FREE delivery **Tomorrow, October 27**. Order within 7 hrs 9 mins

Deliver to [redacted] - Sewickley 15143

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | CJ Emerald |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Payment | Secure transaction |

Add a gift receipt for easy returns

Add to List

## About this item

- **Unique Twist Design Gives You More Space in Your Closet**: We've improved the regular S-hooks by rotating them 90 degrees so you can use these purse hooks to neatly hang purses, jeans, belts, hats, necklaces and more in your closet. Not only do these purse hangers save you a lot of space in your closet, but they also give your closet an organized and distinctive look. The twist of the purse hanger also makes them easy to put on and take off!
- **Rubber Coated Surface & Rubber Caps Design**: The purse closet organizer is coated with a vinyl rubber coating. The rubberized coating not only prevents sliding and keeps all your items spaced out, it also prevents rust and scratches. The hooks have small rubber caps on each end to protect your handbag and

Sponsored

## CJ Emerald

Visit the CJ Emerald storefront

**100% positive** lifetime (3 total ratings)



**BCISIWOS Purse Hanger for Close...**
USD 6⁹⁹

Add to Cart

## About Seller

CJ Emerald is committed to providing each customer with the highest standard of customer service.

Have a question for CJ Emerald?

Ask a question

## Feedback

5 out of  5                Lifetime

3 ratings

| FILTER BY |
| --- |
| All stars |

3 total feedbacks in Lifetime

5 star ▭ 100%
4 star ▭ 0%
3 star ▭ 0%
2 star ▭ 0%
1 star ▭ 0%

"Good product"

By dona brimm on September 10, 2023.

⌄ Learn more about how seller feedback works on Amazon

"Smooth transaction!"

By Jross on September 4, 2023.

### Share your thoughts with other customers

Leave seller feedback

"Fast amazon prime shipping."

By coffee break on August 17, 2023.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** nanyangyujushangmaoyouxiangongsi
**Business Address:**
汉冶街道
南泰路森林半岛16栋2单元303
南阳市
宛城区
河南省
473000
CN

## Shipping Policies                ⌄

## Other Policies                ⌄

## Help                ⌄

## Products

See all products currently offered by the seller.

**Brand**
BCISIWOS

## Results

Price and other details may vary based on product size and color.



BCISIWOS 10 Pack S Hooks, S Hooks for Hanging, 3.5 Inch Non Slip Heavy Duty S Hooks, Small Steel Metal Black...

★★★★☆ ⌄ 8

Save 14%

$5.99 Typical: $6.99
Lowest price in 30 days

✓prime One-Day
FREE delivery **Tomorrow, Oct 27**



BCISIWOS Purse Hanger for Closet, 10 Pack Handbag Hanger Organizer Metal S Hooks, Large Size Closet Rods...

★★★★½ ⌄ 28

Save 8%

$6.99 Typical: $7.59
Lowest price in 30 days

✓prime One-Day
FREE delivery **Tomorrow, Oct 27**



BCISIWOS Seed Starter Tray, Seed Starter Kit 60 Cells Seedling Starter Trays, Reusable Germination Kit&Plant...

★★★★★ ⌄ 2

Save 10%

$8.99 Typical: $9.99
Lowest price in 30 days

✓prime
FREE delivery **Mon, Oct 30**



BCISIWOS Face Wash Wristbands, Wristbands for Washing Face Reusable Wrist Scrunchies for Washing Face, Wrist...

★★★☆☆ ⌄ 1

Save 20%

$3.99 Typical: $4.99
Lowest price in 30 days

✓prime One-Day
FREE delivery **Tomorrow, Oct 27**



BCISIWOS 8 Pack S Hooks for Hanging, 3.5 Inch Heavy Duty S Hooks for Closet, Small Steel Metal Black Non Sli...

$5.99 Typical: $6.59

✓prime One-Day
FREE delivery **Tomorrow, Oct 27**

## Need help?

Visit the help section or contact us



**amazon**

# Checkout (1 item)

**1** **Shipping address**                                                                 Change

███████████
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

**FREE pickup available nearby**
Keep • 3.7 mi  (See details)
Change to pickup

**2** **Payment method**                                                                 Change

███████████
Billing address: ███████████

ʌ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

**3** **Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Arriving Oct. 27, 2023** If you order in the next 7 hours and 5 minutes (Details)
Items shipped from Amazon.com

BCISIWOS Purse Hanger for Closet, 10 Pack Handbag Hanger Organizer Metal S Hooks, Large Size Closet Rods Hooks for Hanging Clothes, Purses, Handbags, Bags, Belts, Scarves, Plant, Pans and Pots
$6.99 ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: CJ Emerald
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Tomorrow, Oct. 27**
    FREE One-Day Delivery
○ **Monday, Oct. 30**
    FREE Amazon Day Delivery
🍃 **Fewer boxes, fewer trips.** ⌄
Change delivery day

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

Items:                              $6.99
Shipping & handling:        $0.00

Total before tax:             $6.99
Estimated tax to be collected:  $0.42

**Order total:**              **$7.41**

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

[ **Place your order** ]  **Order total: $7.41**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



# Order Details

Ordered on October 26, 2023 | Order# 111-0378476-8366625

View or Print invoice

**Shipping Address**
[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States
Change

**Payment method**
[redacted]

**Apply gift card balance**
Enter code
Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $6.99 |
| Estimated tax to be collected: | $0.42 |
| **Grand Total:** | **$7.41** |

## Arriving tomorrow by 10pm

BCISIWOS Purse Hanger for Closet, 10 Pack Handbag Hanger Organizer Metal S Hooks, Large Size Closet Rods Hooks for Hanging Clothes, Purses, Handbags, Bags, Belts, Scarves, Plant, Pans and Pots
Sold by: CJ Emerald
$6.99
**Condition:** New
Add gift option
Buy it again

Track package
Change Payment Method
Cancel items
Archive order

**Related to items you've viewed** See more
Page 1 of 5

NEWBEA 2 Pack Christmas Porch Light Covers Christmas Decorations Outdoor Snowman Decorations…
512
$32.99
prime FREE Delivery

Twinkle Star 2 Pack Halloween Porch Light Covers, Decorative Jack-o-Lantern Porch Lamp Shade Cover for Indoor Outdoor, EVA Sparklin…
420
$27.99 ($14.00/Count)

Hourleey Pumpkin Halloween Porch Light Covers 2 Pack, 9" x 11.8" Halloween Outdoor Decoration Light Cover for Garage Lights, Larg…
319
$25.99
FREE Shipping by Amazon
Only 12 left in stock - orde…

Lighted Winter Garden Flag for Outside, Led Snowman Garden Flag, Winter Yard Flag Winter Garden flags 12x18…
782
$23.99
prime FREE Delivery

**Recommended based on your shopping trends**

Sponsored

# Seller Display Name

# abel tang

# Seller ID

# A3MTCP3IQLZNRV

11/6/23, 12:56 PM    Amazon.com: LIFKOME 4pcs Clothes Hangers Wallets Purses Hook Scarf Hangers for Closet Purse Hanger Closet Purse Organ...

Case 2:23-cv-02006-WSS    Document 18-1    Filed 11/30/23    Page 9 of 39



Deliver to ▮▮▮  
Sewickley 15143  | All ▾ | purse hanger closet | EN ▾ | Hello, ▮▮▮  Account & Lists ▾ | Returns & Orders | 🛒 0

All   Holiday Deals   Medical Care ▾   Amazon Basics   Buy Again   Customer Service   Whole Foods   Pet Supplies   Coupons      Save on holiday décor

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improvement

Wood Wall Hooks, Natural Wooden, by NearMoon...    ★★★★½ 29    $6.99 ✓prime
Sponsored

‹ Back to results



Roll over image to zoom in

## LIFKOME 4pcs Clothes Hangers Wallets Purses Hook Scarf Hangers for Closet Purse Hanger Closet Purse Organizer Stainless Purse Hangers Handbag Hangers Stainless Steel Wardrobe Storage Bag

Visit the LIFKOME Store

$7.33

**Coupon:** ⧗ Apply 5% coupon   Shop items ›   Terms

Thank you for being a Prime member. Get a $150 Gift Card: Pay $0.00 upon approval for Prime Visa. No annual fee.

| | |
|---|---|
| **Color** | Silver |
| **Material** | Stainless Steel |
| **Brand** | LIFKOME |
| **Item Weight** | 2.24 Ounces |
| **Item Dimensions LxWxH** | 3.94 x 1.38 x 0.14 inches |

## About this item

- stainless steel
- Closet purse hangers: made of stainless steel materials, this hanger is strong and stable, can be used for longtime.
- S hooks: fit for hanging various items and getting them organized, make your home tidy and clean.
- Hangers for hanging clothes: no tools, nails, screws or adhesives are required, directly suspend on the rod, save your time and efforts.
- Closet purses hook: also it can be used for hanging clothes, hats, bags and more. it is very simple and convenient to use.
- Hat hooks: you can give these hooks as a gift for your friends or family who are looking for some compact and versatile hooks.

Report incorrect product information.

$7.33

FREE delivery **November 16 - 28.** Details

Or fastest delivery **November 9 - 13.** Details

Deliver to ▮▮▮ - Sewickley 15143

**In Stock**

Qty: 1

[ Add to Cart ]

[ Buy Now ]

Ships from   abel tang  
Sold by   abel tang  
Returns   Returnable until Jan 31, 2024  
Payment   Secure transaction

[ Add to List ]



10 Pack Coat Hooks, Heavy Duty Metal, Single Prong, Rustproof, by...  
★★★★½ 374  
$8.69 ✓prime

Sponsored



Under Cabinet Lights with Motion Sensor, by Kordeen...  
$19.99 ✓prime  
Save 50% **with coupon**

Sponsored

## Products related to this item

Sponsored ⓘ







amazon prime | Deliver to [redacted] Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Holiday Deals | Medical Care | Amazon Basics | Buy Again | Customer Support | Whole Foods | Pet Supplies | Coupons | Beauty & Personal Care | Shop By Interest | Household, Health & Baby Care | Amazon Home | Handmade | Home Improvement | Amazon Business | Save on holiday décor

# abel tang

Visit the abel tang storefront

★★★★☆ | 90% positive in the last 12 months (87 ratings)

LIFKOME 4pcs Clothes Hangers W...

USD7.33

Add to Cart

## About Seller

abel tang is committed to providing each customer with the highest standard of customer service.

Have a question for abel tang?

Ask a question

## Feedback

★★★★☆ 4.5 out of 5

87 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 78% |
| 4 star | | 11% |
| 3 star | | 3% |
| 2 star | | 0% |
| 1 star | | 7% |

Learn more about how seller feedback works on Amazon

Share your thoughts with other customers

Leave seller feedback

FILTER BY

All stars

87 total feedbacks in 12 months

★★★★★ "Very cute"

By Terrie Davis on November 4, 2023.

★★★★★ "I love this timer, perfect for my vegetable theme in my kitchen. It is really cute and they shipped it very quickly and packaged it very well. Very satisfied."

By dancing gramma on October 28, 2023.

★★★★★ "These are cute little decorations and they're perfect as they are. I might buy more lol"

By Benjamin R on October 27, 2023.

★☆☆☆☆ "~~After ordering I have used it for 8 or 10 days , but now won't work for some reason. Can I get a replacement?~~"

By Sharad on October 27, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "Well made, better than expected."

By KK on October 27, 2023.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shenzhenshi putiantongqing kejiyouxiangongsi

**Business Address:**

坂田街道中兴路4号观海阁3楼320室
3楼320室
深圳市
龙岗区
广东省
518100
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music | Amazon Advertising | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon Business

Deliver to ▌▌▌
Sewickley 15143

abel tang ▾

Search Amazon

EN ▾

Hello, ▌▌▌
Account & Lists ▾

Returns
& Orders

0

All   Holiday Deals   Medical Care ▾   Amazon Basics   Buy Again   Customer Service   Whole Foods   Pet Supplies   Coupons

1-16 of over 40,000 results

Sort by:   Featured

**Brand**
Holibanna
LIFKOME
FENICAL
Generic
Unknown

477

Add to Cart

Sponsored

## Results

Price and other details may vary based on product size and color.



Amazon's Choice

**Medusa Cosplay Costume Headband Headdress Dress-up Headpiece for Carnival Mardi Gras Masquerade Party...**
71
300+ bought in past month
$**10**.99 Typical: ~~$11.59~~
Save 5% with coupon
Two-Day
FREE delivery **Wed, Nov 8**



**LIFKOME 8 Pieces 9.6 Inch 1950's Rock and Roll Music Party Decorations Paper Records Cutouts Blank Vinyl...**
5
50+ bought in past month
$**12**.99
Save 15% with coupon
One-Day
FREE delivery **Tomorrow, Nov 7**



**LIFKOME Black Bow Shoe Clips Ribbon Detachable Shoes Buckle Wedding Bridal Shoe Buckle Shoe Charms...**
84
50+ bought in past month
$**9**.99
Save 5% with coupon
One-Day
FREE delivery **Tomorrow, Nov 7**



**Holibanna Foam Cone Polystyrene Cone Shapes White Christmas Tree Crafts Table Centerpiece Props 1pc 13.6 X...**
280
50+ bought in past month
$**24**.99
One-Day
FREE delivery **Tomorrow, Nov 7**
Only 1 left in stock - order soon.



**FENICAL 2Pcs King Queen Sash"Prom King" and"Prom Queen" Costume for Halloween Graduation Party School...**
30
200+ bought in past month
$**6**.59
Save 5% with coupon

## Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | ▇▇▇▇▇▇▇▇▇▇▇     Change<br>409 BROAD ST STE 260<br>SEWICKLEY, PA 15143-1558<br>Add delivery instructions |

---

**2   Payment method**    ▇▇▇▇▇▇▇▇▇▇▇    Change

Billing address: ▇▇▇▇▇▇▇▇▇

∧ Add a gift card or promotion code or voucher

[ Enter code ] [ Apply ]

---

**3   Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

**Arriving Nov. 16, 2023 - Nov. 28, 2023**
Items shipped from abel tang



**LIFKOME 4pcs Clothes Hangers Wallets Purses Hook Scarf Hangers for Closet Purse Hanger Closet Purse Organizer Stainless Purse Hangers Handbag Hangers Stainless Steel Wardrobe Storage Bag**
~~$7.33~~ $6.96
Qty: 1
Sold by: abel tang
$0.37 discount applied
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
○ **Thursday, Nov. 9 - Monday, Nov. 13**
$49.98 - Expedited Shipping
● **Thursday, Nov. 16 - Tuesday, Nov. 28**
FREE Standard Shipping

---

[ Place your order ]    **Order total: $7.38**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $7.33 |
| Shipping & handling: | $0.00 |
| Your Coupon Savings: | -$0.37 |
| Total before tax: | $6.96 |
| Estimated tax to be collected:* | $0.42 |
| **Order total:** | **$7.38** |

Qualifying offers:
• Your Coupon Savings

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Deliver to
Sewickley 15143     All ▾     Search Amazon     EN ▾    Hello
Account & Lists ▾     Returns
& Orders     0

All    Holiday Deals    Medical Care ▾    Amazon Basics    Buy Again    Customer Service    Whole Foods    Pet Supplies    Save on holiday décor

Your Account › Your Orders › Order Details

# Order Details

Ordered on November 6, 2023    Order# 112-2460614-8421867    [ View or Print invoice ]

| **Shipping Address** | **Payment method** | **Apply gift card balance** | **Order Summary** | |
|---|---|---|---|---|
| 409 BROAD ST STE 260 SEWICKLEY, PA 15143-1558 United States | ▮▮▮▮▮ | [ Enter code ] [ Apply ] | Item(s) Subtotal: | $7.33 |
| [ Change ] | | | Shipping & Handling: | $0.00 |
| | | | Your Coupon Savings: | -$0.37 |
| | | | Total before tax: | $6.96 |
| | | | Estimated tax to be collected: | $0.42 |
| | | | **Grand Total:** | **$7.38** |
| | | | See tax and seller information | |

## Arriving Nov 16 - Nov 28

LIFKOME 4pcs Clothes Hangers Wallets Purses Hook Scarf Hangers for Closet Purse Hanger Closet Purse Organizer Stainless Purse Hangers Handbag Hangers Stainless Steel Wardrobe Storage Bag
Sold by: abel tang
$7.33
**Condition:** New
[ Buy it again ]

[ Track package ]
[ Problem with order ]
[ Change Payment Method ]
[ Cancel items ]
[ Archive order ]

---

**Buy it again**    View All & Manage                                   Page 1 of 5









Cabilock 8 Pcs S Hook Closet Hangers Stainless Steel Hangers Bag Hangers for Closet Purse Storage Hangers Black Tote Bag Heavy Duty...
$12.33
Get it Nov 16 - 29
FREE Shipping

Purse Hangers 16 Pack Bag Hooks, Twist Shape Purse Hooks for Closet, Large Size Closet Rod Hooks for Hanging...
43
$11.99
FREE Delivery

Purse Hanger for Closet, Unique Twist Design Bag Hanger Purse Hooks, Large Size Closet Rod Hooks for Hanging Ba...
36
$9.99 ($0.83/Count)
FREE Delivery

Mzekgxm 10 Pack Purse Hanger for Closet, Unique Twist Design Closet Organizer Hanger Hooks, Large Size Clos...
153
$11.99 ($1.20/Count)
FREE One-Day

---

## Top picks for you

# Seller Display Name

# AccEncyc US

# Seller ID

# A1K8NIP221R7C9



‹ Back to results                                                                    Sponsored ⓘ



AccEncyc 12 Pcs Purse Hanger
Closet Bag Hooks Handbag
Organizer Heavy Duty S Hooks
Hanging Purse for Closet and
Bathroom, Stainless Steel (Silver)

★★★★☆  ratings

-23% $14.99
Typical price

Thank you for being a Prime member. Get a $150 Gift
Card: Pay $0.00 upon approval for Prime Visa.

Roll over image to zoom in

Color: **Silver**

|  | $4.59 | $4.59 |
|---|---|---|
|  | ✓prime | ✓prime |

| **Color** | Silver |
|---|---|
| **Material** | Stainless Steel |
| **Brand** | AccEncyc |
| **Mounting Type** | Desk Mount |
| **Maximum Weight Recommendation** | 40 Pounds |

**About this item**

- Include: 12 pack s hooks for hanging purses, bags,
  ties and so on. Measurement: approx. 4 inches,
  3.5mm in thickness.
- Stainless Steel: Made of stainless steel, so these
  hooks will not get rusty. Great to be used in closet
  and bathroom.
- Heavy Duty: The thickness of the hooks are 3.5mm.
  They can load up to 40 lb weights, very durable for
  daily uses.
- 90 Degree S hooks: Special designed for hanging
  purses and handbags, the 90 degree hooks will hold
  your purses and bags in a very neatly way in the
  closet.
- Widely Used Utility Hooks: Except for holding purses,
  these hooks are also very useful for hanging
  kitchenware, coat and hat, ties, belts, wreathes and
  so on.

🗨 Report incorrect product information.

**Delivery** | **Pickup**

$4.⁵⁹

✓prime

FREE delivery **Monday, October
30.** Order within **10 hrs 38 mins**

📍 Deliver to ▮▮▮▮ - Sewickley
15143

**In Stock**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

Ships from    Amazon
Sold by       AccEncyc US
Returns       Eligible for Return,
              Refund or Replacement
              within 30 days of receipt
Payment       Secure transaction

☐ Add a gift receipt for easy
   returns

**Add to List**

Sponsored ⓘ





# AccEncyc US

Visit the AccEncyc US storefront

★★★★★ | **100% positive** in the last 12 months (484 ratings)

**AccEncyc 12 Pcs Purse Hanger Cl...**
USD 4.59
Add to Cart

## About Seller

AccEncyc US is committed to providing each customer with the highest standard of customer service.

**Have a question for AccEncyc US?**

Ask a question

## Feedback

★★★★★ 4.9 out of 5
484 ratings

12 months

| | |
|---|---|
| 5 star | 91% |
| 4 star | 9% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

484 total feedbacks in 12 months

★★★★★ "Arrived on time"
By Doris W. on October 26, 2023.

★★★☆☆ "This is so confusing because I measured my tool I'm pretty sure but also si ce so much variance in sizes I entered my tool name, make, and model in the search b..."
Read more
By Noah Clausnitzer on October 25, 2023.

★☆☆☆☆ "~~Item was undeliverable. Please process my refund.~~"
By Marissa Cottriel on October 25, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "happy with product thus far"
By pires9111 on October 25, 2023.

★★★★★ "Love these tabs! They accept various types of pens and pencils for labeling personalization. Professional look!"
By cuddleekat on October 24, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhenshi Maibaokejiyouxiangongsi
**Business Address:**
禾花社区富安大道2号A栋421
深圳
龙岗区
广东
518000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

**Brand**

AccEncyc



**Eliminate Gutter Clutter**

**A-M Gutter Guard – Aluminum 6" (50 Feet, Mill Finish)**

⭐⭐⭐⭐½ 4,663

$94.99 ✓prime

Shop now

Sponsored ⓘ

## Results

Price and other details may vary based on product size and color.



Amazon's Choice

AccEncyc 240 Pcs Colored Index Tab 1"x1.8" Large Book Sticky Tabs Repositionable Page Tabs Flags Page Markers...

⭐⭐⭐⭐½ 111

800+ bought in past month

$6.99 ($0.03/Count)

Save more with Subscribe & Save

✓prime

FREE delivery **Mon, Oct 30**



3 Pack Cardboard Cat Scratcher Pads Cat Scratching Board for Indoor Cats 17"Lx8.3"Wx1"H Dual-Side Corrugated C...

⭐⭐⭐⭐½ 517

800+ bought in past month

$11.99 ($4.00/Count)

✓prime One-Day

FREE delivery **Tomorrow, Oct 27**



AccEncyc 100 Pcs Plant Clips Orchid Clips Plant Orchid Support Clips Flower Vine Clips for Supporting Stems...

⭐⭐⭐⭐½ 222

500+ bought in past month

$5.99

✓prime One-Day

FREE delivery **Tomorrow, Oct 27**



AccEncyc 4 Pcs Gutter Downspout Guards 3.5 Inch Aluminum Leaf Filter Strainer Expandable Gutter...

⭐⭐⭐⭐½ 43

$9.99

✓prime One-Day

FREE delivery **Tomorrow, Oct 27**



AccEncyc Plate Hangers for the Wall 20 Pack Wall Plate Hangers Vertical Plate Holders Display Holder Adhesive...

⭐⭐⭐⭐ 103

500+ bought in past month

$8.59 ($0.43/Count)

✓prime One-Day

FREE delivery **Tomorrow, Oct 27**



3" Plastic Fastener Clear Hang Tag Snap Lock Plastic Tag Fasteners Pin Security Loop for Retail Store Clothing Pric...

⭐⭐⭐⭐½ 104

300+ bought in past month





amazon

# Checkout (1 item)

## 1 Shipping address

[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

Change

**FREE pickup available nearby**
Keep • 3.7 mi (See details)
Change to pickup

## 2 Payment method

[redacted]
Billing address: [redacted]

Change

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Review items and shipping

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 30, 2023** If you order in the next 10 hours and 35 minutes (Details)
Items shipped from Amazon.com

**AccEncyc 12 Pcs Purse Hanger Closet Bag Hooks Handbag Organizer Heavy Duty S Hooks for Hanging Purse for Closet and Shower Stainless Steel (Silver)**
$4.59 prime
Qty: 1
Sold by: AccEncyc US
Add gift options

**Choose your Prime delivery option:**
◉ **Monday, Oct. 30**
FREE Prime Delivery
○ **Monday, Oct. 30**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day

Place your order

**Order total: $4.87**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $4.59 |
| Shipping & handling: | $0.00 |
| Total before tax: | $4.59 |
| Estimated tax to be collected: | $0.28 |
| **Order total:** | **$4.87** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

amazon prime Deliver to Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | prime THURSDAY NIGHT FOOTBALL 05:35:30

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 26, 2023 | Order# 111-3749505-5665012

View or Print invoice

**Shipping Address**
[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States
Change

**Payment method**
[redacted]

**Apply gift card balance**
Enter code
Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $4.59 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $4.59 |
| Estimated tax to be collected: | $0.28 |
| **Grand Total:** | **$4.87** |

## Arriving Monday

Track package

AccEncyc 12 Pcs Purse Hanger Closet Bag Hooks Handbag Organizer Heavy Duty S Hooks for Hanging Purse for Closet and Shower Stainless Steel (Silver)
Sold by: AccEncyc US
$4.59
**Condition:** New
Add gift option
Buy it again

Change Payment Method
Cancel items
Archive order

## Related to items you've viewed See more

Page 1 of 5

NEWBEA 2 Pack Christmas Porch Light Covers Christmas Decorations Outdoor Snowman Decorations… 512
$32.99
prime FREE Delivery

Twinkle Star 2 Pack Halloween Porch Light Covers, Decorative Jack-o-Lantern Porch Lamp Shade Cover for Indoor Outdoor, EVA Sparklin… 420
$27.99 ($14.00/Count)

Hourleey Pumpkin Halloween Porch Light Covers 2 Pack, 9" x 11.8" Halloween Outdoor Decoration Light Cover for Garage Lights, Larg… 319
$25.99
FREE Shipping by Amazon
Only 12 left in stock - orde…

Lighted Winter Garden Flag for Outside, Led Snowman Garden Flag, Winter Yard Flag Winter Garden flags 12x18… 782
$23.99
prime FREE Delivery

## Recommended based on your shopping trends

Sponsored

# Seller Display Name
# ATriss

# Seller ID
# A10OALJ1RBHQF0



‹ Back to results

Sponsored ⓘ



Roll over image to zoom in

### HONMEET 8 pcs Bag Drop Hook Clothes Hanger Twisted Belts Scarves Purse Space Organizers Anti- Large Rose Handbags Organizer Plants Purses Kitchen Steel Clo Metal Bathroom S Bags Shape

Brand: HONMEET

$13$^{51}$

Thank you for being a Prime member. Get a $150 Gift Card: Pay $0.00 upon approval for Prime Visa.

Size: 11.3X5.7cm

Color: Rose



| | |
|---|---|
| $13.66 | **$13.51** |

| | |
|---|---|
| Color | Rose |
| Brand | HONMEET |
| Material | Stainless Steel, Alloy Steel, Metal |
| Product Dimensions | 2.24"W x 4.44"H |
| Special Feature | Lightweight, Anti Rust |

### About this item

- OVER THE DOOR PURSE HANGER-- ??Closet Purse Hangers Closet Rod Bag Hangers Purse Stainless Hanging Hooks
- HOOKS CLIP HANGERS-- Stainless steel materials structure, not easy to rust, being very stable and not easy to deform on.
- STAINLESS COAT HOOKS-- Light weight, proper size, reasonable arc design, the hook makes your life convenient.
- S SHAPE CLOSET HOOK-- No tools, nails, screws or adhesives are required, directly suspend on the rod, save your time and efforts.
- STAINLESS PURSE HANGERS-- ??Purse Hanger Closet Coat Hooks Hat Hooks Closet Rod Hooks Bag Hangers Hangers for Hanging Clothes

💬 Report incorrect product information.



$13$^{51}$

FREE delivery **November 7 - 16**. Details

Deliver to ███ - Sewickley 15143

**Only 18 left in stock - order soon.**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

Ships from   ATriss
Sold by       ATriss
Returns      Eligible for Return, Refund or Replacement within 30 days of receipt
Payment     Secure transaction

**Add to List**

Sponsored ⓘ





amazon prime Deliver to [redacted] Sewickley 15143 All Search Amazon EN Hello, [redacted] Account & Lists Returns & Orders 0
All Medical Care Buy Again Customer Support Amazon Basics Whole Foods Coupons Household, Health & Baby Care Handmade Pet Supplies Home Improvement Beauty & Personal Care Subscribe & Save Livestreams prime THURSDAY NIGHT FOOTBALL 02:24:11

# ATriss

Visit the ATriss storefront

★★★★★ | **100% positive** lifetime (2 total ratings)

**HONMEET 8 pcs Bag Drop Hook ...**
USD 13.51
Add to Cart

## About Seller

ATriss is committed to providing each customer with the highest standard of customer service.

**Have a question for ATriss?**

Ask a question

## Feedback

★★★★★ 5 out of 5
2 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

2 total feedbacks in Lifetime

★★★★★ "Pretty rosary"
By Carol on September 30, 2023.

★★★★★ "Good seller"
By jorge m. on August 15, 2023.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shenzhenshi atelisi maoyi youxiangongsi
**Business Address:**
粤海街道科技园社区科苑路8号讯美科技广场3号楼
16290
深圳市
南山区
广东省
518057
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amp Host your own live radio show with music you love
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data

**Brand**
HONMEET

## Results

Price and other details may vary based on product size and color.



HONMEET 2pcs Hair Dryer Comb Universal Hair Diffuser Plastic Comb Styling Comb Blow Dryer Diffuser Comb Ha...

$7⁵⁸ ($7.58/Count)

FREE delivery **Nov 7 - 16**



HONMEET 1pc Gift Bowknot Warm Lovely Newborn Creative Photography Cap Accessories Handmade Girl...

$13³⁹

FREE delivery **Nov 7 - 16**



HONMEET 24pcs Home Wall Safety Electric Clear Prong Plugs Kids Supplies Caps Power Plastic Proof Childproof...

$11⁷⁹

FREE delivery **Nov 7 - 16**



HONMEET 5pcs Simulation Farm Ranch Plastic Models Mini Toys for Kids Cosplay Accessories Resin Farmer Stat...

$15⁶⁷

Ages: 12 years and up

FREE delivery **Nov 7 - 16**



HONMEET Baby Bathtub Children's Washbasin Newborn Bathtub Infant Bathtub Kids Bathtub Baby Washing Basi...

$16⁸²

FREE delivery **Nov 7 - 16**
Only 10 left in stock - order soon.



HONMEET Costumes for Men Crowns for Men Kids Tiara Metal King Black Gothic Man King Headgear Clothing...

$15⁶⁹

FREE delivery **Nov 7 - 16**



**amazon**

# Checkout (1 item)

**1  Shipping address**

█████████████
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

Change

**2  Payment method**

██████████████████
Billing address: ████████████████

Change

∧ Add a gift card or promotion code or voucher

[Enter code]    Apply

**3  Review items and shipping**

> ⓘ **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.



**Arriving Nov. 7, 2023 - Nov. 16, 2023**
Items shipped from ATriss

**HONMEET 8 pcs Bag Drop Hook Clothes Hanger Twisted Belts Scarves Purse Space Organizers Anti-Large Rose Handbags Organizer Plants Purses Kitchen Steel Clo Metal Bathroom S Bags Shape**
**$13.51**
Qty: 1 ∨
Sold by: ATriss
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
◉ **Tuesday, Nov. 7 - Thursday, Nov. 16**
  FREE Standard Shipping

---

**Place your order**

**Order total: $14.32**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.51 |
| Shipping & handling: | $0.00 |
| Total before tax: | $13.51 |
| Estimated tax to be collected:* | $0.81 |
| **Order total:** | **$14.32** |

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



amazon prime | Deliver to Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | prime THURSDAY NIGHT FOOTBALL | 02:22:18

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 26, 2023 | Order# 111-8978316-0317859

View or Print invoice

**Shipping Address**
[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States
Change

**Payment method**
[redacted]

**Apply gift card balance**
Enter code
Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $13.51 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $13.51 |
| Estimated tax to be collected: | $0.81 |
| **Grand Total:** | **$14.32** |

See tax and seller information

## Arriving Nov 7 - Nov 16

HONMEET 8 pcs Bag Drop Hook Clothes Hanger Twisted Belts Scarves Purse Space Organizers Anti- Large Rose Handbags Organizer Plants Purses Kitchen Steel Clo Metal Bathroom S Bags Shape
Sold by: ATriss
$13.51
**Condition:** New
Buy it again

Track package
Problem with order
Change Payment Method
Cancel items
Archive order

## Related to items you've viewed See more

Page 1 of 4

VOOWO Purse Hanger for Closet 2 Pack Purse Hanger + 6 Pack Purse Hook for Closet, Metal Twisted S Hook, Purse Handbag Hanger Close…
23

Vera Bradley Women's Fleece Plush Pet Bed, Best in Show, Small - Medium
6
$40.00

Homienly 60oz Wheat Straw Bowls Set of 6 Salad bowls Large Capacity Soup Bowls…
63
Amazon's Choice in Bowl Sets
$22.49
prime FREE Delivery

Ziggy Baby Adjustable Baby Swaddles 0-3 Months - Blanket Infant Wrap Set 3 Pack - Soft Cotton Black & White -…
799
$22.97
prime FREE Delivery

## Recommended based on your shopping trends

Sponsored

# Seller Display Name

# Autrow

# Seller ID

# A25AZTSBUU7TNH





‹ Back to results

**Delivery** | Pickup

**G Purse Hangers for**
**ganizer, Set of 10 Purse**
**Closet Unique Twist**
**g Hanger Large Size**
**oks for Bag, Purses,**
**, Belts,Pots and Pans**

PIG Store
⭐⭐⭐⭐⭐ ⌄   163 ratings

-9%  $9⁹⁹
Typical price: $10.99 ⓘ

FREE Returns ⌄

**Get a $150 Amazon Gift Card instantly** with Prime Visa
for a limited-time only.

Color: **Black**

| $9.99 ✓prime | $9.99 |

| **Color** | Black |
| **Material** | Stainless Steel |
| **Brand** | PUPINGPIG |
| **Mounting Type** | Desk Mount |
| **Maximum Weight Recommendation** | 10 Kilograms |

### About this item

- 👜 **Sturdy Purse Hanger**: Vinyl coated purse hooks made of high quality stainless steel, hard and sturdy. Outer layer coated with soft rubber to keep your handbag straps protected. Perfect for hanging bags front to back, a great way to keep your purses in great shape

- 👜 **Improved Design Purse Hanger Hooks**: We improved the classical regular S hook and twisted it it 90° so that you can display your handbags and purses side by side at eye level. Save more spaces to store more purses/Backpacks in your closet, also you will choose bags more convenient

- 👜 **Large Size Purse Hooks for Closet**: Each package including 10pcs large size BLACK purse hanger hooks. H: 4.3 inches, W: 2.2 inches, big enough to fit most closet rods less than 1.8inches. Each wallet hanger can hold items up to 10kg

$9⁹⁹
✓prime
FREE Returns ⌄

FREE delivery **Monday, October
30**. Order within **11 hrs 49 mins**

⊙ Deliver to ▮▮▮ - Sewickley
15143

**In Stock**

Qty: 1 ⌄

Add to Cart

Buy Now

Ships from   Amazon
Sold by   Autrow
Returns   Eligible for Return,
Refund or Replacement
within 30 days of receipt
Payment   Secure transaction

☐ Add a gift receipt for easy
returns

Add to List





# Autrow

Visit the Autrow storefront

★★★★★ | **97% positive** in the last 12 months (71 ratings)

**PUPINGPIG Purse Hangers for Cl...**

USD9.99

Add to Cart

## About Seller

Autrow is committed to providing each customer with the highest standard of customer service.

**Have a question for Autrow?**

Ask a question

## Feedback

★★★★★ 4.8 out of 5

71 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 83% |
| 4 star | | 14% |
| 3 star | | 1% |
| 2 star | | 0% |
| 1 star | | 1% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

71 total feedbacks in 12 months

★☆☆☆☆ "Too small. Returned the item."
By jack mabry on October 26, 2023.

★★★★★ "Love it, hold my pocketbooks well."
By Forever Memories on October 19, 2023.

★★★★★ "Perfect for my outdoor area as they don't stick out too far."
By Lisabeth Groener on October 10, 2023.

★★★★★ "works fine"
By Amazon Customer on October 8, 2023.

★★★★★ "It's very good and fast. I like it. Thank you"
By Sirrena N. on October 3, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shenzhenshiyuanxinchuangkejiyouxiangongsi
**Business Address:**
西乡街道固兴社区新园工业区41号301
深圳市
宝安区
广东省
518126
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amp Host your own live radio show with music you love
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands

**Brand**

PUPINGPIG



**Windows 11**

*Windows 11 makes
the everyday easier*

LG UltraPC 16U70R-
K.AAS7U1 Thin...
$823.85 ✓prime

Shop now

Sponsored ⓘ

## Results

Price and other details may vary based on product size and color.



50pcs Halloween Treats Bags with Stickers, Halloween
Candy Bags for Trick or Treating, Goodie Bags for Kids Mi...

★★★★★ ⌄ 1

200+ bought in past month

$9.99 Typical: $10.99      Ages: 17 years and up

✓prime
FREE delivery **Mon, Oct 30**
Only 4 left in stock - order soon.



50pcs Labels for Storage Bins Plastic Label Clip, Basket
Labels Clip On Wire Shelf Price Label Holder Merchandis...

★★★★☆ ⌄ 810

100+ bought in past month

$9.89

✓prime One-Day
FREE delivery **Tomorrow, Oct 27**



Mini Submersible Pump 50 GPH 3W Water Pump For
Aquariums Fish Tank, Indoor&Outdoor Fountain Wave...

★★★★☆ ⌄ 289

$7.99 List: $8.99

✓prime
FREE delivery **Mon, Oct 30**



32 Pack Self-Adhesive Index Card Pockets with Top Open
for Loading Clear Business Card Holder 3x5 Index Card...

★★★★★ ⌄ 25

100+ bought in past month

$7.99

✓prime One-Day
FREE delivery **Tomorrow, Oct 27**



30pcs Lanyards with ID Badge Holder, Horizontal Clear
Plastic Name Tags Protector Holders Waterproof Badge I...

★★★★☆ ⌄ 127

100+ bought in past month

$11.99 List: $14.99

✓prime
FREE delivery **Mon, Oct 30**



PUPINGPIG 4pcs Ceiling Hooks for Hanging Plants 4inch
Wall Mount Plant Hanger, Wall Plant Hook for Hanging...

★★★★☆ ⌄ 133

$7.99 List: $8.99

Save 10% with coupon





amazon

# Checkout (1 item)

**1 Shipping address**

[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

**FREE pickup available nearby**
Keep • 3.7 mi (See details)
Change to pickup

Change

**2 Payment method**

[redacted]
Billing address: [redacted]

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 30, 2023** If you order in the next 11 hours and 46 minutes (Details)
Items shipped from Amazon.com

**PUPINGPIG Purse Hangers for Closet Organizer, Set of 10 Purse Hook for Closet Unique Twist Design Bag Hanger Large Size Closet Hooks for Bag, Purses, Handbags, Belts,Pots and Pans (Black)**
$9.99 prime
& FREE Returns
Qty: 1
Sold by: Autrow
Add gift options

**Choose your Prime delivery option:**
◉ **Monday, Oct. 30**
FREE Prime Delivery
○ **Monday, Oct. 30**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day

Place your order

**Order total: $10.59**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $9.99 |
| Estimated tax to be collected: | $0.60 |
| **Order total:** | **$10.59** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

amazon prime | Deliver to Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | prime THURSDAY NIGHT FOOTBALL | 06 : 45 : 49

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 26, 2023 | Order# 111-5046798-5857857

View or Print invoice

**Shipping Address**
[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States
Change

**Payment method**
[redacted]

**Apply gift card balance**
Enter code
Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $9.99 |
| Estimated tax to be collected: | $0.60 |
| **Grand Total:** | **$10.59** |

## Arriving Monday

PUPINGPIG Purse Hangers for Closet Organizer, Set of 10 Purse Hook for Closet Unique Twist Design Bag Hanger Large Size Closet Hooks for Bag, Purses, Handbags, Belts,Pots and Pans (Black)
Sold by: Autrow
$9.99
**Condition:** New
Add gift option
Buy it again

Track package
Change Payment Method
Cancel items
Archive order

## Related to items you've viewed See more

Page 1 of 5

NEWBEA 2 Pack Christmas Porch Light Covers Christmas Decorations Outdoor Snowman Decorations…
512
$32.99
prime FREE Delivery

Twinkle Star 2 Pack Halloween Porch Light Covers, Decorative Jack-o-Lantern Porch Lamp Shade Cover for Indoor Outdoor, EVA Sparklin…
420
$27.99 ($14.00/Count)

Hourleey Pumpkin Halloween Porch Light Covers 2 Pack, 9" x 11.8" Halloween Outdoor Decoration Light Cover for Garage Lights, Larg…
319
$25.99
FREE Shipping by Amazon
Only 12 left in stock - orde…

Lighted Winter Garden Flag for Outside, Led Snowman Garden Flag, Winter Yard Flag Winter Garden flags 12x18…
782
$23.99
prime FREE Delivery

## Recommended based on your shopping trends

Sponsored

# Seller Display Name
# BESTOYARD

# Seller ID
# ABULJIGL0O21W



‹ Back to results                                                                                              Sponsored ⓘ



Roll over image to zoom in

## BESTOYARD 16 Pcs S Hook Heavy Duty Hook Black Tote Bags Key Wallet Plain Tote Bag Closet Hanging Hooks Closet Purse Hanger Stainless Coat Hooks Purse Hanging Hooks Bag Hooks Hangers

Visit the BESTOYARD Store

$24¹⁹

Save up to 8% with business pricing. Sign up for a free Amazon Business account

| Color | Silver |
|---|---|
| Brand | BESTOYARD |
| Special Feature | Heavy Duty, Rust Resistant |
| Number of Items | 1 |
| Finish Type | Chrome |

### About this item

- **S shape closet hook**: ??purse hanger purse organizer for closet, s hooks design bag hanger, closet rod hooks for hanging handbags, purses, belts, scarves, hats, clothes, pots and pans
- **Hooks for hanging**: reasonable design, allows you suspend your bags vertically in the closet, save spaces and choose bags more conveniently.
- **Wallet for keys**: this is an excellent rod hanger for closet, bathroom, kitchen, living room, laundry room and places you want. with its reasonable and scientific arc, practical use, it can be used for hanging bags, purse, handbag, scarf and so on.
- **Clothes hook**: stainless hanging hooks can be used for hanging clothes, purse, keys, coats, hats, bags, small items, etc.
- **Over the door purse hanger**: handbag hangers reasonable design, allows you suspend your bags vertically in the closet, save spaces and choose bags more conveniently.

▤ Report incorrect product information.



$24¹⁹

FREE delivery **November 14 - 27.** Details

Or fastest delivery **November 8 - 13.** Details

◉ Deliver to ▮▮▮▮ - Sewickley 15143

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

| Ships from | BESTOYARD |
|---|---|
| Sold by | BESTOYARD |
| Returns | Returnable until Jan 31, 2024 |
| Payment | Secure transaction |

**Add to List**

**Buy it on Amazon Business**

Save up to 8% on this product with business-only pricing.

**Create a free account**

Sponsored ⓘ

# BESTOYARD

Visit the BESTOYARD storefront

★★★★★ | 96% positive in the last 12 months (311 ratings)

**BESTOYARD 16 Pcs S Hook Heavy...**

USD 24.19

Add to Cart

## About Seller

BESTOYARD is committed to providing each customer with the highest standard of customer service.

**Have a question for BESTOYARD?**

Ask a question

## Feedback

★★★★★ 4.8 out of 5

311 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 87% |
| 4 star | | 9% |
| 3 star | | 0% |
| 2 star | | 1% |
| 1 star | | 2% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

311 total feedbacks in 12 months

★★★★★ "Cute"

By rollin absher on October 28, 2023.

★☆☆☆☆ "~~It's way past the delivery date and still the item has not been delivered.~~"

By LSS on October 27, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★☆☆☆☆ "Never showed was issued a refund"

By ShadowVibesz on October 26, 2023.

★★★☆☆ "~~We didn't receive the bunny ears for the Lola costume~~"

By Taylor Helms on October 24, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★☆ "Bought for my neighbors dogs. Get larger ones - snug fit."

By DK on October 24, 2023.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shenzhenjiudubianhongmaoyiyouxiangongsi

**Business Address:**

龙岗街道水田一路
11号佰联启梦城D栋5楼503室
深圳市
龙岗区
广东
518000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback



