**Brand**

BESTOYARD
Amosfun
MUSEYA
PRETYZOOM
AMOSFUN
ABOOFAN



L'Oréal Paris Makeup
True Match Lumi...
⭐⭐⭐⭐⭐ 30,254
$12.97 ✓prime
Details & delivery

[ Add to Cart ]

Sponsored ⓘ

## Results

Price and other details may vary based on product size and color.

Amazon's Choice



BESTOYARD Captain Yacht Hat Cap Costume Hat Sailor Navy Marine Admiral Hat for Halloween Costume...

⭐⭐⭐⭐⭐ ⌄ 1,609
2K+ bought in past month

$17⁹⁹        Ages: 6 years and up

Save 15% with coupon

✓prime One-Day
FREE delivery **Tomorrow, Nov 3**



BESTOYARD Halloween Lace Window Curtain 60 x 20 Inch Spider Web Bats Door Curtain Halloween Decoration...

Polyester

⭐⭐⭐⭐⭐ ⌄ 398
300+ bought in past month

Limited time deal

$3⁷⁴ Typical: $7.49

✓prime One-Day
FREE delivery **Tomorrow, Nov 3**



6pcs Mini Felt Witch Hats Handmade Wine Bottle Decor for Halloween Party Favors DIY Hair Accessories Crafts...

⭐⭐⭐⭐⭐ ⌄ 233
500+ bought in past month

Save 47%

$3⁹⁹ Typical: $7.59
Lowest price in 30 days

✓prime One-Day
FREE delivery **Tomorrow, Nov 3**



Amosfun Star Moon Headband Birthday Party Hair Hoop Glitter Hair Accessories for Birthday Costume Party Silver...

⭐⭐⭐⭐⭐ ⌄ 268
600+ bought in past month

$10⁹⁹

✓prime One-Day
FREE delivery **Tomorrow, Nov 3**



BESTOYARD Nautical Sailor Hat Three Stars Wheat Stewardess Hat Airline Beret Adult Costume Accessory...

1 Count (Pack of 1)

⭐⭐⭐⭐⭐ ⌄ 197
300+ bought in past month

$14⁹⁹ ($14.99/Count)

FREE delivery **Nov 14 - 24**
Or fastest delivery **Nov 8 - 10**

BESTOYARD Fringe Shoulder Pieces Rivet Tassel Chain



amazon                              Checkout (1 item)                    🔒

**1  Shipping address**                                                    Change

███████████
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

**2  Payment method**                                                      Change

███████████████
Billing address: ███████████████
⌃ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

**3  Review items and shipping**

> ⓘ **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

**Arriving Nov. 14, 2023 - Nov. 27, 2023**
Items shipped from BESTOYARD



**BESTOYARD 16 Pcs S Hook Heavy Duty Hook Black Tote Bags Key Wallet Plain Tote Bag Closet Hanging Hooks Closet Purse Hanger Stainless Coat Hooks Purse Hanging Hooks Bag Hooks Hangers**
**$24.19**
Qty: 1 ⌄
Sold by: BESTOYARD
Not eligible for Amazon Prime
(Learn more)

**Choose a delivery option:**
○ **Wednesday, Nov. 8 - Monday, Nov. 13**
  $51.70 - Expedited Shipping
● **Tuesday, Nov. 14 - Monday, Nov. 27**
  FREE Standard Shipping

Gift options not available

[ Place your order ]  **Order total: $25.64**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

Items:                          $24.19
Shipping & handling:             $0.00

Total before tax:               $24.19
Estimated tax to be collected:*  $1.45

**Order total:              $25.64**

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



amazon prime | Deliver to [redacted] Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Holiday Deals | Medical Care | Amazon Basics | Buy Again | Customer Support | prime THURSDAY NIGHT FOOTBALL | 07 : 00 : 01

Your Account › Your Orders › Order Details

# Order Details

Ordered on November 2, 2023 | Order# 111-2035372-9475456

View or Print invoice

**Shipping Address**
[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States
Change

**Payment method**
[redacted]

**Apply gift card balance**
Enter code
Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $24.19 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $24.19 |
| Estimated tax to be collected: | $1.45 |
| **Grand Total:** | **$25.64** |

See tax and seller information

## Arriving Nov 14 - Nov 27

BESTOYARD 16 Pcs S Hook Heavy Duty Hook Black Tote Bags Key Wallet Plain Tote Bag Closet Hanging Hooks Closet Purse Hanger Stainless Coat Hooks Purse Hanging Hooks Bag Hooks Hangers
Sold by: BESTOYARD
$24.19
**Condition:** New

Track package
Problem with order
Change Payment Method
Cancel items
Archive order

## Related to items you've viewed See more

Page 1 of 5

Kovot Santa & Snowman Porch Light Cover Set of 2 | Holiday Decoration Waterproof Outdoor Light Covers
381
$32.99
Get it **Nov 7 - 10**
FREE Shipping

Christmas Santa Claus Porch Light Covers for Outdoor Light Shades, for Porch Lights, Garag…
42
Amazon's Choice in Patio Wall Light Fixture
$15.99
prime FREE Delivery

Hourleey Pumpkin Halloween Porch Light Covers 2 Pack, 9" x 11.8" Halloween Outdoor Decoration Light Cover…
327
$25.99
prime FREE Delivery

JOYIN 2 Pcs Christmas Porch Light Covers for Outdoor Light Cover, Christmas Decorations, Christmas Parties, Gift…
727
$27.99
prime FREE Delivery

## Top picks for you

# Seller Display Name

# Bokwin

# Seller ID

# A1JNDRE3T906B0


*Lite Viso*    **Vinyl Coated Hook For Hanging**    $9.69  ✓prime
Sponsored

Deliver to
Sewickley 15143      | All ▼ |    tote hanger

EN ▼    Hello,         Account & Lists ▼      Returns & Orders    0

All   Holiday Deals   Medical Care ▾   Amazon Basics   Buy Again   Customer Service   Whole Foods   Pet Supplies   Coupons                    Save on holiday décor

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improvement

‹ Back to results



Roll over image to zoom in

## BokWin 15PCS Purse Hanger Purse Organizer for Closet， Unique Twist Design Bag Hanger Purse Hooks Closet Rod Hooks for Hanging Scarves, Belts, Bags, Purses,Hats,Clothes, Pans and Pots (Black)

Brand: BokWin

-17%  **$9**⁹⁹  ($0.67 / Count)

Typical price: $11.99 ⓘ

One-Day

FREE Returns

Thank you for being a Prime member. Get a $150 Gift Card: Pay $0.00 upon approval for Prime Visa. No annual fee.

| | |
|---|---|
| Brand | BokWin |
| Material | Alloy Steel, Metal, Rubber |
| Special Feature | Anti Slip |
| Number of Pieces | 15 |
| Number of Items | 15 |

### About this item

- 🧷 What You Will Get： 15PCS Purse Hook For Closet,Black purse hanger closet are also have two rubber stopper on the end.Purse organizer helps you make better use of space for your precious handbags and purses

- 🧷 High Quality： Purse organizer for closet made of premium steel material with a soft rubber coating on the surface. Sturdy and has no sharp edges. Rubber stoppers on both sides prevent your stuff from slipping to the floor while avoiding scratching items and hands

- 🧷 Unique Design: We have taken the classic S hook and twisted it so that you can display your handbags and purses side by side at eye level allowing you to choose the perfect bag for every occasion without rummaging through boxes or under your bed, will help you to save more space and times.

- 🧷 Wide Application： One large opening end is 1.8 inch/4.6cm ,the orther is 1.7inch/4.3cm, These purse hooks can be used for many things, available to organize your closet to store purse, wallet, small to medium handbags. Also can be used for tidy your various accessories or tools for indoor and outdoor use, display plants/wind chimes, bird feeders, bird house or tidy other tools

- 🧷 100% Guarantee Service： Satisfying customers is BokWin's top priority. If you do not 100% satisfied with our products or if you have any questions, you can contact us anytime. BokWin would solve all the problems to your satisfaction. Free Replacement or Refund within 90days

| Delivery | Pickup |
|---|---|

$9⁹⁹ ($0.67 / Count)

One-Day

FREE Returns

FREE delivery **Tomorrow, November 7**. Order within **5 hrs 42 mins**

Deliver t        Sewickley 15143

**Only 18 left in stock - order soon.**

Qty: 1

**Add to Cart**

**Buy Now**

Ships from    Amazon
Sold by       Bokwin
Returns       Returnable until Jan 31, 2024
Payment       Secure transaction

☐ Add a gift receipt for easy returns

Add to List


Belt Organizer, 6 Compartments, Bamboo Display Case, Wood Color,...
★★★★☆ 19
$20⁹⁹ ✓prime
Sponsored







# Bokwin

Visit the Bokwin storefront

★★★★★ | **100% positive** in the last 12 months (207 ratings)

**BokWin 15PCS Purse Hanger Pur...**

USD9.99 (USD 0.67 / Count)

Add to Cart

## About Seller

**About Bokwin**

Bokwin is a professional company of Electronic Component. We work hard to provide the high quality and affordable price product to customer.

**Quality After-sale Service**

If you do not 100% satisfied with our products or if you have any questions, you can contact us anytime. We would solve all the problems to your satisfaction. FREE REPLACEMENT or REFUND within 90days.

**Have a question for Bokwin?**

Ask a question

## Feedback

★★★★★ 4.9 out of 5 | 12 months

207 ratings

| | |
|---|---|
| 5 star | 91% |
| 4 star | 9% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

207 total feedbacks in 12 months

★★★★★ "Very good!"

By Florida on November 4, 2023.

★★★★★ "What I wanted in an expedient manner…."

By Walt Avery on November 3, 2023.

★★☆☆☆ "~~Product was rusty, some surface rust at welds on the outside and internal but and screw was fully rusty, I buffed with steel wool and replaced the hardware.~~"

By heatherdawn on November 2, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★☆☆☆☆ "~~Only took my money but never send my order. Seller left Amazon and cannot be contacted.~~"

By M :) on November 1, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "Delivered on time and was as advertised."

By J. M. Bilodeau on November 1, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Bowenwujinnantongyouxiangongsi
**Business Address:**
花园桥村7组
南通市
如东县丰利镇
江苏省
226400
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business

Deliver to ▮▮▮ Bokwin 15143 | Bokwin ⌄ | Search Amazon

EN ⌄   Hello ▮▮▮ Account & Lists ⌄   Returns & Orders   0

All   Holiday Deals   Medical Care ⌄   Amazon Basics   Buy Again   Customer Service   Whole Foods   Pet Supplies   Coupons

1-16 of 450 results         Sort by: Featured

**Brand**
BokWin

## Results

Price and other details may vary based on product size and color.



BokWin 4-Packs Black Anti-Collision Patch Bumper Guard Strip Anti-Scratch Bumper Protector Trim Universal for...
485
100+ bought in past month
Save 22%
$13.59 Typical price: $17.49
Exclusive Prime price
One-Day
FREE delivery **Tomorrow, Nov 7**



BokWin 6Pcs 3M Scotch Brite 7447 Very Fine Grade General Purpose Sanding Hand Pads 200 x 125mm/8" x ...
85
100+ bought in past month
$13.69
One-Day
FREE delivery **Tomorrow, Nov 7**



BokWin Stainless Steel Shower Head Holder, 360° Adjustable Handheld Bathroom Shower Head Bracket,...
150
$12.99
Save $2.00 with coupon
One-Day
FREE delivery **Tomorrow, Nov 7**

Sponsored



BokWin 16Pcs Sanding Sponge, 800-1000 Grit Washable Sponge Sand Blocks, Wet and Dry Sanding Blocks for...
367
50+ bought in past month
$17.99 ($1.12/Count)
Save more with Subscribe & Save
One-Day
FREE delivery **Tomorrow, Nov 7**



BokWin 2Pcs 3 Inch Door Latch Lock Slide Bolt, Solid Aluminium Thickened 1.3mm Door Barrel Bolts Latches,...
105
50+ bought in past month
$8.99
Two-Day



# Checkout (1 item)



| 1 | **Shipping address** | ▊▊▊▊▊▊▊▊▊ | Change |
|---|---|---|---|
| | | 409 BROAD ST STE 260 | |
| | | SEWICKLEY, PA 15143-1558 | |
| | | Add delivery instructions | |

**FREE pickup available nearby**
Keep • 3.7 mi  (See details)
Change to pickup

| 2 | **Payment method** | ▊▊▊▊▊▊▊▊▊▊▊ | Change |
|---|---|---|---|
| | | Billing address: ▊▊▊▊▊▊▊ | |

⌃ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

---

## Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $9.99 |
| Estimated tax to be collected: | $0.60 |
| **Order total:** | **$10.59** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

| 3 | **Review items and shipping** |
|---|---|

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

---

┌ **Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.** ┐

**Arriving Nov. 7, 2023** If you order in the next 3 hours and 54 minutes (Details)
Items shipped from Amazon.com



BokWin 15PCS Purse Hanger Purse Organizer for Closet,  Unique Twist Design Bag Hanger Purse Hooks Closet Rod Hooks for Hanging Scarves, Belts, Bags, Purses,Hats,Clothes, Pans and Pots (Black)
**$9.99**
& FREE Returns
Qty: 1
Sold by: Bokwin
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Tomorrow, Nov. 7**
    FREE One-Day Delivery
○ **Thursday, Nov. 9**
    FREE Amazon Day Delivery
    🍃 Fewer boxes, fewer trips.
    Change delivery day

---

[ Place your order ]    **Order total: $10.59**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Deliver to
Sewickley 15143

All ▾    Search Amazon

EN ▾    Hello, ██████
Account & Lists ▾

Returns
& Orders    0

All    Holiday Deals    Medical Care ▾    Amazon Basics    Buy Again    Customer Service    Whole Foods    Pet Supplies    Save on holiday décor

Your Account › Your Orders › Order Details

# Order Details

Ordered on November 6, 2023    Order# 112-9479695-4059468

[ View or Print invoice ]

**Shipping Address**

409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States

[ Change ]

**Payment method**

**Apply gift card balance**

[ Enter code ]

[ Apply ]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $9.99 |
| Estimated tax to be collected: | $0.60 |
| **Grand Total:** | **$10.59** |

**Arriving tomorrow by 10pm**



BokWin 15PCS Purse Hanger Purse Organizer for Closet，Unique Twist Design Bag Hanger Purse Hooks Closet Rod Hooks for Hanging Scarves, Belts, Bags, Purses,Hats,Clothes, Pans and Pots (Black)
Sold by: Bokwin
$9.99
Condition: New

[ Add gift option ]

[ Buy it again ]

[ Track package ]

[ Change Payment Method ]

[ Cancel items ]

[ Archive order ]

---

## Top picks for you

Page 1 of 3



Hat Rack for Baseball Caps Hat Organizer Holder for Hanger & Room Closet Display,...
7,627
Amazon's Choice in Hat Racks
$9.98
FREE One-Day



8 Pack S Hooks for Hanging, 3.5 inch Heavy Duty S Hooks with…
2,220
Save 13%
$6.99
Typical: ~~$7.99~~
Lowest price in 30 days
FREE One-Day



10 Pack 5.3 Inch Large S Shaped Hanging Hooks, Heavy-Duty Genuine Solid Polished Stainless Steel ,for Jewelry, Key…
161
$8.55 ($0.86/Count)
FREE One-Day



iDesign Classico Over the Rod, Closet Accessory Organizer for Scarves, Pashminas, Handbags - Loop, Chrome , 0.7" x…
1,306
$16.62
FREE One-Day

## Top picks for you

# Seller Display Name

# Bonnie Child

# Seller ID

# A1OQ5NNQCW35O8



‹ Back to results



Roll over image to zoom in

a 4pcs Purses Hooks Wallets
Hangers Purse Organizer
Hangers Hat Hanger for Home
Hangers for Closet Purse
Closet Stainless Steel
e Rod Clothing
a

$8.10

**Coupon:** ☐ Apply 7% coupon   Shop items ›   Terms

Thank you for being a Prime member. Get a $150 Gift Card: Pay
$0.00 upon approval for Prime Visa. No annual fee.

| | |
|---|---|
| **Color** | Silver |
| **Material** | Stainless Steel |
| **Brand** | Holibanna |
| **Item Weight** | 2.24 Ounces |
| **Item Dimensions LxWxH** | 3.94 x 1.38 x 0.14 inches |

### About this item

- stainless steel
- Purse hangers-- made of stainless steel materials, this hanger is strong and stable, can be used for longtime.
- Stainless purse hangers-- with their s-shaped design, our hooks allow you to maximize your storage space by utilizing vertical hanging areas.
- S hooks for hanging-- light weight, proper size, reasonable arc design, the hook makes your life convenient.
- Clothes hook-- reasonable design, allows you suspend your bags vertically in the closet, save spaces and choose bags more conveniently.
- Clothes hanging hooks-- multipurpose. hanging hooks for kitchens, bathrooms, living rooms, garden, balcony, garage, hallway, etc.

Report incorrect product information.

$8.10

$3.98 delivery November 16 - 29. Details

Deliver to [redacted] Sewickley 15143

**In Stock**

Qty: 1

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Ships from | Bonnie Child |
| Sold by | Bonnie Child |
| Returns | Returnable until Jan 31, 2024 |
| Payment | Secure transaction |

**Add to List**



**Premium hangers for your closet**

Metal Space Saver Hangers (12 Pack) by HOUSE DAY...
★★★★½ 22,723
$23.95 ✓prime

Sponsored



**Premium hangers for your closet**

HOUSE DAY White Magic Space Saving...
★★★★½ 32,066
$9.99 ✓prime

Sponsored

### Products related to this item

Sponsored





# Bonnie Child

Visit the Bonnie Child storefront

88% positive in the last 12 months (25 ratings)

**Holibanna 4pcs Purses Hooks Wa...**

USD8.10

Add to Cart

## About Seller

Bonnie Child is committed to providing each customer with the highest standard of customer service.

**Have a question for Bonnie Child?**

Ask a question

## Feedback

4.5 out of 5

25 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 8% |
| 3 star | | 0% |
| 2 star | | 4% |
| 1 star | | 8% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

25 total feedbacks in 12 months

"No tengo el paquete"

By David M. on October 23, 2023.

"None"

By Kay r. on August 24, 2023.

"~~Different description~~"

By Alejandra on August 18, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"the piece is charming I loved it! I will probably buy other parts."

By Rosiane S. on August 14, 2023.

"this product worked well for my older piercings, my two fifth ear piercings i had gotten done 3-4 months ago we're about fully healed but needed to be cleaned,..."

Read more

By Lilli on August 12, 2023.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** si chuan yi yang wei la ke ji you xian gong si

**Business Address:**

南二环路199号信达好第坊8幢1406室
合肥市
包河区
安徽
230000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Deliver to ▮▮▮▮
Sewickley 15143

Bonnie Child ▾

Search Amazon

EN ▾

Hello, ▮▮▮▮
Account & Lists ▾

Returns
& Orders

0

All   Holiday Deals   Medical Care ▾   Amazon Basics   Buy Again   Customer Service   Whole Foods   Pet Supplies   Coupons

1-16 of over 30,000 results

Sort by:  Featured

**Brand**

Holibanna
FENICAL
Happyyami



184

Shop now

Sponsored

## Results

Price and other details may vary based on product size and color.



Holibanna Feather Picks Sequined Ostrich Feather Artificial Peacock Feather with Glitter Simulated Meranti...
18

$15.99 ($2.67/Count)

$3.98 delivery **Nov 16 - 29**



Holibanna Rotating Candlestick Christmas Carousel Spinning Tea Light Gold Candle Holder (Snowflake Gold)
129

$15.99

$3.98 delivery **Nov 16 - 29**



Holibanna 4pcs Antenna Headband Animal Bee Tentacle Insect Hair Band Flexible Party Hair Hoops
33

50+ bought in past month

$16.99

$3.98 delivery **Nov 16 - 29**



Swedish Gnome Christmas Tomte Plush Hanging Pendant No Face Wool Doll Ornaments Scandinavia Elf Decoratio...
85

$14.99

$3.98 delivery **Nov 16 - 29**



Holibanna 20pcs Christmas Jingle Bell, Silver Glitter Bells Hollow Out Star Sleigh Bell with Ribbon DIY Craft Xmas...
32

$11.99 List: $16.79

$3.98 delivery

# Checkout (1 item)



| | | | |
|---|---|---|---|
| **1** | **Shipping address** | █████████████<br>409 BROAD ST STE 260<br>SEWICKLEY, PA 15143-1558<br>Add delivery instructions | Change |

| | | | |
|---|---|---|---|
| **2** | **Payment method** | ███████████████████<br>Billing address: ██████████████ | Change |

∧ Add a gift card or promotion code or voucher

| Enter code | | Apply |
|---|---|---|

**3** **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

**Arriving Nov. 16, 2023 - Nov. 29, 2023**
Items shipped from Bonnie Child



**Holibanna 4pcs Purses Hooks Wallets Clothes Hangers Purse Organizer Purse Hangers Hat Hanger for Home Scarf Hangers for Closet Purse Hanger Closet Stainless Steel Wardrobe Rod Clothing**
~~$8.10~~ $7.53


Qty: 1

Sold by: Bonnie Child
$0.57 discount applied
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
● **Thursday, Nov. 16 - Wednesday, Nov. 29**
$3.98 - Standard Shipping

---

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $8.10 |
| Shipping & handling: | $3.98 |
| Your Coupon Savings: | -$0.57 |
| Total before tax: | $11.51 |
| Estimated tax to be collected:* | $0.69 |
| **Order total:** | **$12.20** |

Qualifying offers:
• Your Coupon Savings

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

---

Place your order    **Order total: $12.20**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Deliver to
Sewickley 15143 | All ▾ | Search Amazon

EN ▾ | Hello
Account & Lists ▾ | Returns
& Orders | 🛒 0

All | Holiday Deals | Medical Care ▾ | Amazon Basics | Buy Again | Customer Service | Whole Foods | Pet Supplies | **Get a jump on holiday gifts**

Your Account › Your Orders › Order Details

# Order Details

Ordered on November 6, 2023    Order# 112-3445128-6839412

[ View or Print invoice ]

| **Shipping Address** | **Payment method** | **Apply gift card balance** | **Order Summary** | |
|---|---|---|---|---|
| ████████████ | ██████████████ | [ Enter code ] | Item(s) Subtotal: | $8.10 |
| 409 BROAD ST STE 260 | | [ Apply ] | Shipping & Handling: | $3.98 |
| SEWICKLEY, PA 15143-1558 | | | Your Coupon Savings: | -$0.57 |
| United States | | | Total before tax: | $11.51 |
| [ Change ] | | | Estimated tax to be collected: | $0.69 |
| | | | **Grand Total:** | **$12.20** |
| | | | See tax and seller information | |

---

**Arriving Nov 16 - Nov 29**



Holibanna 4pcs Purses Hooks Wallets Clothes Hangers Purse Organizer Purse Hangers Hat Hanger for Home Scarf Hangers for Closet Purse Hanger Closet Stainless Steel Wardrobe Rod Clothing
Sold by: Bonnie Child
$8.10
**Condition:** New
[ Buy it again ]

[ Track package ]
[ Problem with order ]
[ Change Payment Method ]
[ Cancel items ]
[ Archive order ]

---

**Buy it again**  View All & Manage

Page 1 of 5

◁



Cabilock 8 Pcs S Hook Closet Hangers Stainless Steel Hangers Bag Hangers for Closet Purse Storage Hangers Black Tote Bag Heavy Duty...
$12.33
Get it Nov 16 - 29
FREE Shipping

Purse Hangers 16 Pack Bag Hooks, Twist Shape Purse Hooks for Closet, Large Size Closet Rod Hooks for Hanging...
$11.99
FREE Delivery



Purse Hanger for Closet, Unique Twist Design Bag Hanger Purse Hooks, Large Size Closet Rod Hooks for Hanging Ba...
36
$9.99 ($0.83/Count)
FREE Delivery



Abaodam 32 Pcs S Hook Black Hand Bag Belt Hanger for Closet Heavy Duty Coat Hangers Hanging Racks for Clothes Heavy Duty O...
$38.76
Get it Nov 17 - Dec 1
FREE Shipping

▷

---

**Buy it again**  View All & Manage

# Seller Display Name

# CBtone

# Seller ID

# AYWNK3AGQEBS7



‹ Back to results

Sponsored ⓘ

Buy 20 Pack Purse Hanger
Closet, 4.5" Unique Twist
gn Bag Hanger Purse Hooks,
et Hooks for Hanging
dbags, Purses, Belts, Scarves,
, Clothes (Black)

CertBuy
★★★★☆     1 rating

$14.99

FREE Returns ▾

Thank you for being a Prime member. Get a $150 Gift Card: Pay $0.00 upon approval for Prime Visa. No annual fee.

| Color | Black |
| --- | --- |
| Material | Metal |
| Brand | CertBuy |
| Item Dimensions LxWxH | 4.5 x 1.7 x 1 inches |
| Mounting Type | Wall Mount |

## About this item

- 👜【Upgraded S hook】: The new handbag hanger, twistable 90° for stability and sturdiness, making better use of vertical space to store your precious handbag and helping it retain its shape.

- 💡【Premium Quality】: Our hanging purse hooks are made of iron and are resistant to deformation; the surface is wrapped in a soft coating that prevents the metal from scratching your belongings.

- 🔧【Indoor Use】: Use s hooks heavy duty to hang cookware in the kitchen, toiletries in the bathroom or easily hang handbags, rucksacks, belts, jeans, tops, scarves and more.

- ⚓【Outdoors Use】: Use s hooks to hang plants in the garden, organise gadgets in the garage, no assembly or perforation required, can be used with wall rails, shelves.

- 😊【You Will Receive】: 20 pieces of purse hooks for closet, size 4.5 x 1.6 inch / 115 x 42 mm, very practical and able to hang anything in a limited space.

Roll over image to zoom in



Delivery     Pickup

$14.99
✔prime
FREE Returns ▾

FREE delivery **Monday, October 30**. Order within **10 hrs 15 mins**

Deliver to ██████ - Sewickley 15143

**In Stock**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

Ships from  Amazon
Sold by     CBtone
Returns     Eligible for Return, Refund or Replacement within 30 days of receipt
Payment     Secure transaction

☐ Add a gift receipt for easy returns

Add to List

Sponsored ⓘ



# CBtone

Visit the CBtone storefront

**100% positive** in the last 12 months (164 ratings)



**CertBuy 20 Pack Purse Hanger fo...**
USD 14.99

[ Add to Cart ]

## About Seller

**CBtone** always firmly believe that product quality and customer service are our tenet. We are keep working and improving on products and service to ensure our customers have the best shopping experience.

If you have any question, Please feel free to contact us via email. Thank you so much for coming to our store!

Have a question for CBtone?

[ Ask a question ]

## Feedback

4.9 out of 5        [ 12 months ]

164 ratings

FILTER BY

[ All stars ]

164 total feedbacks in 12 months

5 star  ▭  93%
4 star  ▭  7%
3 star      0%
2 star      0%
1 star      0%

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

"great quality "
By Richard Miller on October 23, 2023.

"Just as described. They have added so much space in my closet. "
By Michelle Ortiz on October 23, 2023.

"first time ordering, "
By Carol f. on October 22, 2023.

"Exactly as described "
By PattySnelson on October 22, 2023.

"Best product "
By A. Salazar on October 22, 2023.

Previous **Next**

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** jialong ye
**Business Address:**
南山区
西丽湖路4208号平丽花园三栋503
深圳市
广东省
518071
CN

## Shipping Policies    ⌄

## Other Policies    ⌄

**Brand**

CertBuy

CBTONE



**Good Partner For Sliding Doors**



**8 Setup Options SMARTSTANDARD Sliding Barn Doo...**
⭐⭐⭐⭐⯪ 5,073
$15⁹⁹ ✓prime

[ Shop now ]

Sponsored ⓘ

## Results

Price and other details may vary based on product size and color.



CertBuy 2 1/2 Inch Concrete Hole Saw with SDS Plus Shank, 65mm Wall Hole Saw Drill Bit for Brick Concrete...
⭐⭐⭐⭐⯪ ⌄ 300
200+ bought in past month
$20⁹⁹
✓prime One-Day
FREE delivery **Tomorrow, Oct 27**



12 Pairs Heel Tips Replacement, CertBuy Stiletto Repair Shoe Heel Caps Heels Tips Replacement Dowels,...
[ 12 Pair (Pack of 1) ]
⭐⭐⭐⭐☆ ⌄ 319
50+ bought in past month
$6⁹⁹ ($0.29/Count)
Save more with Subscribe & Save
✓prime
FREE delivery **Mon, Oct 30**



50ml Plastic Centrifuge Tubes with Screw Cap, CertBuy 50 Pack Self-Standing Plastic 50ml Test Tube Polypropylene...
⭐⭐⭐⭐⯪ ⌄ 116
200+ bought in past month
$21⁹⁹ ($4.40/10 Items)
Save more with Subscribe & Save
✓prime One-Day
FREE delivery **Tomorrow, Oct 27**



6-Piece SDS Plus Chisel Set, CertBuy Concrete Drill Bit Set Rotary Hammer Bits Chisel Set Including Point Chisel,...
⭐⭐⭐⭐⯪ ⌄ 178
50+ bought in past month
$25⁹⁹
✓prime One-Day
FREE delivery **Tomorrow, Oct 27**



CertBuy 50 Pcs Natural Wood Slices 4 Inches, Undrilled Round Wood Tree Slices, Crafts Wooden Circles with Bark...
⭐⭐⭐⭐☆ ⌄ 86
100+ bought in past month
$25⁹⁹
✓prime One-Day
FREE delivery **Tomorrow, Oct 27**



25 Pack 10x12.5 Inch Kraft Bubble Mailers Self Seal, CBTONE Padded Envelopes Waterproof Bubble Envelope...
⭐⭐⭐⭐⯪ ⌄ 650
50+ bought in past month





amazon

# Checkout (1 item)

**1 Shipping address**

[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

Change

**FREE pickup available nearby**
Keep • 3.7 mi (See details)
Change to pickup

**2 Payment method**

[redacted]
Billing address: [redacted]

Change

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 30, 2023** If you order in the next 9 hours and 34 minutes (Details)
Items shipped from Amazon.com

**CertBuy 20 Pack Purse Hanger for Closet, 4.5" Unique Twist Design Bag Hanger Purse Hooks, Closet Hooks for Hanging Handbags, Purses, Belts, Scarves, Hats, Clothes (Black)**
$14.99 prime
& FREE Returns
Qty: 1
Sold by: CBtone
Add gift options

**Choose your Prime delivery option:**
- (•) **Monday, Oct. 30**
  FREE Prime Delivery
- ( ) **Monday, Oct. 30**
  FREE Amazon Day Delivery
  **Fewer boxes, fewer trips.**
  Change delivery day

Place your order

**Order total: $15.89**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $14.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $14.99 |
| Estimated tax to be collected: | $0.90 |
| **Order total:** | **$15.89** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

amazon prime | Deliver to Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | prime THURSDAY NIGHT FOOTBALL | 04 : 34 : 24

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 26, 2023 | Order# 111-1874757-1610620

View or Print invoice

**Shipping Address**
[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States
Change

**Payment method**
[redacted]

**Apply gift card balance**
Enter code
Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $14.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $14.99 |
| Estimated tax to be collected: | $0.90 |
| **Grand Total:** | **$15.89** |

## Arriving Monday

CertBuy 20 Pack Purse Hanger for Closet, 4.5" Unique Twist Design Bag Hanger Purse Hooks, Closet Hooks for Hanging Handbags, Purses, Belts, Scarves, Hats, Clothes (Black)
Sold by: CBtone
$14.99
**Condition:** New
Add gift option
Buy it again

Track package
Change Payment Method
Cancel items
Archive order

## Related to items you've viewed See more

Page 1 of 5

NEWBEA 2 Pack Christmas Porch Light Covers Christmas Decorations Outdoor Snowman Decorations…
512
$32.99
prime FREE Delivery

Twinkle Star 2 Pack Halloween Porch Light Covers, Decorative Jack-o-Lantern Porch Lamp Shade Cover for Indoor Outdoor, EVA Sparklin…
420
$27.99 ($14.00/Count)

Hourleey Pumpkin Halloween Porch Light Covers 2 Pack, 9" x 11.8" Halloween Outdoor Decoration Light Cover for Garage Lights, Larg…
319
$25.99
FREE Shipping by Amazon
Only 12 left in stock - orde…

Lighted Winter Garden Flag for Outside, Led Snowman Garden Flag, Winter Yard Flag Winter Garden flags 12x18…
782
$23.99
prime FREE Delivery

## Recommended based on your shopping trends

Sponsored

**Seller Display Name**

**Coco's house**

**Seller ID**

**A16K77N2PMV1YI**







Roll over image to zoom in

## 12 Pack Purse Hanger for Closet,Twist Design S Metal Hanger Hooks for Hanging Purses, Handbags, Belts, Scarves, Hats,Clothes, Pans and Pots(Silver) (12PS)

Brand: Alimtee

$14⁹⁵

✔prime
FREE Returns ⌄

Thank you for being a Prime member. Get a $150 Gift Card: Pay $0.00 upon approval for Prime Visa.

Color: **12ps**

| | |
|---|---|
| **Color** | 12ps |
| **Material** | Alloy Steel, Rubber |
| **Brand** | Alimtee |
| **Number of Pieces** | 12 |

### About this item

- 【High Quality】Our purse hooks are made of high quality steel and the ends of all handbag hangers are coated with rubber tips to make them soft to protect your handbag strap. Perfect for hanging bags from front to back, a great way to keep your purse in perfect shape
- 【Bag Hanger For Closet】These closet rod hooks one opening size is 1.69inch, another opening size is 1.63inch, it fits all regular closet rod less than 1.6inch thickness
- 【Unique Design Handbag Hooks】We improved the classical regular S hook and twisted it 90° so that you can display your handbags and purses side by side at eye level. Allows you hang your bags vertically in the closet, save more spaces to store more purses and Backpacks in your closet also you will choose bags more convenient
- 【Widely Applications】Heavy duty S hooks can be used to hang purses, clothes, belts, handbags, ties, hats, jeans, scarves, towels, kitchen utensils, pots, pans, cups, wreaths, plants, wind chimes, bird feeders, birdhouse, indoor and outdoor use. A practical gift to your family, friends, neighbors, roommates, and colleagues
- 【Easy to Use】Not require to use tools,nails, screws, or adhesives, these handbag hooks are easy to hang on existing objects. If it easy to off, please use a rope to fasten the hook on closet rod. Any confusion or

---

Delivery | Pickup

$14⁹⁵

✔prime
FREE Returns ⌄

FREE delivery **Monday, October 30**. Order within **8 hrs 18 mins**

Deliver to ▬ - Sewickley 15143

**Only 3 left in stock - order soon.**

Qty: 1 ⌄

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Coco's house |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

Add to List

Sponsored ⓘ





amazon prime | Deliver to [redacted] Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0
All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Household, Health & Baby Care | Handmade | Pet Supplies | Home Improvement | Beauty & Personal Care | Subscribe & Save | Livestreams | prime THURSDAY NIGHT FOOTBALL 02:20:07

# Coco's house

Visit the Coco's house storefront

★★★★☆ | **86% positive** in the last 12 months (66 ratings)

**12 Pack Purse Hanger for Closet,...**
USD 14.95
Add to Cart

## About Seller

Coco's house is committed to providing each customer with the highest standard of customer service.

**Have a question for Coco's house?**
Ask a question

## Feedback

★★★★☆ 4.5 out of 5
66 ratings
12 months

| Rating | Percent |
|---|---|
| 5 star | 80% |
| 4 star | 6% |
| 3 star | 5% |
| 2 star | 5% |
| 1 star | 5% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**
All stars

66 total feedbacks in 12 months

★★★★★ "First time using this knife, works great"
By Eileen I. Tilton on October 26, 2023.

★★★★★ "nice quality"
By Amazon Customer on October 25, 2023.

★★★★★ "Bien"
By Hilton Rodriguez on October 19, 2023.

★★★★★ "Nothing to say product was as described"
By Cynthia on October 18, 2023.

★★★★★ "Great for cutting homemade bread,cheese, tomatoes ."
By dadcea7 on October 14, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** HANGZHOUXIATAODIANZISHANGWU Co.,Ltd.
**Business Address:**
闲林街道
高教路192号1幢365室A3
杭州市
余杭区
浙江省
311100
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amp Host your own live radio show with music you love
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands

**Brand**

Alimtee

CocoX



UGG

Feels like UGG

Shop Now

Sponsored

## Results



Alimtee Bread Knife, 16" Wooden Serrated Bagel Knife, Fiddle Bow Design Easy to Cutting, Sourdough Cutter for...

★★★★☆ ⌄ 61

300+ bought in past month

Save 20%

$26²² Typical price: $32.78

Exclusive Prime price

✓prime

FREE delivery **Mon, Oct 30**



Crinkle Cutter - 2.9" X 11.8" 420 Stainless Steel Waves French Fries Slicer, Save-effort Handheld Chipper Chopp...

★★★★☆ ⌄ 187

100+ bought in past month

Save 11%

$6⁹⁹ Typical: $7.89

Lowest price in 30 days

Prime

FREE delivery **Tue, Oct 31**



3 Pieces Heavy Duty Staple Remover Tools for Upholstery and Construction, Professional Tack Puller Set, Nail Pulle...

★★★★☆ ⌄ 279

50+ bought in past month

$11⁹⁷

✓prime

FREE delivery **Mon, Oct 30**



Alimtee 4Pcs Upholstery Staple Remover Tools Set Including End Cutting Pliers Staple Puller Tack Lifter...

★★★★☆ ⌄ 98

100+ bought in past month

$18⁹⁵

✓prime One-Day

FREE delivery **Tomorrow, Oct 27**



12Pcs Kenzan Ikebana Flower Frogs, Japanese Mini Kenzan Pin Frog 23mm/0.9inch Diameter Floral Ikebana Flower...

★★★★☆ ⌄ 84

50+ bought in past month

Save 20%

$19⁷⁴ ($1.65/Count)

Typical price: $24.67

Exclusive Prime price

✓prime One-Day

FREE delivery **Tomorrow, Oct 27**



Upholstery Staple Remover, Staple Remover, Staple Puller,Tack Lifter with Double Prongs for Removing...





amazon

# Checkout (1 item)

**1 Shipping address**

[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

Change

**FREE pickup available nearby**
Keep • 3.7 mi (See details)
Change to pickup

**2 Payment method**

[redacted]

Change

Billing address: [redacted]

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 30, 2023** If you order in the next 7 hours and 18 minutes (Details)
Items shipped from Amazon.com

**12 Pack Purse Hanger for Closet,Twist Design S Metal Hanger Hooks for Hanging Purses, Handbags, Belts, Scarves, Hats,Clothes, Pans and Pots(Silver) (12PS)**
$14.95 ✓prime
& FREE Returns
Qty: 1
Sold by: Coco's house
Add gift options

**Choose your Prime delivery option:**
◉ **Monday, Oct. 30**
FREE Prime Delivery
○ **Monday, Oct. 30**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day

Place your order

**Order total: $15.85**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $14.95 |
| Shipping & handling: | $0.00 |
| Total before tax: | $14.95 |
| Estimated tax to be collected: | $0.90 |
| **Order total:** | **$15.85** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

amazon prime | Deliver to Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | prime THURSDAY NIGHT FOOTBALL | 02 : 18 : 10

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 26, 2023 | Order# 111-9231404-9149832

View or Print invoice

**Shipping Address**
[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States
Change

**Payment method**
[redacted]

**Apply gift card balance**
Enter code
Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $14.95 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $14.95 |
| Estimated tax to be collected: | $0.90 |
| **Grand Total:** | **$15.85** |

## Arriving Monday

12 Pack Purse Hanger for Closet,Twist Design S Metal Hanger Hooks for Hanging Purses, Handbags, Belts, Scarves, Hats,Clothes, Pans and Pots(Silver) (12PS)
Sold by: Coco's house
$14.95
**Condition:** New
Add gift option
Buy it again

Track package
Change Payment Method
Cancel items
Archive order

## Related to items you've viewed See more

Page 1 of 4

Vera Bradley Women's Fleece Plush Pet Bed, Best in Show, Small - Medium
6
$40.00

Homienly 60oz Wheat Straw Bowls Set of 6 Salad bowls Large Capacity Soup Bowls…
63
Amazon's Choice in Bowl Sets
$22.49
prime FREE Delivery

Ziggy Baby Adjustable Baby Swaddles 0-3 Months - Blanket Infant Wrap Set 3 Pack - Soft Cotton Black & White -…
799
$22.97
prime FREE Delivery

Straw Tip Covers, Dust-Proof Straw Cap Toppers, Reusable Silicone Soft Protector Cover for 0.4 inch/10mm Straws (6-8 mm - 2…
$7.98
prime FREE Delivery

## Recommended based on your shopping trends

Sponsored

**Seller Display Name**

**Colored Flag**

**Seller ID**

**A3NWH1DUS5URSC**

11/6/23, 12:36 PM    Amazon.com: Amosfun 8 Pcs S Hook Kitchen Utensil Hanger Plant Hanging Hook ... s Scarf Hangers for Closet Purse Hanging Racks : Tools & ... Bag Hanger Hang...

Case 2:23-cv-02000-WSS    Document 18-2    Filed 11/20/23    Page 33 of 35



Home & Kitchen › Storage & Organization

**Purchased another variation 1 time**
Last purchased Nov 6, 2023 | Size: 11.3X5.7cm | Color: Silver | **View item**                    **Set reminder**



Roll over image to zoom in

Amosfun 8 Pcs S Hook Kitchen Utensil Hanger Plant Hanging Hook Black Hooks Heavy Duty s Hooks Purse Hanger Over The Door Bag Hangers Purse Organizers for Closet Purse Hanging Hooks

Brand: Amosfun

Size: **11.3X5.7cm**

| 11.3X5.7cm | 11.3X5.7cmx2pcs |
| 11.3X5.7cmx3pcs | 11.3X5.7cmx4pcs |
| 11.3X5.7cmx5pcs | |

Color: **Black**



| Color | Black |
| Brand | Amosfun |
| Material | Stainless Steel |
| Mounting Type | Wall Mount |
| Item Weight | 0.54 Pounds |

**About this item**

- Closet rods for hanging clothes-- can be widely applied for hanging handbags, backpacks, belts, ties, jeans, tops, boots，scarves，plants, pots and pans.
- Key hook holder-- stainless hanging hooks can be used for hanging clothes, purse, keys, coats, hats, bags, small items, etc.
- Coat hooks-- ??stainless hanging hooks purse hangers clothes hook scarf hangers for closet closet purse hangers hooks for hanging handbag hangers

**Deliver to ⬛ Sewickley 15143**

See All Buying Options

Add to List

LED Under Cabinet Lights with Motion Sensor, by Kordeen...
$19.99 ✓prime
Save 50% **with coupon**

Sponsored

# Colored Flag

Visit the Colored Flag storefront

★★★★☆ | **88% positive** in the last 12 months (24 ratings)

**Amosfun 8 Pcs S Hook Wallet for ...**

USD 12.32

Add to Cart

## About Seller

Colored Flag is committed to providing each customer with the highest standard of customer service.

**Have a question for Colored Flag?**

Ask a question

## Feedback

★★★★☆ 4.6 out of 5

24 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 83% |
| 4 star | | 4% |
| 3 star | | 4% |
| 2 star | | 8% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

24 total feedbacks in 12 months

★★★★★ "They are the perfect size for the 18" tree."
By HappygoLucky on November 4, 2023.

★★★☆☆ "package has not arrived, yet."
By Jan Gibb on November 3, 2023.

★★☆☆☆ "The faux coral was broken in three places. My husband repaired it and it's fine now, no need for replacement. The seller needs to pack the product more carefull..."
Read more
By Lyn on October 26, 2023.

★★★★☆ "Haven't use it yet, but looks fine."
By Mo T Lor on October 25, 2023.

★★★★★ "Good product"
By B. Lorena on October 16, 2023.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shenzhen fengying keji youxiangongsi
**Business Address:**
公明街道公明社区富豪花园G区1栋202室
2376
深圳市
光明区
广东省
518106
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback



