
Case 2:23-cv-02000-WSS Document 13-13 Filed 11/20/23 Page 1 of 6

Deliver to
Sewickley 15143

| All ▾ | tote hanger |

EN ▾

Hello,
Account & Lists ▾

Returns
& Orders

0

All    Holiday Deals    Medical Care ▾    Amazon Basics    Buy Again    Customer Service

prime THURSDAY NIGHT FOOTBALL    08 : 59 : 06

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

Probrico    Bed/Bath/Closet Door Knob in Black    $104.49 ✓prime    Save 20% with coupon

Sponsored

‹ Back to results



# Alipis 16 Pcs S Hook Closet Hanging Hooks Purse Storage Closet Bag Hanger Hanging Racks for Clothes Heavy Duty Over The Door Purse Hanger Multi s Stainless Steel Large Kitchenware

Visit the Alipis Store

$20.51

Thank you for being a Prime member. Get $150 off: Pay $0.00 $20.51 upon approval for Prime Visa.

Size: **11.3X5.7cmx2pcs**



| 11.3X5.7cmx2pcs | 11.3X5.7cmx3pcs |
| 11.3X5.7cmx4pcs | 11.3X5.7cmx5pcs |

Color: **Silverx2pcs**



| **Color** | Silverx2pcs |
| **Brand** | Alipis |
| **Item Weight** | 1.09 Pounds |
| **Item Dimensions LxWxH** | 4.45 x 4.49 x 2.24 inches |
| **Mounting Type** | Hanging |

## About this item

- **Closet rods for hanging clothes**: ??stainless hanging hooks purse hangers clothes hook scarf hangers for closet closet purse hangers hooks for hanging handbag hangers
- **Purse hanger**: reasonable design, allows you suspend your bags vertically in the closet, save spaces and choose bags more conveniently.
- **Purse hook for table**: can be widely applied for hanging handbags, backpacks, belts, ties, jeans, tops,

$20.51

FREE delivery **November 14 - 27**. Details

Deliver to    - Sewickley 15143

**In Stock**

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
| Ships from | ZHONG ROY |
| Sold by | ZHONG ROY |
| Returns | Returnable until Jan 31, 2024 |

Add to List



HOUSE DAY

**Premium hangers for your closet**

Heavy Duty Wooden Hangers, 20 Pack, by HOUSE DAY…

★★★★½ 5,089

$23.98 ✓prime

Sponsored





# ZHONG ROY

Visit the ZHONG ROY storefront

★★★★☆ | **91% positive** in the last 12 months (104 ratings)

**Alipis 16 Pcs S Hook Closet Hangi...**

USD 20.51

Add to Cart

## About Seller

ZHONG ROY is committed to providing each customer with the highest standard of customer service.

**Have a question for ZHONG ROY?**

Ask a question

## Feedback

★★★★☆ 4.6 out of 5

104 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 79% |
| 4 star | | 13% |
| 3 star | | 1% |
| 2 star | | 1% |
| 1 star | | 7% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

104 total feedbacks in 12 months

★★★★★ "Perfect for the small space under sink!"

By Stephanie on November 2, 2023.

★☆☆☆☆ "~~Please be advised I did not receive full Order and only received partial 25 blood bags. I would like the remaining 25 bags to complete my order.~~"

By Cameron M. on October 26, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "Beautiful"

By Marilyn Castro Santiago on October 26, 2023.

★☆☆☆☆ "Have not received the product yet., 27 days after ordering...."

By Mark A. Hrivnatz on October 25, 2023.

★☆☆☆☆ "~~Not an XL product... maybe for a toy dog.~~"

By Amazon Customer on October 23, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** SHENZHENSHI RUIXISHENG KEJI YOUXIANGONGSI

**Business Address:**

坂田街道马安堂中兴路东互联E时代大厦2楼211室
深圳市
龙岗区
广东省
518100
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Deliver to
Sewickley 15143

ZHONG ROY ▾    Search Amazon

EN ▾    Hello
Account & Lists ▾    Returns
& Orders    0

All    Holiday Deals    Medical Care ▾    Amazon Basics    Buy Again    Customer Service    Whole Foods    Coupons    Pet Supplies

1-16 of over 60,000 results    Sort by: Featured ▾

**Brand**
jojofuny
Alipis
Kisangel
TOYANDONA
NUOBESTY
Cabilock

295
Shop now

Sponsored

## Results

Price and other details may vary based on product size and color.



jojofuny 3pcs Maple Leaf Candy Mold Silicone Thankgiving Chocolate Mold for Thanksgiving Fall Party DIY Candy...
18
$14.49
One-Day
FREE delivery **Tomorrow, Nov 3**
Only 20 left in stock - order soon.



Alipis Dog Pillow 3D Simulation Shiba Inu Plush Pillow, Stuffed Animal Throw Plushie Cushion Pillow Doll for Sof...
34
50+ bought in past month
$21.99    Ages: 12 months and up
One-Day
FREE delivery **Tomorrow, Nov 3**



Alipis 10 Pcs Flying Helicopter Toy Wood Dragonfly Hand Rub DIY Propeller for Kids Outdoor Patio Garden Toy Gift
17
$10.49    Ages: 12 months - 17 years
One-Day
FREE delivery **Tomorrow, Nov 3**



jojofuny 12Pcs Halloween Black Cauldrons, 1 Larger and 11 Smaller Mini Candy Bucket Novelty Cauldron Kettles...
3
$9.99 Typical: $12.99
FREE delivery **Mon, Nov 6**
Only 7 left in stock - order soon.



jojofuny 9pcs Halloween Black Cauldron Kettle, Mini Candy Bucket Novelty Cauldron Kettles Goody Pot for...
6
$8.29 Typical: $12.99    Ages: 12 years and up
FREE delivery **Mon, Nov 6**
Only 16 left in stock - order soon.

Amazon.com Checkout



## Checkout (1 item)

| | | | |
|---|---|---|---|
| 1 | **Shipping address** | ▓▓▓▓▓▓▓▓<br>409 BROAD ST STE 260<br>SEWICKLEY, PA 15143-1558<br>Add delivery instructions | Change |

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $20.51 |
| Shipping & handling: | $0.00 |
| Total before tax: | $20.51 |
| Estimated tax to be collected:* | $1.23 |
| **Order total:** | **$21.74** |

How are shipping costs calculated?

Why didn't I qualify for Prime Shipping?

---

| | | | |
|---|---|---|---|
| 2 | **Payment method** | ▓▓▓▓▓▓▓▓<br>Billing address: ▓▓▓▓▓▓▓▓ | Change |

⌃ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

---

**3**  **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

---

**Arriving Nov. 14, 2023 - Nov. 27, 2023**

Items shipped from ZHONG ROY



**Alipis 16 Pcs S Hook Closet Hanging Hooks Purse Storage Closet Bag Hanger Hanging Racks for Clothes Heavy Duty Over The Door Purse Hanger Multi s Stainless Steel Large Kitchenware**

**$20.51**

[ Qty: 1 ]

Sold by: ZHONG ROY

Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**

● **Tuesday, Nov. 14 - Monday, Nov. 27**
FREE Standard Shipping

---

**Place your order**    **Order total: $21.74**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

 

Deliver to ▨
Sewickley 15143

All ▾    Search Amazon

EN ▾    Hello ▨
Account & Lists ▾    Returns & Orders    🛒 **0**

All    Holiday Deals    Medical Care ▾    Amazon Basics    Buy Again    Customer Service

prime | **THURSDAY NIGHT FOOTBALL**    **08** : **50** : **45**

Your Account › Your Orders › Order Details

# Order Details

Ordered on November 2, 2023    Order# 112-3404782-7017806

[ View or Print invoice ]

| Shipping Address | Payment method | Apply gift card balance | Order Summary | |
|---|---|---|---|---|
| ▨ | ▨ | [ Enter code ] | Item(s) Subtotal: | $20.51 |
| 409 BROAD ST STE 260 | | [ Apply ] | Shipping & Handling: | $0.00 |
| SEWICKLEY, PA 15143-1558 | | | Total before tax: | $20.51 |
| United States | | | Estimated tax to be collected: | $1.23 |
| [ Change ] | | | **Grand Total:** | **$21.74** |
| | | | See tax and seller information | |

**Arriving Nov 14 - Nov 27**



Alipis 16 Pcs S Hook Closet Hanging Hooks Purse Storage Closet Bag Hanger Hanging Racks for Clothes Heavy Duty Over The Door Purse Hanger Multi s Stainless Steel Large Kitchenware
Sold by: ZHONG ROY
$20.51
**Condition:** New

[ Track package ]
[ Problem with order ]
[ Change Payment Method ]
[ Cancel items ]
[ Archive order ]

---

**Buy it again**   View All & Manage                                                          Page 1 of 5

 







32 Pcs S Hook Black Hand Bag Belt Hanger for Closet Heavy Duty Coat Hangers Hanging Racks for Clothes Heavy Duty Over The Door...
$40.37
Get it Nov 15 - 29
FREE Shipping

Cabilock 8 Pcs S Hook Closet Hangers Stainless Steel Hangers Bag Hangers for Closet Purse Storage Hangers Black Tote Bag Heavy Duty...
$13.12
Get it Nov 14 - 27
FREE Shipping

Purse Hanger for Closet, Unique Twist Design Bag Hanger Purse Hooks, Large Size Closet Rod Hooks for Hanging Ba...
35
$9.99 ($0.83/Count)
FREE Delivery

Mzekgxm 10 Pack Purse Hanger for Closet, Unique Twist Design Closet Organizer Hanger Hooks, Large Size Clos...
153
$11.99 ($1.20/Count)
FREE One-Day

[ < ]                                                                                                        [ > ]

---

**Top picks for you**