IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACKI EASLICK, LLC, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:23-cv-02000 |
| v. | ) |
| | ) |
| CJ EMERALD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**[Proposed] Order**

AND NOW, this _____ day of _____, 2023, upon consideration of the Motion of certain defendants[1] to Unseal the Case, it is hereby ORDERED that the case and all docketed entries all be unsealed.

_____
The Honorable Judge

---

[1] Maybeller, Nishuna, Qikita, ThinkCreators, Feperig, M.Meteorite, Robiteno, Herlloy, Jagogh Yson, Patrick Yao, Limicounts, Colored Flag, BESTOYARD, Full of stars.min