# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACKI EASLICK, LLC, and JE CORPORATE LLC, ) | |
| Plaintiff, ) | |
| ) | Case No. 23-cv-2000 |
| ) | |
| v. ) | |
| ) | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," ) Defendants. | |

### Declaration of Xiaowen Li

I, Xiaowen Li, of the City of Shenzhen, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2. I am an administrator of the stores listed in the table below (the "Stores"). I have access to the business records of the Stores.

| Store Name | Seller ID |
|---|---|
| Maybeller | A3SFYBY0BJ0FKL |
| Nishuna | A3FLQ4V9O6ROV3 |
| Qikita | A16OOCACS0L1H5 |
| ThinkCreators | A249NIEGQOAWEI |
| Feperig | A20VQ8XEWNU4LL |
| M.Meteorite | A2URDN5CO5XHU3 |
| Robiteno | A2VSX5O6IUX7B1 |
| Herlloy | A3VPP7J0858G9G |
| Jagogh yson | A1OAE621SUHTP8 |
| Patrick Yao | A3L41A09LHW44R |
| Limicounts | A368RSCGNM9U8G |
| Colored Flag | A3NWH1DUS5URSC |
| BESTOYARD | ABULJIGL0O21W |
| Full of stars.min | AUGSIV2BX89DB |

| tracy Zhong | A26RSV9N9NW3ZX |
|---|---|
| ZHONG ROY | A2M32LDHISYHL6 |
| Travelna | ASFCE8Q7QGH3O |
| PBFZ | A270EHDBEPJFXT |
| hemphill hen | A352XCDI8JP28N |
| Jonercey | AM28U4LJBMGBV |
| Surmounty | A1A2IFMUH5Y33S |
| Facing the Ocean | A103CZTCYOW16D |
| LIPU Hooker | A22X4DJTQ1LUSP |
| Karin Yang | A309RHGROK6DKQ |
| zara lei | A2D47Z3REZKALD |
| abel tang | A3MTCP3IQLZNRV |
| Bonnie Child | A1OQ5NNQCW35O8 |
| Somirow | A2JX0XCNBXIC4 |
| sinuoxiang | A12BYDUYOSU6VI |
| Thomas Zack Yang | A38SSFCRCBKLEZ |
| Lmposing | AXGP09LN8AQBX |
| Entertainment First | A2OLICMJ2QKQ00 |
| Si Peihong | A3KJ02X2DGWZJK |
| Vitong | A1V5IGNQ5W58RK |
| Shannon Wenha | AVMGE4APEA1IU |
| ATriss | A10OALJ1RBHQF0 |
| Gardeish | A1OQFKSB2W8HKQ |

**3.** The Stores have been in operation since 2015. The Stores plan to continue operation in the foreseeable future and during the litigation, and will pay the judgment the court may award to Plaintiff, if any.

**4.** After a diligent search of sale record and to the best of my knowledge, the Stores sold 37 items of the accused product for $653.12 in the U.S., and 36 out of 37 items were presumably test buys made by plaintiff. Attached as **Exhibit A** is a complete sale record of the accused product.

**5.** The Stores' Amazon accounts currently have a restrained amount over $1,000,000, **Exhibit B.** Amazon limited the Stores' ability to withdraw any funds from the accounts, regardless of whether the amount is connected to the product at issue or from future incomes. The asset

restraint substantially hinders the Stores' ability to continue its operations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this December 8, 2023 in Shenzhen, China.



Xiaowen Li

# Exhibit A

| Store | ASIN | Order ID | Date | Quantity | item-price | City | State |
|-------|------|----------|------|----------|-----------|------|-------|
| Maybeller | B0CMJVLHB7 | 112-3744177-9025058 | 2023-11-06T17:54:59+00:00 | 1 | $11.82 | SEWICKLEY | PA |
| Nishuna | B0C3ZG4XBZ | 111-0150463-3719402 | 2023,10,20 | 1 | 13.63 | SEWICKLEY | PA |
| ThinkCreators | B0C322JJK7 | 111-3532012-6197802 | 2023,11,2 10:00:00 | 1 | $21.86 | SEWICKLEY | PA |
| M.Meteorite | B0CGMG2YRR | 111-1119108-9765815 | 2023,10,28 0:13:54 | 1 | $42.26 | SEWICKLEY | PA |
| Robiteno | B0CGMH3W1P | 112-3718420-5216235 | 2023-11-02T15:31:57+00:00 | 1 | $23.11 | SEWICKLEY | PA |
| Herlloy | B0CGW1R4PS | 111-3367814-2749041 | 2023-10-27T15:36:58+00:00 | 1 | $12.31 | SEWICKLEY | PA |
| Jagogh yson | B0CGVZC1WP | 111-5546406-6008244 | 2023,11,3 1:41:32 | 1 | $13.59 | SEWICKLEY | PA |
| Patrick Yao | B0CGMFVYKG | 111-4090747-4040222 | 2023-11-02T15:21:51+00:00 | 1 | 34.33 | SEWICKLEY | PA |
| Limicounts | B0CGMGJRCY | 111-7092770-6933038 | 2023-11-02T16:48:08+00:00 | 1 | 30.6 | SEWICKLEY | PA |
| Colored Flag | B0CMJZGHB6 | 112-9286675-3584245 | Mon, Nov 6, 2023, 7:32 AM PST | 1 | $13.06 | SEWICKLEY | PA |
| BESTOYARD | B0CGMGLRZX | 111-2035372-9475456 | 2023-11-02T15:59:50+00:00 | 1 | 25.64 | SEWICKLEY | PA |
| Full of stars.min | B0BY3L3HX | 111-8230843-6871415 | 2023,11,2 10:36:00.0 | 1 | $12.93 | SEWICKLEY | PA |
| tracy Zhong | B0C97BCS5Q | 112-3354171-7861020 | 2023-11-02T14:55:51+00:00 | 1 | 13.4 | SEWICKLEY | PA |
| ZHONG ROY | B0CCMG71JH | 112-3404782-7017806 | 2023-11-02T14:09:01+00:00 | 1 | 22.14 | SEWICKLEY | PA |
| Travelna | B0CB7B3Z6R | 112-1132500-2173015 | 2023-11-02T14:15:43+00:00 | 1 | 13.14 | SEWICKLEY | PA |
| PBFZ | B0CK3NKBLL | 111-9924459-5769811 | 2023-10-26T21:00:41+00:00 | 1 | 21.63 | SEWICKLEY | PA |
| PBFZ | B0CK3NKBLL | 113-0073344-6037040 | 2023-10-01T16:34:40+00:00 | 1 | 22.8 | SEWICKLEY | PA |
| hemphill hen | B0CLFBZRNK | 112-5811495-2029046 | 2023,10,28 2:49:28 | 1 | $14.03 | SEWICKLEY | PA |
| Jonercey | B0C4ZW7HRH | 111-7973023-7431458 | 2023-11-02T16:23:34+00:00 | 1 | 13.96 | SEWICKLEY | PA |
| Surmounty | B0C37YPGZT | 111-4797344-8745029 | 2023,10,27 22:34:12 | 1 | 12.74 | SEWICKLEY | PA |
| Facing the Ocean | B0B9GMCZW1 | 111-5921286-2309044 | 2023,10,27 3:48:28 | 1 | 12.61 | SEWICKLEY | PA |
| LIPU Hooker | B0C4HWH6JK | 112-0213727-7271434 | 2023-11-02T14:30:27+00:00 | 1 | 23.13 | SEWICKLEY | PA |
| Karin Yang | B0B97B29V5 | 111-9562742-2161847 | 2023-10-27T14:35:26+00:00 | 1 | 13.64 | SEWICKLEY | PA |
| zara lei | B0C4GRRW7J | 111-0740096-7925856 | 2023-10-27T14:46:57+00:00 | 1 | 13.2 | SEWICKLEY | PA |
| abel tang | B0CDWNDQJL | 112-2460614-8421867 | 2023-11-06T17:59:24+00:00 | 1 | 7.33 | SEWICKLEY | PA |
| Bonnie Child | B0CDWRT7L6 | 112-3445128-6839412 | 2023-11-06T18:05:29+00:00 | 1 | 8.1 | SEWICKLEY | PA |
| Somirow | B0C9VHWQQN | 111-6007469-7822601 | 2023-10-26T17:02:54+00:00 | 1 | 12.77 | SEWICKLEY | PA |
| sinuoxiang | B0C9VZX5ST | 111-2627195-5915427 | 2023,10,26 12:23:00.0 | 1 | $12.31 | SEWICKLEY | PA |
| Thomas Zack Yang | B0CGMFVLDN | 112-3194823-6564242 | 2023-11-02T17:18:10+00:00 | 1 | 48.99 | SEWICKLEY | PA |
| Lmposing | B0CDWTKJTQ | 112-2328710-2001811 | 2023-11-06T18:10:49+00:00 | 1 | 7.69 | SEWICKLEY | PA |
| Entertainment First | B0BFRKMTDL | 111-0922964-8063416 | 2023,10,26 14:28:00 | 1 | 27.19 | SEWICKLEY | PA |
| Si Peihong | B0C4ZYX8QP | 112-8206328-5445048 | 2023,11,7 2:21:12 | 1 | 12.49 | SEWICKLEY | PA |

| Vitong | B0CL7ZN5T3 | 112-7484935-9641867 | 1 | 11.68 | SEWICKLEY | PA |
| Shannon Wenha | B0CMJY6DF2 | 112-6161250-8502668 | 1 | 14.55 | SEWICKLEY | PA |
| ATriss | B0BMTY5G5Q<br>B0BMV1IZSK<br>B0BMTW8Q66<br>B0C3463VDV | 111-6848808-1417054 | 1 | 15.78 | NEW YORK | NEW<br>YORK |
| ATriss | B0BMTY5G5Q<br>B0BMV1IZSK<br>B0BMTW8Q66<br>B0C3463VDV | 111-8978316-0317859 | 1 | 14.32 | SEWICKLEY | PA |
| Gardeish | B0CDWQV9WK | 111-1874311-3077057 | 1 | 8.36 | SEWICKLEY | PA |















































































Manage Orders

0 orders

No orders were found that match the given search criteria.



















































Manage Orders Learn more Video tutorials

Go back to order list | Last 365 Days

**0 orders**

No orders were found that match the given search criteria.



























© 1999-2023, Amazon.com, Inc. or its affiliates

# Exhibit B









































































