IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACKI EASLICK, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CJ EMERALD, *et al.*, <br><br> Defendants. | Civil Action No. 23-2000 <br><br> Judge Stickman |

**MOTION FOR PRELIMINARY INJUNCTION**

In connection with this Court's November 20, 2023 Order, Plaintiffs now move this Court for an Order granting the Motion for a Preliminary Injunction against the Defendants identified on **Schedule "A"** to the Complaint and attached hereto (collectively, the "Defendants"). The legal support for this motion is contained in the Memorandum of Law. The evidence supporting this motion is contained in the Declarations of Jacklyn Easlick, Stanley D. Ference III, Brian Samuel Malkin, and Dee Odell, and the exhibits attached thereto. A proposed Order affirmatively granting the relief sought herein is filed herewith.

/

/

/

/

/

/

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 18, 2023 | /s/ Brian Samuel Malkin<br>Stanley D. Ference III<br>Pa. ID No. 59899<br>courts@ferencelaw.com<br><br>Brian Samuel Malkin<br>Pa. ID No. 70448<br>bmalkin@ferencelaw.com<br><br>FERENCE & ASSOCIATES LLC<br>409 Broad Street<br>Pittsburgh, Pennsylvania 15143<br>(412) 741-8400 – Telephone<br>(412) 741-9292 – Facsimile<br><br>Attorneys for Plaintiffs |