# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JACKIE EASLICK, LLC, et al. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-2000-WSS |
| | ) | |
| | ) | Judge William S. Stickman |
| v. | ) | |
| | ) | |
| CJ EMERALD, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for AccEncyc US, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

December 18, 2023

/s/ Timothy A. Duffy

Timothy A. Duffy
Law Office of Timothy A. Duffy, P.C.
725 W Orchard Cir
Lake Forest, IL 60045

*Counsel for Defendant AccEncyc US*