IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACKI EASLICK, LLC, *et al*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>CJ EMERALD, *et al*,<br><br>        *Defendants*. | Civil Action No. 2:23-cv-2000<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this 26th day of January 2024, IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary Injunction (ECF Nos. 4 and 46) IS GRANTED IN PART AND DENIED IN PART.

For the reasons set forth in the Memorandum Opinion filed this same day, IT IS HEREBY ORDERED that Plaintiffs' motion as to Defendant AccEncyc US is DENIED.

On December 22, 2023, the Court entered a Consent Order between Plaintiffs and the Maybeller Defendants (ABEL TANG, ATRISS, BESTOYARD, BONNIE CHILD, COLORED FLAG, ENTERTAINMENT FIRST, FACING THE OCEAN, FEPERIG, FULL OF STARS.MIN, GARDEISH, HEMPHILL HEN, HERLLOY, JAGOGH YSON, JONERCEY, KARIN YANG, LIMICOUNTS, LIPU HOOKER, LMPOSING, M.METEORITE, MAYBELLER, NISHUNA, PATRICK YAO, PBFZ, QIKITA, ROBITENO, SHANNON WENHA, SI PEIHONG, SINUOXIANG, SOMIROW, SURMOUNTY, THINKCREATORS, THOMAS ZACK YANG, TRACY ZHONG, TRAVELNA, VITONG, ZARA LEI, ZHONG ROY). These parties agreed to the entry of a preliminary injunction and asset restraint order. (ECF No. 56). Thus Plaintiffs' motion as to these Defendants has already been granted.

IT IS HEREBY ORDERED that Plaintiffs' motion as to Defendants CJ EMERALD, FITNICE OFFICIAL, HOME DEPUTY, LITEVISO, MZEKGXM, NEZA-US, PENGWH SHOP, UME SPORTS, WEKIWGOT-US, and ZGCZZ is GRANTED as these Defendants have not contested the entry of a preliminary injunction. By separate Order of Court a preliminary injunction will issue. The Court notes that a Motion for Default Judgment (ECF No. 72) is currently pending against these Defendants.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE