IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACKI EASLICK, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CJ EMERALD, *et al.*, <br><br> Defendants. | Civil Action No. 23-cv-2000 <br><br> Judge Stickman |

### [PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR RECONSIDERATION

AND NOW, this ___ day of _____, 2024, upon consideration of Plaintiffs' Motion for Reconsideration, together with the supporting declaration of Jacklyn Easlick and the physical evidence provided to the Court,

IT IS HEREBY ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the January 26, 2024 Order denying the Plaintiffs' motion for preliminary injunction as to the Defendant AccEncy at ECF No. 75 is VACATED. The Plaintiffs' motion for preliminary injunction as to the Defendant AccEncy is HEREBY GRANTED. A separate order granting the requested injunctive relief shall be entered.

BY THE COURT:

_____
William S. Stickman IV
United States District Judge

cc Stanley D. Ference, III, Esq.
courts@ferencelaw.com
Brian Samuel Malkin, Esq.
bmalkin@ferencelaw.com