# Schedule "A" CAPS

# Defendants with Store Name and Seller ID

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| ▮ | ▮ | ▮ |
| 2 | ABEL TANG | A3MTCP3IQLZNRV |
| 3 | ACCENCYC US | A1K8NIP221R7C9 |
| 4 | ATRISS | A10OALJ1RBHQF0 |
| ▮ | ▮ | ▮ |
| 6 | BESTOYARD | ABULJIGL0O21W |
| ▮ | ▮ | ▮ |
| 8 | BONNIE CHILD | A1OQ5NNQCW35O8 |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| 11 | COLORED FLAG | A3NWH1DUS5URSC |
| ▮ | ▮ | ▮ |
| 13 | ENTERTAINMENT FIRST | A2OLICMJ2QKQ00 |
| 14 | FACING THE OCEAN | A103CZTCYOW16D |
| 15 | FEPERIG | A20VQ8XEWNU4LL |
| ▮ | ▮ | ▮ |
| 17 | FULL OF STARS.MIN | AUGSIV2BX89DB |
| 18 | GARDEISH | A1OQFKSB2W8HKQ |
| ▮ | ▮ | ▮ |
| 20 | HEMPHILL HEN | A352XCDI8JP28N |
| 21 | HERLLOY | A3VPP7J0858G9G |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| 24 | JAGOGH YSON | A1OAE621SUHTP8 |
| ▮ | ▮ | ▮ |
| 26 | JONERCEY | AM28U4LJBMGBV |
| ▮ | ▮ | ▮ |
| 28 | KARIN YANG | A309RHGROK6DKQ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| 31 | LIMICOUNTS | A368RSCGNM9U8G |
| 32 | LIPU HOOKER | A22X4DJTQ1LUSP |

| | | |
|---|---|---|
| | ■ | ■ |
| 34 | LMPOSING | AXGP09LN8AQBX |
| | ■ | ■ |
| 36 | M.METEORITE | A2URDN5CO5XHU3 |
| 37 | MAYBELLER | A3SFYBY0BJ0FKL |
| | ■ | ■ |
| | ■ | ■ |
| | ■ | ■ |
| | ■ | ■ |
| 42 | NISHUNA | A3FLQ4V9O6ROV3 |
| 43 | PATRICK YAO | A3L41A09LHW44R |
| 44 | PBFZ | A270EHDBEPJFXT |
| | ■ | ■ |
| 46 | QIKITA | A16OOCACS0L1H5 |
| 47 | ROBITENO | A2VSX5O6IUX7B1 |
| 48 | SHANNON WENHA | AVMGE4APEA1IU |
| 49 | SI PEIHONG | A3KJ02X2DGWZJK |
| 50 | SINUOXIANG | A12BYDUYOSU6VI |
| 51 | SOMIROW | A2JX0XCNBXIC4 |
| 52 | SURMOUNTY | A1A2IFMUH5Y33S |
| 53 | THINKCREATORS | A249NIEGQOAWEI |
| 54 | THOMAS ZACK YANG | A38SSFCRCBKLEZ |
| 55 | TRACY ZHONG | A26RSV9N9NW3ZX |
| 56 | TRAVELNA | ASFCE8Q7QGH3O |
| | ■ | ■ |
| | ■ | ■ |
| 59 | VITONG | A1V5IGNQ5W58RK |
| | ■ | ■ |
| | ■ | ■ |
| | ■ | ■ |
| 63 | ZARA LEI | A2D47Z3REZKALD |
| | ■ | ■ |
| | ■ | ■ |
| | ■ | ■ |
| 67 | ZHONG ROY | A2M32LDHISYHL6 |