| Plaintiffs' Product | Listing of Defendant CJ Emerald Showing Infringing Design |
|---|---|
|  |  |
| Plaintiffs' Product | Listing of Defendant HOME DEPUTY Showing Infringing Design |
|  |  |
| Plaintiffs' Product | Listing of Defendant LiteViso Showing Infringing Design |
|  |  |

| Plaintiffs' Product | Listing of Defendant UFURMATE US Showing Infringing Design |
|---|---|
|  |  |

| Plaintiffs' Product | Listing of Defendant Patrick Yao Showing Infringing Design |
|---|---|
|  |  |

| Plaintiffs' Product | Listing of Defendant NEZA-US Showing Infringing Design |
|---|---|
|  |  |