IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACKI EASLICK, LLC, et al., | |
| Plaintiffs, | Civil Action No. 23-cv-2000 |
| v. | |
| CJ EMERALD, *et al*., | Judge Stickman |
| Defendants. | |

### NOTICE OF APPEAL

Notice is hereby given that, Plaintiffs, Jacki Easlick, LLC and JE Corporate LLC, hereby appeal to the United States Court of Appeals for the Federal Circuit from the Order Denying the Motion for Preliminary Injunction as to Defendant AccEncyc US, entered on January 26, 2024 (ECF No. 76).

Respectfully submitted,

Dated: February 26, 2024

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

Brian Samuel Malkin
Pa. ID No. 70448
bmalkin@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of February, 2024, the foregoing ***Notice of Appeal to United States Court of Appeals to the Federal Circuit*** was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Stanley D. Ference III