IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACKI EASLICK, LLC, *et.al.*, | |
| Plaintiffs, | Civil Action No. 23-CV-2000 |
| v. | (Judge William Stickman) |
| CJ EMERALD, *et.al.*, | |
| Defendants. | |

## Praecipe to Settle and Discontinue

To the Clerk:

Kindly mark the case "settled and discontinued" as to the Defendant MZEKGXM.

Respectfully submitted,

Dated: March 22, 2024

  /s/Brian Samuel Malkin
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

Brian Samuel Malkin
Pa. ID No. 70448
bmalkin@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 - Telephone
(412) 741-9292 - Facsimile

Attorneys for Plaintiffs