IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACKI EASLICK, LLC, *et al*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CJ EMERALD, *et al*, <br><br> *Defendants*. | Civil Action No. 2:23-cv-2000 <br><br> Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this **17** day of April 2024, for the reasons set forth in the Memorandum Opinion filed this day, IT IS HEREBY ORDERED that the Motion for Reconsideration (ECF No. 85) is DENIED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE