IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JACKI EASLICK, LLC, et al.,

                        Plaintiffs,

v.

CJ EMERALD, *et al*.,
                        Defendants.

Civil Action No. 23-cv-2000

Judge Stickman

## **MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL**

AND NOW, undersigned counsel moves this court for leave to withdraw as counsel of record for the Plaintiff, and in support states as follows:

1. Plaintiff is currently represented by Ference & Associates LLC attorneys, Stanley D. Ference III, and Brian Samuel Malkin.

2. Brian Samuel Malkin has been hired by another law firm and so now moves for leave of court to withdraw his individual appearance of record for the Plaintiff.

3. Such withdrawal will not prejudice the client nor delay the proceedings since Ference & Associates LLC, Attorney Ference, remains as counsel of record for the Plaintiff.

4. Therefore, there is good cause to grant this motion.

5. An appropriate proposed order is filed herewith.

/

/

/

/

Respectfully submitted,

Dated:  August 2, 2025                    /s/ Brian Samuel Malkin
                                          Brian Samuel Malkin
                                          Pa. ID No. 70448
                                          BrianM@AmazonSellersLawyer.com

                                          Rosenbaum & Segall, P.C.
                                          780 Long Beach Blvd
                                          Long Beach, NY 11561
                                          (212) 256-8491 – Telephone